# United States District Court

DISTRICT OF **MASSACHUSETTS**

CANDY M. SOUSA, On Behalf of Herself and All Others Similarly Situated,

V.

WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 - 30022 - MAP



TO: (Name and address of defendant)

Steven K. Sprague
WAVE SYSTEMS CORPORATION
480 Pleasant Street
Lee, MA  01238

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109-4216
617-369-7979

William S. Lerach
Darren J. Robbins
MILBERG WEISS BERSHAD HYNES & LERACH LLP
401 B Street, Suite 1700
San Diego, CA  92101
619-231-1058

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  2/4/04

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: FEBRUARY 19, 2004 |
| NAME OF SERVER (PRINT): MOREY SLOME | TITLE: CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY LEAVING IN HAND WITH MS. LINDA SAMBEL, ASST. TO THE PRESIDENT AND PERSON IN CHARGE OF ACCEPTING PROCESS FOR THE WITHIN NAMED DEFENDANT STEVEN K. SPRAGUE. SAID SERVICE WAS MADE AT WAVE SYSTEMS CORP., 480 PLEASANT STREET, LEE, MASS.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $50.00 | $200.00 | $250.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  FEBRUARY 19, 2004
              Date

Signature of Server: *[signed] Morey Slome*

Address of Server: 707 E. 6th STREET, SO. BOSTON, MASS.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.