**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CANDY M. SOUSA, On Behalf of Herself and All Others Similarly Situated, ) ) ) | Civil Case 3:04 cv 30022 MAP |
| Plaintiff, ) ) | |
| v. ) ) | |
| WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERALD T. FEENEY, ) ) ) ) | |
| Defendants. ) | |
| YOSEF STREICHER, on Behalf of Himself and All Others Similarly Situated, ) ) ) | Civil Case 3:04 cv 30026 MAP |
| Plaintiff, ) ) | |
| v. ) ) | |
| WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERALD T. FEENEY, ) ) ) ) | |
| Defendants. ) | |

Additional Captions to Follow

**MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS
AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| RAFAT DAWOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN )<br>SPRAGUE and GERALD T. FEENEY, )<br>)<br>Defendants. ) | Civil Case 3:04 cv 30029 MAP |
| ALVIN CHESS, Individually and on Behalf of All )<br>Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN K. )<br>SPRAGUE and GERARD T. FEENEY, )<br>)<br>Defendants. ) | Civil Case 3:04 cv 30037 MAP |
| MICHAEL VICKER, On Behalf of Himself and All )<br>Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, JOHN E. )<br>BAGALAY, JR., STEVEN K. SPRAGUE and )<br>GERARD T. FEENEY, )<br>)<br>Defendants. ) | Civil Case 3:04 cv 30040 MAP |

| | |
|---|---|
| H. MARTIN BOHMAN, on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERALD T. FEENEY, )<br>)<br>Defendants. ) | Civil Case 3:04 cv 30041 MAP |
| JIMMY SUO, on Behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY, )<br>)<br>Defendants. ) | Civil Case 3:04 cv 30042 MAP |
| JACK SCHULMAN, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY, )<br>)<br>Defendants. ) | Civil Case 3:04 cv 30043 MAP |

Class members Barry B. Stoddard ("Stoddard") and Victor Rapp ("Rapp"), by their counsel, hereby move this Court for an Order: (i) consolidating the Actions; (ii) appointing Stoddard and Rapp as Lead Plaintiffs; (iii) approving Stoddard and Rapp's selection of the law firm of Cauley Geller Bowman & Rudman, LLP to serve as Lead Counsel and the law firm of Gilman and Pastor, LLP to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Stoddard and Rapp submit herewith a Memorandum of Law and Declaration of David Pastor dated April 2, 2004.

Dated: April 2, 2004

Respectfully submitted,

**GILMAN AND PASTOR, LLP**

By: /s/ David Pastor
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone:    (781) 231-7850
Facsimile:    (781) 231-7840

**Proposed Liaison Counsel**

**CAULEY GELLER BOWMAN & RUDMAN, LLP**
Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone:    (631) 367-7100
Facsimile:    (631) 367-1173

**Proposed Lead Counsel**