LP deadline: Monday, 04/05/04

Wave Systems Shareholder Damage Estimate

Venue: MA

Avg. closing price for shares held 90 days after the class period: $1.6738

Class Period: 07/31/03 - 12/18/03

Avg closing price: 12/19/03 - 03/17/04 (90 day max)

| Last Name | First Name | Shares Bought | | | Shares Sold | | | Mean Trading Price * | Total Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| | | # of Shares | Date | $ Per Share | # of Shares | Date | $ Per Share | | |
| Rapp | Victor | 1000 | 07/31/03 | $1.6900 | | | | | |
| Rapp | Victor | 2000 | 08/01/03 | $2.5500 | | | | | |
| Rapp | Victor | 2000 | 08/04/03 | $3.8600 | | | | | |
| Rapp | Victor | 5000 | 08/06/03 | $3.4500 | | | | | ($15,022.00) |
| Stoddard | Barry | 4840 | 08/07/03 | $4.2900 | 3100 | 09/25/03 | $3.0600 | | |
| Stoddard | Barry | 4000 | 08/07/03 | $4.3900 | 16900 | 09/25/03 | $3.0500 | | |
| Stoddard | Barry | 2700 | 08/07/03 | $4.3100 | 1000 | 09/25/03 | $3.0800 | | |
| Stoddard | Barry | 2300 | 08/07/03 | $4.4000 | | | | | |
| Stoddard | Barry | 5000 | 08/07/03 | $4.3100 | | | | | |
| Stoddard | Barry | 1000 | 08/07/03 | $4.2600 | | | | | |
| Stoddard | Barry | 160 | 08/07/03 | $4.3700 | | | | | |
| Stoddard | Barry | 1000 | 08/07/03 | $4.3700 | | | | | ($26,848.80) |
| TOTALS | | 31000 | | | 21000 | | | | ($41,870.80) |

* Note: Average price of shares from end of class period until actual date of sale.
** Note: "Mean Trading Price" used in calculation of damages
*** Note: Stoddard's trade dates are settlement dates

4/1/2004 11:55 AM

04.03.29 damage chart wave systems - rapp  stoddard

1