**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CANDY M. SOUSA, On Behalf of Herself and All Others Similarly Situated,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERALD T. FEENEY,  )<br><br>Defendants.  ) | Civil Case 3:04 cv 30022 MAP |
| YOSEF STREICHER, on Behalf of Himself and All Others Similarly Situated,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERALD T. FEENEY,  )<br><br>Defendants.  ) | Civil Case 3:04 cv 30026 MAP |

Additional Captions to Follow

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| RAFAT DAWOD,                                   )<br>                                                )<br>           Plaintiff,                          )<br>                                                )<br>     v.                                        )<br>                                                )<br> WAVE SYSTEMS CORPORATION, STEVEN               )<br> SPRAGUE and GERALD T. FEENEY,                  )<br>                                                )<br>           Defendants.                         ) | Civil Case 3:04 cv 30029 MAP |
| ALVIN CHESS, Individually and on Behalf of All )<br> Others Similarly Situated,                    )<br>                                                )<br>           Plaintiff,                          )<br>                                                )<br>     v.                                        )<br>                                                )<br> WAVE SYSTEMS CORPORATION, STEVEN K.            )<br> SPRAGUE and GERARD T. FEENEY,                  )<br>                                                )<br>           Defendants.                         ) | Civil Case 3:04 cv 30037 MAP |
| MICHAEL VICKER, On Behalf of Himself and All   )<br> Others Similarly Situated,                    )<br>                                                )<br>           Plaintiff,                          )<br>                                                )<br>     v.                                        )<br>                                                )<br> WAVE SYSTEMS CORPORATION, JOHN E.              )<br> BAGALAY, JR., STEVEN K. SPRAGUE and            )<br> GERARD T. FEENEY,                              )<br>                                                )<br>           Defendants.                         ) | Civil Case 3:04 cv 30040 MAP |

| | |
|---|---|
| H. MARTIN BOHMAN, on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERALD T. FEENEY, )<br>)<br>Defendants. ) | Civil Case 3:04 cv 30041 MAP |
| JIMMY SUO, on Behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY, )<br>)<br>Defendants. ) | Civil Case 3:04 cv 30042 MAP |
| JACK SCHULMAN, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY, )<br>)<br>Defendants. ) | Civil Case 3:04 cv 30043 MAP |

Having considered the motion of Barry B. Stoddard ("Stoddard") and Victor Rapp ("Rapp") for Consolidation, Appointment As Lead Plaintiffs And Approval Of Selection of Lead and Liaison Counsel and the Memorandum of Law and Declaration of David Pastor, in support thereof, and good cause appearing therefor:

1. The Actions are hereby consolidated;

2. Stoddard and Rapp are hereby appointed Lead Plaintiffs for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Cauley Geller Bowman & Rudman, LLP is hereby appointed Lead Counsel and the law firm of Gilman and Pastor, LLP is hereby appointed Liaison Counsel.

SO ORDERED THIS ____ day of _____, 2004.

_____
U.S. District Judge