UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CANDY M. SOUSA, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30022 (MAP) |
| YOSEF STREICHER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30026 (MAP) |

**NOTICE OF MOTION OF THE TREBITSCH GROUP'S
REQUEST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS,
AND FOR APPROVAL OF CHOICE OF LEAD COUNSEL**

| | |
|---|---|
| RAFAT DAWOD,<br><br>    Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>    Defendant. | Civil Action No. 04-cv-30029 (MAP) |
| ALVIN CHESS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>    Defendant. | Civil Action No. 04-cv-30037 (MAP) |
| MICHAEL VICKER, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>    Defendant. | Civil Action No. 04-cv-30040 (MAP) |

**[ADDITIONAL CAPTIONS ON NEXT PAGE]**

| | |
|---|---|
| H. MARTIN BOHMAN, On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>    Defendant. | Civil Action No. 04-cv-30041 (MAP) |
| JIMMY SUO, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>    Defendant. | Civil Action No. 04-cv-30042 (MAP) |
| JACK SCHULMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY<br><br>    Defendant. | Civil Action No. 04-cv-30043 (MAP) |

The members of the Trebitsch Group, by their counsel, hereby respectfully move this Court to: (i) consolidate all related actions; (ii) be appointed Lead Plaintiffs in the consolidated securities class action; and (iii) approve their selection and retention of Zimmerman, Levi & Korsinsky LLP as Lead Counsel and Berman DeValerio Pease Tabacco Burt & Pucillo as Liaison Counsel.

In support of this Motion, the proposed lead plaintiffs submit herewith a Memorandum of Law, the Declaration of Eduard Korsinsky, Esq., and a Proposed Order.

Dated: April 1, 2004

                              BERMAN DEVALERIO PEASE TABACCO
                                    BURT & PUCILLO

                              Jeffrey C. Block
                              Michael T. Matraia
                              Nicole R. Starr
                              One Liberty Square
                              Boston, Massachusetts 02109
                              Telephone: (617) 542-8300
                              Facsimile: (617) 542-1194

                              Proposed Liaison Counsel For Plaintiffs

                              ZIMMERMAN, LEVI & KORSINSKY, LLP
                              Eduard Korsinsky
                              39 Broadway, Suite 1440
                              New York, New York 10006
                              Tel: (212) 363-7500
                              Fax: (212) 363-7171

                                  -and –
                              ZIMMERMAN, LEVI & KORSINSKY, LLP
                              Jean Marc Zimmerman
                              226 St. Paul Street
                              Westfield, New Jersey 07090
                              Tel: (908) 654-8000
                              Fax: (908) 654-7207

                              Proposed Lead Counsel for Plaintiffs