## CERTIFICATION OF SERVICE

I hereby certify that on April 2, 2004, I caused a true and correct copy of Motion for Consolidation, Appointment as lead Plaintiffs and for Approval of Selection of Lead and Liaison Counsel, Memorandum in Support of the Motion of Barry B. Stoddard and Victor Rapp for Consolidation, Appointment as Lead Plaintiffs and for Approval of Selection of Lead and Liaison Counsel to be served via first class U.S. Mail delivery on the attached service list.