# WAVE SYSTEMS CORPORATION
# SERVICE LIST

Plaintiff Attorneys

| | |
|---|---|
| Jean-Marc Zimmerman<br>Zimmerman & Levi, LLP<br>226 St. Paul Street<br>Westfield, NJ 07090 | Nancy F. Gans<br>Moulton & Gans, PC<br>33 Broad Street<br>Suite 1100<br>Boston, MA 02109 |
| Eduard Korsinsky<br>Zimmerman Levi & Korsinsky, LLP<br>39 Broadway, Suite 1440<br>New York, NY 10006 | Theodore M. Hess-Mahan<br>Thomas G. Shapiro<br>Shapiro Haber & Urmy LLP<br>75 State Street<br>Boston, MA 02109 |
| Jeffrey C. Block<br>Leslie R. Stern<br>Michael T. Matraia<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>One Liberty Square, 8th Floor<br>Boston, MA 02109 | Susan E. Stenger<br>Perkins, Smith & cohen, LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108 |
| William Lerach<br>Darren Robbins<br>Milberg Weiss Bershad<br>  Hynes & Lerach LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101 | Charles J. Piven<br>Law Offices of Charles J. Piven<br>401 East Pratt Street Suite 2525<br>Baltimore, MD 21202 |
| Darren Check<br>Schiffrin & Barroway LLP<br>Three Bala Plaza East Suite 400<br>Bala Cynwyd, PA 19004 | David Rosenfeld<br>Cauley Geller Bowman & Rudman LLP<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747 |
| William B. Federman<br>Federman & Sherwood<br>120 N Robinson, Suite 2720<br>Oklahoma City, OK 73102 | Leigh Lasky<br>Lasky & Rifkind, Ltd.<br>100 Park Avenue, 12th Floor<br>New York, NY 10017 |

00002109.WPD ; 1

Joseph J. De Palma
Lite De Palma Greenberg & Rivas LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102

Joseph Seidman
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016

Stuart Wechsler
Samuel Rosen
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY 10022

Christopher Keller
The Law Firm of Goodkind Labaton
 Rudoff & Sucharow
100 Park Avenue
 New York, NY 10017

Deborah R. Gross
Law Offices of Bernard M. Gross, PC
1515 Locust Street Suite 200
Philadelphia, PA 19102

Aaron Brody
Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

Defendants Attorneys

Robert A. Buhlman
Eunice E. Lee
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110