UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 APR -2 A 10 02

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CANDY M. SOUSA, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30022 (MAP) |
| YOSEF STREICHER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30026 (MAP) |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| RAFAT DAWOD,<br><br>        Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>        Defendant. | Civil Action No. 04-cv-30029 (MAP) |
| ALVIN CHESS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>        Defendant. | Civil Action No. 04-cv-30037 (MAP) |
| MICHAEL VICKER, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>        Defendant. | Civil Action No. 04-cv-30040 (MAP) |

**[ADDITIONAL CAPTIONS ON NEXT PAGE]**

| | |
|---|---|
| H. MARTIN BOHMAN, On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>　　　　Defendant. | Civil Action No. 04-cv-30041 (MAP) |
| JIMMY SUO, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>　　　　Defendant. | Civil Action No. 04-cv-30042 (MAP) |
| JACK SCHULMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY<br><br>　　　　Defendant. | Civil Action No. 04-cv-30043 (MAP) |

## CERTIFICATE OF SERVICE

I, Sandra F. Melloul, hereby certify that true copies of the following documents were served upon all counsel listed on the attached service list, via United States Mail, First Class, Postage Pre-Paid:

1. Notice of Motion Of The Trebitsch Group's Request For Consolidation, Appointment As Lead Plaintiffs And For Approval Of Choice Of Lead Counsel;

2. Memorandum Of Law In Support Of The Motion Of The Trebitsch Group's Request For Consolidation, Appointment As Lead Plaintiffs And For Approval Of Choice Of Lead Counsel;

3. Declaration of Eduard Korsinsky In Support Of The Trebitsch Group's Motion For Consolidation, Appointment As Lead Plaintiffs And For Approval Of Choice Of Lead Counsel; and

4. [Proposed] Order Consolidating Related Cases And Appointing Lead Plaintiff And Lead Counsel.

Dated:   April 1, 2004

_____
Sandra Faith Melloul

WAVE SYSTEMS CORPORATION
SERVICE LIST

**PLAINTIFFS COUNSEL**

David Pastor, Esq.
**GILMAN AND PASTOR, LLP**
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850
F (781) 231-7840

*Counsel for Plaintiffs Rafat Dawod and H. Martin Bohman*

Jonathan Plasse, Esq.
Christopher Keller, Esq.
**GOODKIND LABATON RUDOFF & SUCHAROW LLP**
100 Park Avenue
New York, NY 10017-553
(212) 907-0700
F (212) 818-0477

*Counsel for Plaintiff Michael Vicker*

Harold Obstfeld, Esq.
**HAROLD OBSTFELD, P.C.**
500 Fifth Avenue, 56th Floor
New York, NY 10110-0002
(212) 391-4150

*Counsel for Plaintiff Jimmy Suo*

Deborah Gross, Esq.
Susan Gross, Esq.
**LAW OFFICES OF BERNARD M. GROSS, P.C.**
1515 Locust Street
Philadelphia, PA 19102
(215) 561-3600
F (215) 561-3000

*Counsel for Plaintiff Alvin Chess*

Marjorie A. McKeithen
**MCKEITHEN, MCKEITHEN & BOHMAN**
10771 Perkins Road
First Floor
Baton Rouge, LA 70810
(225) 766-6500

*Counsel for H. Martin Bohman*

William Lerach, Esq.
Darren Robbins, Esq.
**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
401 B Street
San Diego, CA 92101-3356
(619) 231-1058
F (619) 231-7423

*Counsel for Plaintiff Candy M. Sousa*

Nancy F. Gans, Esq.
**MOULTON & GANS, PC**
33 Broad Street
Suite 1100
Boston, MA 02109
(617) 369-7979
F (617) 369-7980

*Counsel for Plaintiffs Candy M. Sousa, Yosef Streicher*

Susan E. Stenger, Esq.
**PERKINS, SMITH & COHEN LLP**
One Beacon Street, 30th Floor
Boston, MA 02108
617-854-4228
F (617) 854-4040

*Counsel for Plaintiff Jack Schulman*

2

Theodore M. Hess-Mahan, Esq.
Thomas G. Shapiro, Esq.
**SHAPIRO, HABER & URMY, LLLP**
75 State Street
Boston, MA 02109
(617) 439-3939
F (617) 439-0134

*Counsel for Plaintiffs Alvin Chess and Michael Vicker*

Jules Brody, Esq.
Aaron Brody, Esq.
Tzivia Brody, Esq.
**STULL STULL & BRODY**
6th East 45th Street
New York, NY 10017
(212) 687-7230
F (212) 490-2022

*Counsel for Plaintiff H. Martin Bohman*

Robert Harwood, Esq.
Jeffrey Norton, Esq.
**WECHSLER HARWOOD LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
(212) 935-7400
F (212) 753-3630

*Counsel for Plaintiff Jack Schulman*

Eduard Korsinsky, Esq.
**ZIMMERMAN LEVI & KORSINSKY LLP**
39 Broadway, Suite 1440
New York, NY 10016
212-363-7500
F 212-363-7171
*Counsel for Plaintiff Jimmy Suo*

**DEFENDANTS COUNSEL**

Robert A. Bulhman, Esq.
Eunice E. Lee, Esq.
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8717
F (617) 951-8736

*Counsel for Defendants Wave Systems Corporation, John E. Bagalay, Jr., Steven K. Sprague and Gerard T. Feeney*