UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY M. SOUSA, on Behalf of Herself and All Others Similarly Situated, | : <br> : <br> : |
| Plaintiff, | : 04 CV 30022 (MAP) <br> : <br> : |
| v. | : <br> : |
| WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY, | : <br> : <br> : |
| Defendants. | : <br> : |

[Additional Captions Below]

**MOTION OF THE GABRIELE PROPOSED LEAD PLAINTIFFS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS PURSUANT TO §21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND APPROVAL OF SELECTION OF CO-LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| YOSEF STREICHER, on Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>                      Defendants. | 04 CV 30026 (MAP) |
| ALVIN CHESS, Individually, and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>STEVEN K. SPRAGUE, GERARD T. FEENEY, and WAVE SYSTEMS CORPORATION,<br><br>                      Defendants. | 04 CV 30037 (MAP) |
| MICHAEL VICKER, on Behalf of Himself and ll Others Similarly Situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>                      Defendants. | 04 CV 30040 (MAP) |

| | |
|---|---|
| H. MARTIN BOHMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>                        v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>                        Defendants. | 04 CV 30041 (MAP) |
| JIMMY SUO, on Behalf of Himself and All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>                        v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>                        Defendants. | 04 CV 30042 (MAP) |
| JACK SCHULMAN, Individually, and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>                        v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>                        Defendants. | 04 CV 30043 (MAP) |

Movants, as defined in the accompanying Memorandum of Law, upon the Declaration of Aaron Brody, dated April 1, 2004, and the exhibits annexed thereto, the accompanying Memorandum of Law, all of the prior pleadings and proceedings had herein, and such other evidence as the Court may consider at the hearing on this motion, hereby respectfully move this Court for an order in the form filed herewith: (i) consolidating the above-referenced actions; (ii) appointing the Gabriele Proposed Lead Plaintiffs as Lead Plaintiffs in the actions pursuant to the Private Securities Litigation Reform Act of 1995; and (iii) approving Movants' selection of Co-Lead Counsel.

Dated: April 2, 2004

Respectfully submitted,

**GILMAN AND PASTOR, LLP**

By: /s/David Pastor
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Tel: (781) 231-7850

**Proposed Liaison Counsel For Plaintiffs and The Class**

**STULL, STULL & BRODY**
Jules Brody
Aaron L. Brody
6 East 45th Street
New York, New York 10017
Tel: (212) 687-7230

**McKEITHEN, McKEITHEN
 & BOHMAN**
Marjorie A. McKeithen
10771 Perkins Road, First Floor
Baton Rouge, Louisiana 70810
Tel: (225) 766-6500

**Proposed Co-Lead Counsel For
Plaintiffs and The Class**