UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY M. SOUSA, on Behalf of Herself and All Others Similarly Situated, | : <br> : <br> : |
| Plaintiff, | :     04 CV 30022 (MAP) <br> : |
| v. | : <br> : |
| WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY, | : <br> : <br> : |
| Defendants. | : |

[Additional Captions Below]

**DECLARATION OF AARON BRODY IN SUPPORT OF
THE MOTION OF THE GABRIELE PROPOSED LEAD PLAINTIFFS
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS PURSUANT TO
§21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934
AND APPROVAL OF SELECTION OF CO-LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| YOSEF STREICHER, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>    Defendants. | 04 CV 30026 (MAP) |
| ALVIN CHESS, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN K. SPRAGUE, GERARD T. FEENEY, and WAVE SYSTEMS CORPORATION,<br><br>    Defendants. | 04 CV 30037 (MAP) |
| MICHAEL VICKER, on Behalf of Himself and ll Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>    Defendants. | 04 CV 30040 (MAP) |

| | |
|---|---|
| H. MARTIN BOHMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>            Defendants. | 04 CV 30041 (MAP) |
| JIMMY SUO, on Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>            Defendants. | 04 CV 30042 (MAP) |
| JACK SCHULMAN, Individually, and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>            Defendants. | 04 CV 30043 (MAP) |

I, Aaron Brody, hereby declare:

1. I am an attorney at the law firm of Stull, Stull & Brody. I submit this Declaration in support of the motion of the Gabriele Proposed Lead Plaintiffs for consolidation, appointment as lead plaintiffs and approval of selection of Stull, Stull & Brody and McKeithen, McKeithen & Bohman as co-lead counsel and Gilman & Pastor, LLP as Liaison Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the notice of pendency published over Business Wire, a national, business-oriented news wire service, on February 5, 2004.

3. Attached hereto as Exhibit B are true and correct copies of the plaintiff certifications executed by the Gabriele Proposed Lead Plaintiffs, which demonstrate their class standing and requisite financial interest in the outcome of the litigation.

4. Attached hereto as Exhibit C is a chart summarizing the transactions the Gabriele Proposed Lead Plaintiffs in Wave Systems Corporation common stock during the Class Period.

5. Attached hereto as Exhibit D is a true and correct copy of Stull, Stull & Brody's firm biography.

6. Attached hereto as Exhibit E is a true and correct copy of McKeithen, McKeithen & Bohman's firm biography.

7. Attached hereto as Exhibit F is a true and correct copy of Gilman & Pastor, LLP's firm biography.

Signed under penalties of perjury this 1st day of April, 2004.

_____
Aaron Brody