# Exhibit E

Case 3:04-cv-30022-MAP     Document 20-6     Filed 04/02/2004     Page 1 of 4

## MCKEITHEN, MCKEITHEN & BOHMAN
(A PROFESSIONAL LAW CORPORATION)

ATTORNEYS AND COUNSELORS AT LAW

JOHN J. MCKEITHEN
(1918 - 1999)

MARTIN S. BOHMAN
MARJORIE A. MCKEITHEN

FIRST FLOOR
10771 PERKINS ROAD
BATON ROUGE, LOUISIANA 70810

TELEPHONE
(225) 766-6500

FACSIMILE
(225) 769-7090

## FIRM PROFILE

The firm of McKeithen, McKeithen & Bohman, A.P.L.C. was founded as a litigation firm in 1995. The founding partners were John J. McKeithen, Marjorie A. McKeithen, and Martin S. Bohman. Although the firm is centrally located in Baton Rouge, the firm's practice is not geographically limited and the firm has represented clients from not only the State of Louisiana in both state and federal courts but also clients from various states within the United States of America as well as clients from as far away as France and the United Kingdom.

Prior to forming McKeithen, McKeithen, & Bohman, A.P.L.C., John J. McKeithen, the most senior partner in the firm, had been in private practice since leaving the office of Governor of the State of Louisiana which he held from 1964 to 1972. Marjorie A. McKeithen had previously been associated with the Baton Rouge law firm of Moore, Walters, Shoenfelt & Thompson with a primary focus on representation of plaintiffs in civil litigation matters in the areas of products liability and health care. Martin S. Bohman had previously been associated with the New Orleans firm of Blue, Williams & Buckley with a primary focus on defense litigation in the areas of insurance, maritime, products liability and health care liability.

The firm maintains a general civil litigation practice and represents a wide variety of clients both as defendants and as plaintiffs. Although the firm does advise clients on general corporate matters (with an emphasis towards litigation prevention and risk management), the focus of the firm has always been and will continue to be active litigation at both the trial and appellate levels. The areas in which the firm concentrates are securities fraud, tort litigation, medical malpractice, products liability, corporate law, and employment law.

## CURRENT SECURITIES FRAUD CASES

The firm is currently involved in securities fraud class action litigation, having been appointed as Liaison Counsel in the following cases:

> Lasky v. Brown (United Companies), No. 99-1035-B-M2 (U.S. District Court, Middle District of Louisiana). McKeithen, McKeithen & Bohman, A.P.L.C. served as liaison counsel, and Keller Rohrback, L.L.P. and Stull, Stull and Brody served as co-lead counsel in this securities fraud class action, brought on behalf of all persons who purchased or otherwise acquired equity securities in United Companies Financial Corporation between April 29, 1998, and February 2, 1999, inclusive. A settlement of $20.5 million was achieved for the class.

> Unger v. Amedisys, Inc., No. 01-703 (U.S. District Court Middle District of Louisiana). McKeithen, McKeithen & Bohman, A.P.L.C. is liaison counsel, and Keller Rohrback L.L.P. and Stull Stull & Brody are co-lead counsel in this securities fraud class action, representing purchasers of the securities

between March 1, 2001 and June 13, 2001, inclusive (the "Class Period").

## *PARTNERS*

**JOHN J. McKEITHEN** was born in Grayson, Louisiana on May 28, 1918. Governor McKeithen received his B.S. and L.L.B. degrees from Louisiana State University in 1942. After law school Governor McKeithen served in the United States Army during World War II until he was discharged in 1945. Governor McKeithen opened his first law practice in 1945 in Grayson, Louisiana. From 1948 to 1952 he served in the Louisiana House of Representatives acting as floor leader for Governor Earl K. Long. In 1954 he won election to the Public Service Commission, was reelected in 1960, and was then elected Governor of the State in 1964. He was re-elected to a historic second term as Louisiana's Governor in 1968 with 81% of the vote. He served as governor of the State of Louisiana until 1972.

