## CERTIFICATION OF SERVICE

I hereby certify that on April 2, 2004, I caused a true and correct copy of Motion of the Gabriele Proposed Lead Plaintiffs for Consolidation, Appointment as Lead Plaintiffs Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 and Approval of Selection of Co-Lead and Liaison Counsel, Memorandum of Law in Support of the Motion of the Gabriele Proposed Lead Plaintiffs for Consolidation, Appointment as Lead Plaintiffs Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 and Approval of Selection of Co-Lead and Liaison Counsel, Declaration of Aaron Brody in Support of the Motion of the Gabriele Proposed Lead Plaintiffs for Consolidation, Appointment as Lead Plaintiffs Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 and Approval of Selection of Co-Lead and Liaison Counsel, and Proposed Order (i) Consolidating All Relating Actions; (ii) Appointing the Gabriele Proposed Lead Plaintiffs as Lead Plaintiffs; and (iii) Approving Lead Plaintiffs' Selection of Counsel to be served via first class U.S. Mail delivery on the attached service list, except as indicated those parties who received copies electronically.

/s/David Pastor