# WAVE SYSTEMS CORPORATION
## SERVICE LIST

Plaintiff Attorneys

Jean-Marc Zimmerman
Zimmerman & Levi, LLP
226 St. Paul Street
Westfield, NJ 07090

Nancy F. Gans **Electronic Copy**
Moulton & Gans, PC
33 Broad Street
Suite 1100
Boston, MA 02109

Eduard Korsinsky
Zimmerman Levi & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY 10006

Theodore M. Hess-Mahan
Thomas G. Shapiro
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109

Jeffrey C. Block
Leslie R. Stern
Michael T. Matraia
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109

Susan E. Stenger
Perkins, Smith & cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108

William Lerach
Darren Robbins
Milberg Weiss Bershad
 Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101

Charles J. Piven
Law Offices of Charles J. Piven
401 East Pratt Street Suite 2525
Baltimore, MD 21202

Darren Check
Schiffrin & Barroway LLP
Three Bala Plaza East Suite 400
Bala Cynwyd, PA 19004

David Rosenfeld
Cauley Geller Bowman & Rudman LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

William B. Federman
Federman & Sherwood
120 N Robinson, Suite 2720
Oklahoma City, OK 73102

Leigh Lasky
Lasky & Rifkind, Ltd.
100 Park Avenue, 12th Floor
New York, NY 10017

| | |
|---|---|
| Joseph J. De Palma<br>Lite De Palma Greenberg & Rivas LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102 | Joseph Seidman<br>Bernstein Liebhard & Lifshitz, LLP<br>10 East 40th Street<br>New York, NY 10016 |
| Stuart Wechsler<br>Samuel Rosen<br>Wechsler Harwood LLP<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022 | Christopher Keller<br>The Law Firm of Goodkind Labaton<br>  Rudoff & Sucharow<br>100 Park Avenue<br> New York, NY 10017 |
| Deborah R. Gross<br>Law Offices of Bernard M. Gross, PC<br>1515 Locust Street Suite 200<br>Philadelphia, PA 19102 | Aaron Brody<br>Jules Brody<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017 |
| Marjorie A. McKeithen<br>McKeithen, McKeithen & Bohman<br>10771 Perkins Road, First Floor<br>Baton Rouge, Louisiana 70810 | |

Defendants Attorneys

Robert A. Buhlman **Electronic Copy**
Eunice E. Lee
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

00002109.WPD ; 1