## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY M. SOUSA, on behalf of herself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>WAVE SYSTEMS CORPORATION, )<br>JOHN E. BAGALAY, JR., STEVEN K. )<br>SPRAGUE, and GERARD T. FEENEY, )<br>)<br>Defendants.  ) | Civil Action No.  3:04-CV-30022 (MAP) |
| YOSEF STREICHER, on behalf of himself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>WAVE SYSTEMS CORPORATION, )<br>JOHN E. BAGALAY, JR., STEVEN K. )<br>SPRAGUE, and GERARD T. FEENEY, )<br>)<br>Defendants.  ) | Civil Action No.  3:04-CV-30026 (MAP) |

[Captions continued on next page]

**MOTION TO CONSOLIDATE ACTIONS,
TO BE APPOINTED LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD
PLAINTIFFS' SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| RAFAT DAWOD, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY, )<br>)<br>Defendants. ) | Civil Action No. 3:04-CV-30029 (MAP) |
| ALVIN CHESS, individually and on behalf all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY, )<br>)<br>Defendants. ) | Civil Action No. 3:04-CV-30037 (MAP) |
| MICHAEL VICKER, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY, )<br>)<br>Defendants. ) | Civil Action No. 3:04-CV-30040 (MAP) |

[Captions continued on next page]

| | |
|---|---|
| H. MARTIN BOHMAN, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY, )<br>)<br>)<br>)<br>Defendants. ) | Civil Action No. 3:04-CV-30041 (MAP) |
| JIMMY SUO, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY, )<br>)<br>)<br>)<br>Defendants. ) | Civil Action No. 3:04-CV-30042 (MAP) |
| JACK SCHULMAN, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY, )<br>)<br>)<br>)<br>Defendants. ) | Civil Action No. 3:04-CV-30043 (MAP) |

PLEASE TAKE NOTICE that class members Anne Brumbaugh, Gary L. Harmon and Randy K. Griffin (collectively, the"Brumbaugh Plaintiff Group"), by their counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (i) consolidating the Actions; (ii) appointing the Brumbaugh Plaintiff Group as lead plaintiffs; (iii) approving the Brumbaugh Plaintiff Group's selection of the law firm of Schiffrin & Barroway, LLP to serve as lead counsel; (iv) approving the Brumbaugh Plaintiff Group's selection of the law firm of Gilman and Pastor, LLP to serve as liaison counsel; and (v) granting such other and further relief as the Court may deem just and proper. In support of this motion, the Brumbaugh Plaintiff Group submits herewith a memorandum of law and declaration of David Pastor.

Dated: April 2, 2004.                    Respectfully submitted,

**GILMAN AND PASTOR, LLP**

By: /s/ David Pastor
David Pastor (BBO # 391000)
Peter A. Lagorio (BBO # 567379)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone:    (781) 231-7850
Facsimile:    (781) 231-7840

**Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**
Andrew L. Barroway
Stuart L. Berman
Darren J. Check
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
Telephone:    (610) 667-7706
Facsimile:    (610) 667-7056

**Proposed Lead Counsel**