# EXHIBIT A

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, (print name) ANNE BRUMBAUGH ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the Complaint and authorizes its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transaction(s) in the Wave Systems Corporation (Nasdaq: WAVX) security that is the subject of this action during the Class Period is/are as follows[1]:

| No. of Shares | Buy/Sell | Date (TRADE DATE) | Price Per Share |
|---|---|---|---|
| 1700 | Buy | 8-4-03 | 4.76 |
| 3300 | Buy | 8-4-03 | 4.73 |
| 1800 | Buy | 8-4-03 | 4.62 |
| 3000 | Buy | 8-5-03 | 4.65 |

attached sheet

[1] List additional transactions on a separate sheet of paper, if necessary.

5. Plaintiff has complete investment authority and is the agent and attorney-in-fact with full power and authority to bring a suit to recover for investment losses.

6. During the three years prior to the date of this Certification, Plaintiff has sought to serve or served as a representative party or a class in the following actions filed under the federal securities laws (if none, so indicate): _____.

7. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6 day of MARCH, 2004

*Anne Brumbaugh*
Signature

ANNE BRUMBAUGH
Print Name

| Date | Purchase or Sale | Number of Securities | Type of Securities | Price of Securities |
|---|---|---|---|---|
| 8/4/2003 | Buy | 300 | Com Stk | 4.6100 |
| 8/4/2003 | Buy | 550 | Com Stk | 4.5700 |
| 8/6/2003 | Buy | 2,000 | Com Stk | 3.7800 |
| 8/6/2003 | Buy | 750 | Com Stk | 3.9200 |

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, (print name) GARY L. HARMON ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the Complaint and authorizes its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transaction(s) in the Wave Systems Corporation (Nasdaq: WAVX) security that is the subject of this action during the Class Period is/are as follows[1]:

| No. of Shares | Buy/Sell | Date | Price Per Share |
| --- | --- | --- | --- |
| 5000 | Buy | August 5, 2003 | $5.19 |
| 5000 | Buy | August 5, 2003 | 5.03 |
| 1,100 | Buy | August 6, 2003 | 3.23 |
| 1,900 | Buy | August 6, 2003 | 3.24 |

[1] List additional transactions on a separate sheet of paper, if necessary. (I have not sold any.)

5. Plaintiff has complete investment authority and is the agent and attorney-in-fact with full power and authority to bring a suit to recover for investment losses.

6. During the three years prior to the date of this Certification, Plaintiff has sought to serve or served as a representative party or a class in the following actions filed under the federal securities laws (if none, so indicate): NONE

7. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 22ND day of MARCH, 200_.

_Gary L. Harmon_
Signature

GARY L. HARMON
Print Name

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, (print name) RANDY K. GRIFFIN ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the Complaint and authorizes its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transaction(s) in the Wave Systems Corporation (Nasdaq: WAVX) security that is the subject of this action during the Class Period is/are as follows[1]:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| 10,000 | Buy | 8/1/03 | 4.00 |
| 10,000 | Sold | 8/4/03 | 4.59 |
| 20,000 | Buy | 8/5/03 | 4.50 |
| 20,000 | Sold | 9/4/03 | 3.20 |

[1] List additional transactions on a separate sheet of paper, if necessary.

(7) ADDITIONAL TRANSACTION ON SEPARATE SHEET

5. Plaintiff has complete investment authority and is the agent and attorney-in-fact with full power and authority to bring a suit to recover for investment losses.

6. During the three years prior to the date of this Certification, Plaintiff has sought to serve or served as a representative party or a class in the following actions filed under the federal securities laws (if none, so indicate): NONE

7. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 2 day of MARCH, 2004.

_Randy K. Griffin_
Signature

RANDY K. GRIFFIN
Print Name

| Date | Purchase or Sale | Number of Securities | Type of Securities | Price of Securities |
|---|---|---|---|---|
| 9/17/2003 | Buy | 15,000 | Com Stk | 3.3000 |
| 9/17/2003 | Sold | 15,000 | Com Stk | 3.4900 |
| 9/19/2003 | Buy | 4,400 | Com Stk | 3.2600 |
| 9/19/2003 | Buy | 13,600 | Com Stk | 3.2700 |
| 10/13/2003 | Sold | 18,000 | Com Stk | 2.8500 |
| 10/15/2003 | Buy | 5,000 | Com Stk | 3.0500 |
| 11/25/2003 | Sold | 5,000 | Com Stk | 2.0000 |