# EXHIBIT B

Barrons
2/2/04 Edition
1/31/04 Available to public



Legal Notices

[Illegible class action notice regarding securities litigation. Visible fragments include references to the United States District Court, District of New Jersey, class period between August 1999 and 2001, Sections 10(b) and 20(a) of the Securities Exchange Act, Rule 10b-5, lead plaintiff motion deadline of April 2, 2004, and contact information for Kirby McInerney & Squire, LLP, Zimmerman Levi & Korsinsky, Esq., 39 Broadway, Suite 1440, NY, NY 10006, (212) 363-7500, email to ek@zklaw.com.]