# EXHIBIT C

**WAVE SYSTEMS CORPORATION ESTIMATED LOSSES - EXHIBIT "C"**　　CLASS PERIOD: 07/31/03 - 02/02/04

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD AS OF 02/02/04 | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE PRICE | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| Anne Brumbaugh | 8/4/2003 | 1,700 | 4.7600 | 8,092.00 | | | | | | | (8,092.00) |
| | 8/4/2003 | 3,300 | 4.7300 | 15,609.00 | | | | | | | (15,609.00) |
| | 8/4/2003 | 1,800 | 4.6200 | 8,316.00 | | | | | | | (8,316.00) |
| | 8/4/2003 | 300 | 4.6100 | 1,383.00 | | | | | | | (1,383.00) |
| | 8/4/2003 | 550 | 4.5700 | 2,513.50 | | | | | | | (2,513.50) |
| | 8/5/2003 | 3,000 | 4.6500 | 13,950.00 | | | | | | | (13,950.00) |
| | 8/6/2003 | 2,000 | 3.7800 | 7,560.00 | | | | | | | (7,560.00) |
| | 8/6/2003 | 750 | 3.9200 | 2,940.00 | | | | | | | (2,940.00) |
| | | 13,400 | | | | 0 | | | 13,400 | 1.47 | 19,698.00 |
| | | | | | | | | | | | (40,665.50) |
| Gary L. Harmon | 8/5/2003 | 5,000 | 5.1900 | 25,950.00 | | | | | | | (25,950.00) |
| | 8/5/2003 | 5,000 | 5.0300 | 25,150.00 | | | | | | | (25,150.00) |
| | 8/6/2003 | 1,100 | 3.2300 | 3,553.00 | | | | | | | (3,553.00) |
| | 8/6/2003 | 1,900 | 3.2400 | 6,156.00 | | | | | | | (6,156.00) |
| | | 13,000 | | | | 0 | | | 13,000 | 1.47 | 19,110.00 |
| | | | | | | | | | | | (41,699.00) |
| Randy K. Griffin | 8/1/2003 | 10,000 | 4.0000 | 40,000.00 | 8/4/2003 | 10,000 | 4.59 | 45,900.00 | | | 5,900.00 |
| | 8/5/2003 | 20,000 | 4.5000 | 90,000.00 | 9/4/2003 | 20,000 | 3.20 | 64,000.00 | | | (26,000.00) |
| | 9/17/2003 | 15,000 | 3.3000 | 49,500.00 | 9/17/2003 | 15,000 | 3.49 | 52,350.00 | | | 2,850.00 |
| | 9/19/2003 | 4,400 | 3.2600 | 14,344.00 | 10/13/2003 | 18,000 | 2.85 | 51,300.00 | | | 36,956.00 |
| | 9/19/2003 | 13,600 | 3.2700 | 44,472.00 | 11/25/2003 | 5,000 | 2.00 | 10,000.00 | | | (34,472.00) |
| | 10/15/2003 | 5,000 | 3.0500 | 15,250.00 | | | | | | | (15,250.00) |
| | | 68,000 | | | | 68,000 | | | 0 | 1.47 | 0.00 |
| | | | | | | | | | | | (30,016.00) |
| TOTAL BRUMBAUGH PLAINTIFF GROUP | | | | | | | | | | | (112,380.50) |

(1) Estimated Value is the moving mean average of Wave Systems Corporation from the date of disclosure, February 3, 2004 through April 1, 2004.