## CERTIFICATION OF SERVICE

I hereby certify that on April 2, 2004, I caused a true and correct copy of Motion to Consolidate Actions, To Be Appointed Lead Plaintiffs and For Approval of Lead Plaintiffs' Selection of Lead Counsel and Liaison Counsel, Memorandum of Law in Support of Motion of the Brumbaugh Plaintiff Group to Consolidate Actions, To Be Appointed Lead Plaintiffs and For Approval of Lead Plaintiffs and For Approval of Lead Plaintiffs' Selection of Lead Counsel and Liaison Counsel, Declaration of David Pastor in Support of Motion of the Brumbaugh Plaintiff Group to Consolidate Actions, To Be Appointed Lead Plaintiffs and For Approval of Lead Plaintiffs' Selection of Lead Counsel and Liaison Counsel, and [Proposed] Order Consolidating Actions, Appointing Lead Plaintiffs, Approving Lead Plaintiffs' Selection of Lead Counsel and Liaison Counsel to be served via first class U.S. Mail delivery on the attached service list, except as indicated those parties who received copies electronically.

        /s/ David Pastor