# WAVE SYSTEMS CORPORATION
## SERVICE LIST

Plaintiff Attorneys

| | |
|---|---|
| Jean-Marc Zimmerman<br>Zimmerman & Levi, LLP<br>226 St. Paul Street<br>Westfield, NJ 07090 | Nancy F. Gans **Electronic Copy**<br>Moulton & Gans, PC<br>33 Broad Street<br>Suite 1100<br>Boston, MA 02109 |
| Eduard Korsinsky<br>Zimmerman Levi & Korsinsky, LLP<br>39 Broadway, Suite 1440<br>New York, NY 10006 | Theodore M. Hess-Mahan<br>Thomas G. Shapiro<br>Shapiro Haber & Urmy LLP<br>75 State Street<br>Boston, MA 02109 |
| Jeffrey C. Block<br>Leslie R. Stern<br>Michael T. Matraia<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>One Liberty Square, 8th Floor<br>Boston, MA 02109 | Susan E. Stenger<br>Perkins, Smith & cohen, LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108 |
| William Lerach<br>Darren Robbins<br>Milberg Weiss Bershad<br>  Hynes & Lerach LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101 | Charles J. Piven<br>Law Offices of Charles J. Piven<br>401 East Pratt Street Suite 2525<br>Baltimore, MD 21202 |
| Darren Check<br>Schiffrin & Barroway LLP<br>Three Bala Plaza East Suite 400<br>Bala Cynwyd, PA 19004 | David Rosenfeld<br>Cauley Geller Bowman & Rudman LLP<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747 |
| William B. Federman<br>Federman & Sherwood<br>120 N Robinson, Suite 2720<br>Oklahoma City, OK 73102 | Leigh Lasky<br>Lasky & Rifkind, Ltd.<br>100 Park Avenue, 12th Floor<br>New York, NY 10017 |

00002109.WPD ; 1

| | |
|---|---|
| Joseph J. De Palma<br>Lite De Palma Greenberg & Rivas LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102 | Joseph Seidman<br>Bernstein Liebhard & Lifshitz, LLP<br>10 East 40th Street<br>New York, NY 10016 |
| Stuart Wechsler<br>Samuel Rosen<br>Wechsler Harwood LLP<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022 | Christopher Keller<br>The Law Firm of Goodkind Labaton<br>  Rudoff & Sucharow<br>100 Park Avenue<br> New York, NY 10017 |
| Deborah R. Gross<br>Law Offices of Bernard M. Gross, PC<br>1515 Locust Street Suite 200<br>Philadelphia, PA 19102 | Aaron Brody<br>Jules Brody<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017 |
| Marjorie A. McKeithen<br>McKeithen, McKeithen & Bohman<br>10771 Perkins Road, First Floor<br>Baton Rouge, Louisiana 70810 | |

Defendants Attorneys

Robert A. Buhlman **Electronic Copy**
Eunice E. Lee
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

00002109.WPD ; 1