UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY M. SOUSA, On Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>        Defendants. | No. 04-30022-MAP<br><br>CLASS ACTION |
| YOSEF STREICHER, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>        Defendants. | No. 04-30026-KPN<br><br>CLASS ACTION |

[Caption continued on following page.]

[PROPOSED] ORDER GRANTING RON ROGERS' AND STEVE ALVAREZ'S MOTION TO BE APPOINTED LEAD PLAINTIFF UNDER SECTION 21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND FOR APPOINTMENT OF LEAD COUNSEL AND LIAISON COUNSEL

| | |
|---|---|
| RAFAT DAWOD, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>                      Defendants. | Civil Action No. 04-30029-KPN<br><br><u>CLASS ACTION</u> |
| ALVIN CHESS, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>                      Defendants. | Civil Action No. 04-30037-MAP<br><br><u>CLASS ACTION</u> |
| MICHAEL D. VICKER, On Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>                      Defendants. | Civil Action No. 04-30040-MAP<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

| | |
|---|---|
| H. MARTIN BOHMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>                Defendants. | Civil Action No. 04-30041-MAP<br><br><u>CLASS ACTION</u> |
| JIMMY SUO, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>                Defendants. | Civil Action No. 04-30042-MAP<br><br><u>CLASS ACTION</u> |
| JACK SCHULMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>                Defendants. | Civil Action No. 04-30043-MAP<br><br><u>CLASS ACTION</u> |

Having considered the motion to appoint Ron Rogers ("Rogers") and Steve Alvarez ("Alvarez") (collectively, "Movant") as lead plaintiffs, and approve lead plaintiffs' choice of lead counsel and liaison counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The motion is GRANTED;

2. The Court, having considered the provisions of §21d(a)(3)(b) of the Securities Exchange Act of 1934, hereby determines that Rogers and Alvarez are the "most adequate plaintiff[s]" and that Movant satisfies the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(b);

3. The Court hereby appoints Rogers and Alvarez as lead plaintiff in the above-entitled action; and

4. Lead plaintiff's selection of lead counsel for the class is approved. Jeffrey W. Lawrence of the law firm of Milberg Weiss Bershad Hynes & Lerach LLP is appointed lead plaintiff's lead counsel under §21D(a)(3)(b)(v), 15 U.S.C. §78u-4(a)(3)(b)(v). Moulton & Gans, LLP is appointed as liaison counsel.

IT IS SO ORDERED.

DATED: _____    _____
                                 THE HONORABLE MICHAEL A. PONSOR
                                 UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: April 5, 2004

MOULTON & GANS, P.C.


　　\S\ NANCY FREEMAN GANS
　NANCY FREEMAN GANS, BBO #184540

- 1 -

- 2 -

33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: 617/369-7979
617/369-7980 (fax)

[Proposed] Liaison Counsel

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
JEFFREY W. LAWRENCE
STANLEY S. MALLISON
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above
document was served upon the attorney of record
for each party by mail on April 5, 2004.

\S\ NANCY FREEMAN GANS
NANCY GREEMAN GANS
T:\casesSF\wave Systems\ORD00008114.doc

- 3 -

DECLARATION OF SERVICE BY FEDERAL EXPRESS AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on April 5, 2004, declarant served the **[PROPOSED] ORDER GRANTING RON ROGERS' AND STEVE ALVAREZ'S MOTION TO BE APPOINTED LEAD PLAINTIFF UNDER SECTION 21D(A)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND FOR APPOINTMENT OF LEAD COUNSEL AND LIAISON COUNSEL** by depositing a true copy by Federal Express from San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of April, 2004, at San Francisco, California.

\S\ DEBORAH DASH
DEBORAH DASH

WAVE SYSTEMS (Mass)

Service List - 4/2/2004  (04-0046M)

Page 1 of 3

**Counsel For Defendant(s)**

Robert A. Buhlman
Eunice E. Lee
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
  617/951-8000
  617/951-8736 (Fax)

**Counsel For Plaintiff(s)**

Jeffrey C. Block
Michael T. Matraia
Leslie R. Stern
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02109
  617/542-8300
  617/542-1194 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Cauley Geller Bowman & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Jonathan M. Plasse
Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue, 12th Floor
New York, NY  10017-5563
  212/907-0700
  212/818-0477 (Fax)

Sandy A. Liebhard
Joseph R. Seidman, Jr.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY  10016
  212/779-1414
  212/779-3218 (Fax)

David  Pastor
Gilman And Pastor, L.L.P.
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906
  781/231-7850
  781/231-7840 (Fax)

Harold B. Obstfeld
Harold B. Obstfeld, P.C.
260 Madison Avenue, 19th Floor
New York, NY  10016
  212/696-1212
  212/679-8998 (Fax)

WAVE SYSTEMS (Mass)
Service List - 4/2/2004   (04-0046M)
Page 2 of 3

Deborah R. Gross
Susan R. Gross
Law Offices Bernard M. Gross, P.C.
1515 Locust Street, 2nd Floor
Philadelphia, PA  19102
   215/561-3600
   215/561-3000 (Fax)

Marjorie A. McKeithen
McKeithen, McKeithen & Bohman
10771 Perkins Road, First Floor
Baton Rouge, LA  70810
   225/766-6500

William S. Lerach
Darren J. Robbins
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)

Susan E. Stenger
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA  02108-3106
   617/854-4000
   617/854-4040 (Fax)

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
   410/332-0030
   410/685-1300 (Fax)

Jeffrey W. Lawrence
Stanley S. Mallison
Milberg Weiss Bershad Hynes & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109
   617/369-7979
   617/369-7980 (Fax)

Marc A. Topaz
Richard A. Maniskas
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
   610/667-7706
   610/667-7056 (Fax)

WAVE SYSTEMS (Mass)

Service List - 4/2/2004    (04-0046M)

Page 3 of 3

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
75 State Street
Boston, MA  02109
   617/439-3939
   617/439-0134 (Fax)

Jules Brody
Aaron L. Brody
Tzivia Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY  10017
   212/687-7230
   212/490-2022 (Fax)

Robert I. Harwood
Jeffrey M. Norton
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
   212/935-7400
   212/753-3630 (Fax)

Eduard Korsinsky
Zimmerman, Levi & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY  10006
   212/363-7500
   212/363-7171 (Fax)