UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY M. SOUSA, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | No. 04-30022-MAP<br><br>CLASS ACTION |
| YOSEF STREICHER, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | No. 04-30026-KPN<br><br>CLASS ACTION |

[Caption continued on following page.]

RON ROGERS AND STEVE ALVAREZ'S NOTICE OF MOTION AND MOTION TO
CONSOLIDATE CASES FOR ALL PURPOSES AND FOR AN ORDER REGARDING
PRESERVATION OF DOCUMENTS

| | |
|---|---|
| RAFAT DAWOD, Individually and On Behalf of All Others Similarly Situated, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>WAVE SYSTEMS CORPORATION, et al., <br><br>　　　　　　Defendants. | Civil Action No. 04-30029-KPN <br><br><u>CLASS ACTION</u> |
| ALVIN CHESS, Individually and On Behalf of All Others Similarly Situated, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>WAVE SYSTEMS CORPORATION, et al., <br><br>　　　　　　Defendants. | Civil Action No. 04-30037-MAP <br><br><u>CLASS ACTION</u> |
| MICHAEL D. VICKER, On Behalf of Himself and All Others Similarly Situated, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>WAVE SYSTEMS CORPORATION, et al., <br><br>　　　　　　Defendants. | Civil Action No. 04-30040-MAP <br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

| | |
|---|---|
| H. MARTIN BOHMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 04-30041-MAP<br><br><u>CLASS ACTION</u> |
| JIMMY SUO, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 04-30042-MAP<br><br><u>CLASS ACTION</u> |
| JACK SCHULMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 04-30043-MAP<br><br><u>CLASS ACTION</u> |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

Ron Rogers and Steve Alvarez will and hereby do move, pursuant to Rule 42 of the Federal Rules of Civil Procedure, to consolidate for all purposes the above-captioned eight related actions and for an order regarding the preservation of documents.  The basis for the motion is that the eight related actions are virtually identical and raise common questions of fact and law.  The motion is based on this notice of motion, the memorandum of points and authorities filed herewith, the files and records in each of these eight related cases and such other matters or arguments that the Court may consider at the hearing on this motion.

| | |
|---|---|
| DATED:  April 5, 2004 | Respectfully submitted, |
| | MOULTON & GANS, P.C. |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on April 5, 2004.

\S\ NANCY FREEMAN GANS
———————————————
NANCY FREEMAN GANS

\S\ NANCY FREEMAN GANS
NANCY FREEMAN GANS, BBO #184540

33 Broad Street, Suite 1100
Boston, MA  02109
Telephone:  617/369-7979
617/369-7980 (fax)

[Proposed] Liaison Counsel

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
JEFFREY W. LAWRENCE
STANLEY S. MALLISON
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

- 2 -

           MILBERG WEISS BERSHAD
             HYNES & LERACH LLP
           WILLIAM S. LERACH
           DARREN J. ROBBINS
           401 B Street, Suite 1700
           San Diego, CA  92101
           Telephone:  619/231-1058
           619/231-7423 (fax)

           [Proposed] Lead Counsel for Plaintiffs

T:\casesSF\wave Systems\NOT00008106.doc

- 3 -

## DECLARATION OF SERVICE BY FEDERAL EXPRESS AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on April 5, 2004, declarant served the **RON ROGERS AND STEVE ALVAREZ'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES FOR ALL PURPOSES AND FOR AN ORDER REGARDING PRESERVATION OF DOCUMENTS** by depositing by Federal Express in San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of April, 2004, at San Francisco, California.

                                                 \S\ DEBORAH DASH
                                                 DEBORAH DASH

WAVE SYSTEMS (Mass)

Service List - 4/2/2004    (04-0046M)

Page 1 of 3

**Counsel For Defendant(s)**

Robert A. Buhlman
Eunice E. Lee
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
   617/951-8000
   617/951-8736 (Fax)

**Counsel For Plaintiff(s)**

Jeffrey C. Block
Michael T. Matraia
Leslie R. Stern
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02109
   617/542-8300
   617/542-1194 (Fax)

Sandy A. Liebhard
Joseph R. Seidman, Jr.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY  10016
   212/779-1414
   212/779-3218 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Cauley Geller Bowman & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

David Pastor
Gilman And Pastor, L.L.P.
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906
   781/231-7850
   781/231-7840 (Fax)

Jonathan M. Plasse
Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue, 12th Floor
New York, NY  10017-5563
   212/907-0700
   212/818-0477 (Fax)

Harold B. Obstfeld
Harold B. Obstfeld, P.C.
260 Madison Avenue, 19th Floor
New York, NY  10016
   212/696-1212
   212/679-8998 (Fax)

WAVE SYSTEMS (Mass)
Service List - 4/2/2004   (04-0046M)
Page 2 of 3

Deborah R. Gross
Susan R. Gross
Law Offices Bernard M. Gross, P.C.
1515 Locust Street, 2nd Floor
Philadelphia, PA 19102
   215/561-3600
   215/561-3000 (Fax)

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
   410/332-0030
   410/685-1300 (Fax)

Marjorie A. McKeithen
McKeithen, McKeithen & Bohman
10771 Perkins Road, First Floor
Baton Rouge, LA 70810
   225/766-6500

Jeffrey W. Lawrence
Stanley S. Mallison
Milberg Weiss Bershad Hynes & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
   415/288-4545
   415/288-4534 (Fax)

William S. Lerach
Darren J. Robbins
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
   619/231-1058
   619/231-7423 (Fax)

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109
   617/369-7979
   617/369-7980 (Fax)

Susan E. Stenger
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106
   617/854-4000
   617/854-4040 (Fax)

Marc A. Topaz
Richard A. Maniskas
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
   610/667-7706
   610/667-7056 (Fax)

WAVE SYSTEMS (Mass)

Service List - 4/2/2004   (04-0046M)

Page 3 of 3

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
75 State Street
Boston, MA  02109
   617/439-3939
   617/439-0134 (Fax)

Jules Brody
Aaron L. Brody
Tzivia Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY  10017
   212/687-7230
   212/490-2022 (Fax)

Robert I. Harwood
Jeffrey M. Norton
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
   212/935-7400
   212/753-3630 (Fax)

Eduard Korsinsky
Zimmerman, Levi & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY  10006
   212/363-7500
   212/363-7171 (Fax)