Governor McKeithen had been in the private practice of law since leaving the office of Governor. He had practiced in Columbia, Louisiana, his home town, and in Baton Rouge as a partner in this firm since its inception in 1995.

**MARJORIE A. McKEITHEN** was born in Baton Rouge, Louisiana on November 5, 1965. She received her Bachelor of Science degree in Petroleum Land Management from Louisiana State University in 1987. After leaving college, Miss McKeithen served as campaign manager for her father, Secretary of State Walter Fox McKeithen, in his initial election to the office of Secretary of State.

Miss McKeithen received her Juris Doctor degree from Louisiana State University, Paul M. Hebert School of Law, in 1991 where she was awarded the Paul M. Hebert scholarship, received a number of American Jurisprudence awards, served as a member of the Louisiana Law Review and was on the Chancellor's List. Prior to entering private practice Miss McKeithen served as law clerk to the Honorable Frank J. Polozola, United States District Judge for the Middle District of Louisiana. Miss McKeithen began her private practice with the Baton Rouge firm of Moore, Walters, Shoenfelt and Thompson where she was associated until 1995 when this firm was formed.

Miss McKeithen has an active practice in all of the courts of the State of Louisiana at both the trial and appellate levels. Her current litigation practice is in the areas of securities fraud, tort litigation, products liability, health care, and employment law. She has represented both individuals and businesses throughout the State of Louisiana.

Miss McKeithen is a frequent lecturer at litigation seminars and also served as a legal advisor and host of the local Baton Rouge radio program, "Legal Briefs." She is admitted to the Supreme Court of Louisiana, and the United States District Courts for the Eastern, Western and Middle Districts of Louisiana. Miss McKeithen has served on the Board of Governors of the Louisiana Trial Lawyers Association and as a member of the Baton Rouge Bar Association, the Louisiana State Bar Association, and the American Inns of Court. She was recently honored by the President of the Louisiana State Bar Association as the recipient of the 2002 Crystal Gavel Award.

Miss McKeithen also serves on the Board of Commerce and Industry for the State of Louisiana and on the Board of the Louisiana Nature Conservancy. She is a member of a variety of professional and civic associations and was featured by the Greater Baton Rouge Business Report as one of the most outstanding young professionals in the Baton Rouge

area.

**MARTIN S. BOHMAN** was born in Long Beach, California on July 10, 1964. Mr. Bohman received his Bachelor of Arts degree in psychology with a minor in political science from the University of California at Irvine in 1986. After leaving college Mr. Bohman worked for the Los Angeles based securities firm of Wedbush, Noble & Cooke as a securities trader. He was licenced by the NYSE and NASD with a Series 7 license and actively traded securities on the New York, American, and Pacific Stock Exchanges as well as the Chicago Board Options Exchange before returning to law school.

Mr. Bohman received his Juris Doctor degree from Tulane Law School in 1992 where he served as a Justice on the Tulane Moot Court Board and as an advocate on the Tulane National Moot Court Trial Team. He also received the American Jurisprudence award for trial advocacy. After leaving Tulane, he became associated with the New Orleans firm of Blue, Williams & Buckley where he practiced defense litigation in the areas of insurance, maritime, products liability and health care liability. In addition to being in private practice, Mr. Bohman served as coach of the Tulane National Moot Court Trial team during the years 1993, 1994, and 1995. Mr. Bohman left Blue, Williams and moved to Baton Rouge when the firm was formed in 1995.

Mr. Bohman has practiced actively in all of the courts of the State of Louisiana at both the trial and appellate levels. His current litigation practice is in the areas of tort litigation (defense and plaintiff), products liability, health care, and corporate defense litigation. He has represented both individuals and businesses throughout the State of Louisiana. Mr. Bohman is currently a faculty member in the Trial Advocacy Program at the Paul M. Hebert Law Center at Louisiana State University teaching litigation skills and trial advocacy.

Mr. Bohman is admitted to the Supreme Court of Louisiana, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Eastern, Western and Middle Districts of Louisiana. Mr. Bohman is a member of the Baton Rouge Bar Association, the Louisiana State Bar Association, and the American Bar Association.