Since joining Milberg Weiss in 1984, Mr. Dumain has represented plaintiffs in cases involving securities fraud, consumer fraud, insurance fraud and violations of the antitrust laws. He has lectured for ALI-ABA concerning accountants' liability and has prosecuted several actions against accounting firms.

During 1990, Mr. Dumain served on the trial team for a six-month trial in which the firm represented the City of San Jose, California, that resulted in a verdict for the City against defendants totaling over $18 million plus pre-judgment interest. The City's claims against two of the defendants were settled for $12 million while appeals to the Ninth Circuit were pending. Previously, settlements with eleven other defendants totaled over $12 million.

He is admitted to practice to the State Bar of New York, U.S. District Court for the Southern and Eastern Districts of New York and District of Connecticut, and U.S. Court of Appeals for the First and Second Circuits.

**GEORGE A. BAUER III** earned his B.B.A. degree *magna cum laude* in 1976 from Bernard M. Baruch College of the City University of New York, where he majored in accounting. He was awarded the Andrew J. Coppola prize in Law from Baruch College. Mr. Bauer attended New York University School of Law and graduated with a Juris Doctor degree in 1979. Mr. Bauer was admitted as a member of the New York Bar in January 1980 and is also admitted to the United States District Court for the Southern and Eastern Districts of New York. Mr. Bauer is admitted to practice before the United States Supreme Court and the United States Court of Appeals for the Second and Fourth Circuits.

Mr. Bauer has been actively involved with all phases of class action securities litigation, commercial civil litigation, settlement administration and estate and trust administration, emphasizing settlement documentation and administration with Milberg Weiss since August of 1979. He is a member of the American Bar Association, the New York State Bar Association, the American Trial Lawyers Association and the New York County Lawyers Association.

Mr. Bauer has played a lead role in documenting and effectuating the settlements in numerous complex securities litigations including *In re NASDAQ Market-Makers Antitrust Litigation*, MDL 1023, *In re Drexel Burnham Lambert Group*, 90 Civ. 6954 (MP) (S.D.N.Y.), *In re Michael Milken & Associates Securities Litigation*, MDL No. 924 (S.D.N.Y.), *In re Prudential Securities Incorporated Limited Partnerships Securities Litigation*, MDL No. 1005 (S.D.N.Y.), and *In re*

*PaineWebber Limited Partnership Litigation*, Master File No. 94-Civ. 8547(SHS) (S.D.N.Y.).

**BARRY A. WEPRIN** graduated from Harvard College in 1974. He received a J.D. from the New York University School of Law in 1978, and a Master of Public Affairs from the Woodrow Wilson School of Princeton University in 1978. While in law school, Mr. Weprin was Notes and Comments Editor of the *New York University Law Review*.

After graduation, he served as law clerk to Judge Charles P. Sifton of the United States District Court for the Eastern District of New York. Following his clerkship, Mr. Weprin was associated with the law firm of Wachtell Lipton Rosen & Katz where he specialized in commercial and securities litigation. From 1985 to 1989 he served as general counsel to the New York State Housing Finance Agency and the New York State Medical Care Facilities Finance Agency, two agencies that issue tax exempt bonds for financing nonprofit medical facilities and qualified housing projects.

Since joining Milberg Weiss in 1989, he has specialized in securities and insurance litigation. Mr. Weprin has served as co-lead counsel in a number of complex securities class action litigations, including *In re All Star Inns Securities Litigation* (S.D.N.Y.), *In re York Research Securities Litigation* (S.D.N.Y.), and *Bharucha v. Reuters, PLC* (E.D.N.Y.). He was one of the principal attorneys in the sales practice litigations against The New York Life Insurance Company, The John Hancock Mutual Life Insurance Company, and The Prudential Life Insurance Company.

In approving the settlement in the *Allstar Inns* case, Judge Peter Leisure stated:

> We have a situation here which is a classic example of the benefits to be derived through the class action vehicle, to have the high quality representation of the class. The reputation of counsel ... Barry Weprin of Milberg Weiss, precedes them to this court and I'm familiar in other matters with the case in which these lawyers work.

> The class was indeed fortunate to have lawyers of this caliber on this matter and the court is satisfied that the class was well-represented and had the benefits of the quality of representation that would not have otherwise been available if the class action vehicle had not been used.

Mr. Weprin has served as a town Councilman for the Town of Mamaroneck, New York, since January 1994. From 1992

through 1994 he was vice chairman of the Town of Mamaro-neck Housing Authority.

Mr. Weprin is a member of the American Bar Association, the Association of the Bar of the City of New York, the New York County Lawyers Association, and the New York State Bar Association. He is admitted to practice in New York, the United States District Court for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court.

**HELEN J. HODGES** received her Bachelor of Science degree in accounting from Oklahoma State University in 1979. While attending Oklahoma State, Ms. Hodges obtained her private pilot's license and in 1980 was a member of Oklahoma State's flying team, which won top honors at the National Intercollegiate Flying Association competition. Ms. Hodges became a certified public accountant in 1982 and received her Juris Doctor degree from the University of Oklahoma in 1983, where she was the Managing Editor of the Law Review. She was admitted to the State Bars of Oklahoma in 1983 and California in 1987. She is also admitted to practice in the Western District of Oklahoma, the Northern, Central and Southern Districts of California and the Ninth Circuit.

Before joining Milberg Weiss, Ms. Hodges was a staff accountant with Arthur Andersen & Co. and she served as the law clerk for the *Penn Square* cases in the Western District of Oklahoma. Ms. Hodges has been involved in several securities class actions involving accountants' liability, including *Knapp v. Gomez*, Civ. No. 87-0067-H(M) (S.D. Cal.), in which a plaintiffs' verdict was returned in a Rule 10b-5 class action.

**RICHARD H. WEISS** received an A.B. degree, *summa cum laude*, from Princeton University in 1979. In 1980, he received an M.Phil. degree in International Relations from Cambridge University, England. He graduated from Yale Law School in 1983. He is admitted to practice in the State of New York, the United States District Court for the Southern District of New York, the United States Supreme Court, and the United States Claims Court.

**ERIC A. ISAACSON** received his A.B. *summa cum laude* from Ohio University in 1982. He earned his J.D. with high honors from the Duke University School of Law in 1985 and was elected to the Order of the Coif. Mr. Isaacson served as a Note and Comment Editor for the *Duke Law Journal*, and in his third year of law school became a member of the moot court board. After graduation Mr. Isaacson clerked for the Honorable J. Clifford Wallace of the United States Court of Appeals for the Ninth Circuit.

In 1986 Mr. Isaacson joined the litigation department of O'Melveny & Myers. His practice there included cases involving allegations of trademark infringement, unfair business practices and securities fraud. He served as a member of the trial team that successfully prosecuted a major trademark infringement action.

Practicing law with Milberg Weiss since 1989, Mr. Isaacson has been involved in the prosecution of numerous securities fraud class actions. He was a member of the plaintiffs' trial team in *In re Apple Computer Securities Litigation*, No. C-84-20198(A)-JW (N.D. Cal.). Mr. Isaacson also has worked on a variety of appellate matters before the California Courts of Appeal, the California Supreme Court, the United States Court of Appeals and the United States Supreme Court.

Mr. Isaacson's publications include: "Pleading Scienter Under Section 21D(b)(2) of the Securities Exchange Act of 1934: Motive, Opportunity, Recklessness and the Private Securities Litigation Reform Act of 1995" (co-authored with William S. Lerach), 33 San Diego Law Review 893 (1996); "Securities Class Actions in the United States" (co-authored with Patrick J. Coughlin), in William G. Horton & Gerhard Wegen, editors, *Litigation Issues in the Distribution of Securities: An International Perspective* 399 (Kluwer International/International Bar Association, 1997); "Pleading Standards Under the Private Securities Litigation Reform Act of 1995: The Central District of California's *Chantal* Decision" (co-authored with Alan Schulman & Jennifer Wells), *Class Action & Derivative Suits*, Summer 1996, at 14; "Commencing Litigation Under the Private Securities Litigation Reform Act of 1995" (co-authored with Patrick J. Coughlin), in Jay B. Kasner & Bruce G. Vanyo, editors, *Securities Litigation 1996* 9-22 (Practising Law Institute 1996); "The Flag Burning Issue: A Legal Analysis and Comment," 23 Loyola of Los Angeles Law Review 535 (1990).

Mr. Isaacson is a member of the California Bar. He also is admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Third, Fifth, Sixth, Eighth, Ninth, Tenth, and Eleventh Circuits, and before all federal district courts in the State of California.

**REED R. KATHREIN** is a partner of the San Francisco office of the law firm of Milberg Weiss, which he opened in 1994. For the past 15 years, he has focused his practice on complex and class action litigation, principally involving securities or consumer fraud. He has been lead counsel in numerous state as well as federal court actions around the country, including co-lead counsel in the *In re 3Com Securities Litigation* which settled for $259 million.

Mr. Kathrein publishes and lectures extensively in the fields of litigation, consumer and securities law, class actions, and international law. He annually co-chairs the Executive Enterprises program for corporate officers and counsel entitled, "Dealing With Analysts and the Press." He has spoken to the American Bar Association (ABA), the American Business Trial Lawyers Association (ABTLA), the Consumer Attorneys of California (CAOC), the Practicing Law Institute (PLI), the Securities Law Institute, the National Investor Relations Institute (NIRI), state and local bar groups, private seminar organizations and corporations. He testified before the Senate Foreign Relations Committee on behalf of the American Bar Association in favor of advice and consent to ratification of treaties on international sales, arbitration, evidence and service of process. He testified before the California Assembly and Senate Committees on Y2K litigation, the unfair trade practice act and changes in the business judgment rule. He actively fought the passage of the Private Securities Litigation Reform Act of 1995 (PSLRA) and the Securities Litigation Uniform Standard Act of 1998. Most recently, he worked behind the scenes to shape the Sarbanes – Oxley Act of 2002 on corporate responsibility and accountability.

He served as chairman of the Private International Law Committee of the American Bar Association from 1984-1990, as a director and officer of the International Business Counsel Mid-America from 1983-1988, where he also chaired the policy committee. He acted as an advisor to the U.S. State Department's Advisory Committee on Private International Law from 1984-1990. He is a member of the executive committee of the National Association of Securities and Commercial Law Attorneys (NASCAT), and since 1998 has been a member of the Board of Governors of the Consumer Attorneys of California (CAOC).

Formerly, Mr. Kathrein was a partner in the Chicago law firm Arnstein & Lehr, where he represented national and international corporations in litigation involving antitrust, commercial, toxic tort, employment and product and public liability disputes. Mr. Kathrein graduated from the University of Miami (B.A. *cum laude*, 1974; J.D. 1977) where he served as Editor-in-Chief of the International Law Journal. He is admitted to the Bar of the States of Illinois (1977), Florida (1978) and California (1989).

**JEFF S. WESTERMAN** received his B.A. degree from Northwestern University in 1977, where he was selected to two senior honorary societies. He received his Juris Doctorate degree from the University of Pittsburgh in 1980, where he was a member of Law Review from 1978 to 1980. He is admitted to practice in the courts of the State of California, as well as the United States District Court for the Central District

of California, the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court.

Mr. Westerman is a member (2001-2003) and Co-Chair (2002-2003) of the Central District of California Attorney Delegation to the United States Ninth Circuit Judicial Conference, and was recently appointed to the Central District of California, U.S. Magistrate Judge Merit Selection Panel. He is also a member of the United States District Court for the Central District of California Attorney Settlement Officer Panel (1998 -   ).

He is a member of the Los Angeles County and Federal Bar Associations; the State Bar of California; he was on the California State Bar Task Force on Complex Litigation, and Chair of the Judicial Education Subcommittee (1997). Over the years, Mr. Westerman has been active in the Association of Business Trial Lawyers where he served on the Board of Governors (1997-2001), as Treasurer (2001) and Secretary (2002-2003). He was recently invited to join the Board of Governors of the Consumer Attorneys Association of Los Angeles (2003).

Mr. Westerman is also a member of the Los Angeles County Bar Complex Courts Bench-Bar Committee, and the Bench-Bar Civil Courts Committee; and has served as Judge Pro Tem in the Los Angeles Small Claims Court in 1987-1988, 1990, 1992-1993 and 1996-1997.

Mr. Westerman's practice is primarily in the areas of securities fraud class actions, shareholder derivative actions and corporate mergers and acquisition litigation. He served as lead or co-lead counsel in cases resulting in significant corporate governance changes and shareholder recoveries totaling more than $330 million, including two settlements currently pending final court approval.

Mr. Westerman has also been the moderator or speaker for programs on developments in class action practice, settlements and three programs on the Sarbanes-Oxley Corporate Responsibility Act.

**DEBORAH CLARK-WEINTRAUB** attended St. John's University and received a B.A. degree, *summa cum laude*, in 1981. She received the President's Award upon graduation for attaining the highest academic average among the graduates of St. John's College of Liberal Arts and Sciences. Mrs. Weintraub attended Hofstra University School of Law and received her J.D. degree, with distinction, in 1986. She was a member of Law Review (1984-1985) and served as Research Editor (1985-1986). Following graduation, Mrs. Weintraub served as a law clerk to the Honorable Jacob Mishler, United

States District Judge, United States District Court for the Eastern District of New York (1986-1987). She was admitted to the New York Bar in March 1987 and also is admitted to the United States District Court for the Southern and Eastern Districts of New York. She is a member of the American Bar Association, the New York State Bar Association, the Association of the Bar of the City of New York, and the New York County Lawyers' Association.

**BRAD N. FRIEDMAN** received an A.B. degree in Government from Cornell University in 1982 and a J.D. *cum laude* from New York University School of Law in 1986, where he was a member of the Order of the Coif and an editor of the *New York University Law Review.* Upon graduation from law school, he began a one-year judicial clerkship with the Honorable Max Rosenn, United States Court of Appeals for the Third Circuit. He is admitted to practice in the courts of the State of New York and New Jersey, as well as the United States Court of Appeals for the Third and Fifth Circuits, and the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey. He is a member of the American Bar Association, the New York State Bar Association and the New York City Bar Association.

**PAMELA M. PARKER** received her B.A. degree in Political Science and French, with a concentration in International Politics, from the State University of New York at Binghamton, and was elected to Phi Beta Kappa. Ms. Parker received a J.D. degree from Harvard Law School *cum laude* in 1982. While at Harvard, Ms. Parker was an Articles Editor of the *Civil Rights/Civil Liberties Law Review.* After graduation, she served as a law clerk to the Honorable Frank J. Battisti, Chief Judge of the U.S. District Court, Northern District of Ohio. Upon leaving the clerkship, Ms. Parker worked as an associate with the New York firm of Paul, Weiss, Rifkind, Wharton & Garrison. In 1988, Ms. Parker became associated with the New York firm of Lankenau, Kovner & Bickford, specializing in representation of publications, libel defense and First Amendment law.

Since joining Milberg Weiss in 1991, Ms. Parker's practice principally has included appellate matters and environmental and consumer fraud litigation. Ms. Parker has participated in the successful prosecution of several important actions. She was the principal Milberg Weiss attorney prosecuting a series of litigations in state and federal court between 1999-2003 (including *Does I, et al. v. The Gap, Inc., et al.*, No. 01-0031 (N.D.MI.), challenging alleged sweatshop conditions in garment factories on Saipan that produce clothing for4 large U.S. retailers such as The Gap, Target and J.C. Penney. Those

litigations resulted in a settlement of approximately $20 million that included a precedent-setting Monitoring Program to remedy past labor and human rights violations in the factories and prevent future ones.

**THEODORE J. PINTAR** received his B.A. from the University of California at Berkeley in 1984 where he studied Political Economies of Industrial Societies. Mr. Pintar received his J.D. from the University of Utah College of Law in 1987 where he was Note and Comment Editor of the *Journal of Contemporary Law* and the *Journal of Energy Law and Policy*. Before joining Milberg Weiss, Mr. Pintar was associated with the firm of McKenna, Conner & Cuneo in Los Angeles, California, where he specialized in commercial and government contracts defense litigation. Mr. Pintar is co-author of "Assuring Corporate Compliance with Federal Contract Laws and Regulations," Corporate Criminal Liability Reporter, Vol. 2 (Spring 1988).

Since joining Milberg Weiss in 1989, Mr. Pintar has participated in the successful prosecution of numerous securities fraud class actions and derivative actions, including participation on the trial team in *Knapp v. Gomez*, Civ. No. 87-0067-H(M) (S.D. Cal.), which resulted in a plaintiff's verdict. Mr. Pintar has also participated in the successful prosecution of numerous consumer class actions, including (i) actions against major life insurance companies such as Manulife ($555 million settlement value) and Principal Life Insurance Company ($379 million settlement value), (ii) actions against major homeowners insurance companies such as Allstate ($50 million settlement) and Prudential Property and Casualty Co. ($7 million settlement), and (iii) an action against Columbia House ($55 million settlement value), a direct marketer of CDs and cassettes.

Mr. Pintar is a member of the State Bar of California and the San Diego County Bar Association.

**MARK SOLOMON** earned his law degrees from Trinity College, Cambridge University, England (1985), Harvard Law School (1986) and the Inns of Court School of Law, England (1987). He is admitted to the bars of England and Wales (Barrister), Ohio and California, as well as to various U.S. Federal District and Appellate Courts.

Before attending Trinity College in England, Mr. Solomon served as a British police officer. After qualifying as a barrister, and prior to joining Milberg Weiss in September 1993, he practiced at a large Cleveland, Ohio corporate law firm, followed by practice at the Los Angeles office of a New York corporate firm. At those firms Mr. Solomon's

representations included the defense of securities fraud and other white-collar crime actions, copyright, commercial and real estate litigation and reinsurance arbitration. While practicing in Los Angeles, Mr. Solomon took to trial, and won, commercial contract and real estate actions in the Los Angeles and Orange County Superior Courts.

Since joining Milberg Weiss, Mr. Solomon has spearheaded the prosecution of many securities cases. He has obtained substantial recoveries and judgments through settlement, summary adjudications and trial. He litigated, through trial, *In re Helionetics*, SACV 94-1069-AHS(EEx) (C.D. Cal.), where he and his trial partner, Paul Howes, won a unanimous $15.4 million jury verdict in November 2000. He has led the litigation of many other cases, among them *In re Informix Corp. Sec. Litig.*, C-97-1289-CRB (N.D. Cal.) ($142 million recovery); *Rosen, et al. v. Macromedia, Inc., et al.*, 988526 (Superior Court, County of San Francisco) ($48 million recovery); *In re Community Psychiatric Centers Sec. Litig.*, SACV-91-533-AHS(EEx) (C.D. Cal.) ($42.5 million recovery); *In re Advanced Micro Devices Sec. Litig.*, C-93-20662-RPA(PVT) (N.D. Cal.) ($33 million recovery); *In re Tele-Communications, Inc. Sec. Litig.*, 97CV421 (Arapahoe Dist. Ct. Colo.) ($33 million recovery); *In re Home Theater Sec. Litig.*, SACV-95-858-GLT(EEx) (C.D. Cal.) ($22.5 million judgment); *In re Gupta Corporation Sec. Litig.*, C-94-1517-FMS (N.D. Cal.) ($15 million recovery); *In re Radius Sec. Litig.*, C-92-20597-RPA(EAI) (N.D. Cal.) and *In re SuperMac Technology, Inc. Sec. Litig.*, C-94-20206-RPA(PVT) (N.D. Cal.) (combined recovery of $14 million); *Markus, et al. v. The North Face, et al.*, 99-2-473 (D.C. Colo.) ($12.5 million recovery); *In re Brothers Gourmet Coffees, Inc. Sec. Litig.*, 95-8584-CIV-Ryskamp (C.D. Fla.) ($9 million recovery); *Anderson, et al. v. EFTC, et al.*, 98-CV-962 (County of Weld District Ct., Colo.) ($9 million recovery); *Sharma v. Insignia*, Case No. CV757058 (Super. Ct., Santa Clara County) ($8 million recovery); *In re Medeva Sec. Litig.*, 93-4376-KN(AJWx) (C.D. Cal.) ($6.75 million recovery);*In re Flir Systems Inc. Sec. Litig.*, CV-00-360-HA (D. Or.) ($6 million recovery); *In re Nike, Inc. Sec. Litig.*, Master File No. CV-01-332-KI (D. Or.) ($8.9 million recovery); *Hayley, et al. v. Parker, et al.*, No. CV-02-9721-RGK(PLAx) (D.C. Cal.) ($16 million recovery).

Mr. Solomon is a chair of two Sub-Committees of the American Bar Association – the Directors and Officers Liability Sub-Committee and the Accountants Liability Sub-Committee.

**JOSHUA H. VINIK** graduated with honors from the State University of New York at Oneonta in 1983 where he majored in Economics. He graduated *cum laude* from Brooklyn Law School and was admitted to the New York State Bar in 1987. He was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988. Mr. Vinik clerked for Magistrate (now Judge) Carol B. Amon of the United States District Court for the Eastern District of New York. He is a member of the American Bar Association, the New York State Bar Association and the Association of the Bar of the City of New York.

**RANDI D. BANDMAN** is a partner at Milberg Weiss whose responsibilities include assisting in the management of the San Francisco office. Ms. Bandman received her Juris Doctor degree from the University of Southern California in 1989 and her Bachelor of Arts in English from the University of California at Los Angeles in 1986. Over the past eleven years, Ms. Bandman's practice at Milberg Weiss has focused on securities and consumer class actions in both state and federal court. She has represented shareholders of companies in industries as diverse as aircraft manufacturing, battery technology, and computer software. These cases, which yielded significant recoveries for the class, were against such companies as National Health Labs ($64 million); Sybase ($28.5 million); Unocal ($47.5 million); Sunrise Medical ($20 million); Valence ($20 million); Coeur d'Alene ($13 million); Wall Data ($11.25 million); Sonus Pharmaceuticals ($4 million); Cipher Data ($4.5 million); and StorMedia ($3.25 million). Ms. Bandman was recently responsible for running one of the largest class actions in the country over a four-year period against the Boeing Company which settled for more than $90 million. Ms. Bandman was also an early member of the team that directed the prosecution of the cases against the tobacco companies.

Using her extensive experience in asserting claims for injured investors, Ms. Bandman lectures and advises union and public funds both domestically and internationally on their options for seeking redress for losses due to fraud sustained in their pension portfolios. Ms. Bandman is currently interfacing with more than 17 cities and counties of California, the State of Montana and numerous other public and union funds, such as the United Food & Commercial Workers, Motion Picture Industry Plans, Screen Actors Guild Plans, Producer-Writer Guild Plans, Directors Guild of America Plans, Sheetmetal Workers, Air Conditioning & Refrigeration Industry, Operative Plasterers and Cement Masons, IBEW, Plumbers & Pipefitters, Plumbers & Steamfitters, Maintenance Employees, and Teamsters Funds, in coordinated actions against WorldCom's former executives, and underwriting banks for the issuance of billions of dollars of bonds based on allegedly false financial statements. Ms. Bandman is also representing shareholders in a class action against Vivendi Universal for allegedly

misrepresenting their financial crisis to investors while engaging in a multi-billion dollar acquisition spree.

Ms. Bandman has also served as a lecturer on numerous matters concerning securities litigation to attorneys for continuing legal education, as well as a panelist for the Practicing Law Institute. Ms. Bandman is also a member of the Board of Directors of the San Francisco Lawyers' Committee for Civil Rights.

**JOY ANN BULL** received her J.D., *magna cum laude*, from the University of San Diego in 1988. She was a member of the University of San Diego National Trial Competition Team and San Diego Law Review. Ms. Bull joined the firm in 1989 focusing on the litigation of complex securities and consumer class actions. Since 1995 Ms. Bull has specialized in negotiating and documenting complex settlement agreements and obtaining the required court approval of the settlements and payment of attorneys' fees. These settlements include: *In re Dole Shareholders' Litigation*, Lead Case No. BC281949 (L.A. Super Ct.) ($172 million case recovery plus injunctive relief); *Lindmark v. American Express*, Case No. 00-8658-JFW(CWx) (D.C. Cal.) ($38 million cash payment plus injunctive relief); *In re Disposable Contact Lens Antitrust Litigation*, MDL Docket No. 1030 (M.D. Fla.) (cash and benefits package over $90 million plus injunctive relief); *In re LifeScan, Inc. Consumer Litigation*, Master File No. C-98-20321-JF(EAI) (N.D. Cal.) ($45 million cash recovery); *In re Bergen Brunswig Corp. Sec. Litig.*, Master File No. SACV-99-1305-AHS(ANx) (C.D. Cal.) ($27.9 million cash recovery); *Hall v. NCAA*, No. 94-2392-KHV (D. Kan.) ($54.4 million cash recovery); *In re Glen Ivy Resorts, Inc.*, Case No. SD92-16083MG (Bk. Ct. C.D. Cal.) ($31 million cash recovery; and *In re Advanced Micro Devices Sec. Litig.*, Master File No. C-93-20662-RPA(PVT) (N.D. Cal.) ($34 million cash recovery).

**EDITH M. KALLAS** graduated from the Juilliard School in 1984 with a B.M. in music performance and from the Fashion Institute of Technology with an A.A.S., *summa cum laude*. She graduated with a J.D. from Benjamin N. Cardozo School of Law in 1987, where she was a member of the Moot Court Board. She was admitted to the New York State Bar in 1988, was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1989 and 1990, respectively, and the United States Court of Appeals for the Sixth Circuit in 1992, the Second Circuit in 1995, and the Third Circuit in 1999. Ms. Kallas is a member of the Association of the Bar of the City of New York, the New York State Bar Association and the New York County Lawyers' Association.

**PAUL D. YOUNG** received his B.A. *magna cum laude* from Yale University in 1981. He was elected to Phi Beta Kappa and granted Distinction in the History Major. As a Fulbright Scholar, he studied at the Universität Bielefeld, Germany from 1981 to 1983. He graduated from Columbia University School of Law in 1986, where he was named a Harlan Fiske Stone Scholar. He is admitted to practice before the United States District Court for the Southern and Northern Districts of New York, the United States Court of Appeals for the First, Fourth, Fifth and Seventh Circuits and is a member of the New York City Bar Association.

**KATHERINE BLANCK RADSAN** born Columbia, Missouri, January 27, 1965; admitted to bar, 1990, California. Education: University of Missouri (B.J., *cum laude*, 1987); University of San Diego (J.D., 1990). Member, 1988-1990, and Associate Editor, 1989-1990, *San Diego Law Review*. Author: "Restricting the Use of Sound-Alikes in Commercial Speech," 26 San Diego Law Review 911 (1990).

**TRAVIS E. DOWNS III** received his B.A. in History, *cum laude*, from Whitworth College in 1985, and received his law degree from University of Washington School of Law in 1990. Mr. Downs specializes in securities class actions and shareholders' derivative actions. Since joining Milberg Weiss, he has been responsible for the prosecution and recovery of significant settlements in the following recent cases: *In re Informix Corp. Sec. Litig.*, No. C-97-1289-CRB (N.D. Cal.) ($135 million recovery); *In re MP3.com, Inc. Sec. Litig.*, No. 00-CV-1873-K(NLS) (S.D. Cal.) ($36 million recovery); *In re Conner Peripherals, Inc. Sec. Litig.*, No. C-95-2244-MHP (N.D. Cal.) ($26 million recovery); *In re Silicon Graphics, Inc. II Sec. Litig.*, No. 97-4362-SI (N.D. Cal.) ($20.3 million recovery); *In re J.D. Edwards Sec. Litig.*, No. 99-N-1744 (D. Colo.) ($15 million recovery); *In re Sony Corporation Sec. Litig.*, No. CV-96-1326-JGD(JGx) (C.D. Cal.) ($12.5 million recovery); *In re Veterinary Centers of America, Inc. Sec. Litig.*, No. 97-4244-CBM(MCx) (C.D. Cal.) ($6.75 million recovery); *In re JDN Realty Corp. Derivative Litig.*, No. 00-CV-1853 (N.D. Ga.) (obtained extensive corporate governance enhancements); *In re Hollywood Entertainment Corp. Sec. Litig.*, No. 95-1926-MA (D. Or.) ($15 million recovery); *In re Legato Systems, Inc. Derivative Litig.*, No. 413050 (San Mateo Cty. Superior Court) (obtained extensive corporate governance enhancements); *In re Flagstar Companies, Inc. Derivative Litig.*, No. 736748-7 (Alameda Cty. Superior Court) (obtained extensive corporate governance enhancements). Mr. Downs is a member of the Bar of the State of California and is also admitted to practice before the District Courts of the Central, Northern and Southern Districts of California. He is also a member of the American Bar Association and the San Diego

County Bar Association. Mr. Downs lectures and participates in professional education programs.

**WILLIAM C. FREDERICKS** graduated with High Honors from Swarthmore College in 1983 with a B.A. in political science, and earned his M. Litt. degree in International Relations from Oxford University (England) in 1988. In 1988 he also received his J.D. degree from Columbia University, where he was a three-time Harlan Fiske Stone Scholar, a Columbia University International Fellow, an articles editor of *The Columbia Journal of Transnational Law*, and the recipient of the Beck Prize in property law, the Toppan Prize in advanced constitutional law and the Greenbaum Prize for written advocacy. A panel chaired by Justice Antonin Scalia also awarded Mr. Fredericks the Gov. Thomas E. Dewey Prize for best final round oral argument in the 1988 Harlan Fiske Stone Moot Court Competition.

Prior to joining Milberg Weiss, Mr. Fredericks clerked for the Honorable Robert S. Gawthrop, III, of the United States District Court for the Eastern District of Pennsylvania from 1988-1989, followed by seven years as a litigation associate at Simpson Thacher & Bartlett, and Willkie Farr & Gallagher. Mr. Fredericks is admitted to practice before the courts of the State of New York and the United States District Court for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second, Sixth and Tenth Circuits. He is also a member of the Association of the Bar of the City of New York and chairs its Committee on Military Affairs and Justice.

**ALBERT H. MEYERHOFF** has specialized for nearly 30 years in labor, civil rights and environmental law. Prior to joining Milberg Weiss, he was first employed during the 1970s with California Rural Legal Assistance representing farm workers and the rural poor. These efforts included the landmark case of *CAAP v. Regents of the University of California*, challenging the use of public research funds to promote agricultural mechanization. He also litigated a host of state and federal civil rights cases involving racial discrimination in employment, voting and public education, including *Maria P. v. Riles*, invalidating a California statute excluding undocumented children from California schools. In 1981, Mr. Meyerhoff joined the Natural Resources Defense Council (NRDC), a national environmental organization, as Director of their Public Health Program. He specialized in litigation concerning toxic substances and occupational health and brought successful challenges to the continued use of cancer-causing pesticides (*Les v. Reilly*), the exclusion of women of "child-bearing age" from the workplace (*Love v. Thomas*) and the California Governor's failure to comply with

Proposition 65, an anti-toxics law (*AFL-CIO v. Deukmejian*). Mr. Meyerhoff testified more than 50 times before the U.S. Senate and House of Representatives, for example, in support of comprehensive pesticide reform legislation, enacted as the Food Quality Protection Act of 1996.

Mr. Meyerhoff has authored numerous articles for scholarly and general publications, including the Stanford Law Review, EPA Journal, Environmental Law Quarterly, The New York Times, The Washington Post and Los Angeles Times; has appeared regularly on such programs as CBS News 60 Minutes, ABC 20/20, NBC Dateline, Good Morning America, The Today Show and The NewsHour with Jim Lehrer; and has been an invited speaker at the Harvard Business School, the National Academy of Sciences, the American Academy of Sciences and the AFL-CIO.

Since joining Milberg Weiss in 1998, Mr. Meyerhoff has been lead counsel in several labor and environmental cases, including *UNITE v. The Gap*, contesting the sale of garments manufactured under sweatshop conditions in the Commonwealth of the Mariana Islands, and *Tri State Express v. Cummins*, involving the use of "defeat devices" in large scale diesel engines in violation of the Clean Air Act.

Mr. Meyerhoff received his Bachelor of Arts degree from the University of Connecticut in 1969 and his Juris Doctor from Cornell Law School in 1972. He serves as a member of the Sierra Club Board of Trustees and the editorial board of Mother Jones magazine.

**JANINE L. POLLACK** graduated from Rutgers University with high honors in 1986 with a Bachelor of Arts, majoring in English and French. While at Rutgers, she was elected a member of Phi Beta Kappa. She also spent a semester studying at New York University in France. Ms. Pollack graduated from the University of Pennsylvania Law School in 1989, and was a member of the *Journal of International Business Law*. She was admitted to the New York State Bar in 1990. She was also admitted to the New Jersey State Bar in 1989, as well as the U.S. District Court for the District of New Jersey. In 1990, Ms. Pollack was admitted to the U.S. District Court for the Southern and Eastern Districts of New York. She is a member of the American Bar Association.

**DARREN J. ROBBINS** received his Bachelor of Sciences and Master of Arts degrees in Economics from the University of Southern California in 1990. Mr. Robbins graduated from Vanderbilt Law School in 1993, where he served as the Managing Editor of the *Vanderbilt Journal of Transnational*

*Law*. Prior to joining Milberg Weiss in 1994, Mr. Robbins was associated with O'Melveny & Myers.

Mr. Robbins oversees Milberg Weiss's West Coast merger and acquisition practice. Mr. Robbins has extensive experience in federal and state securities class action litigation. Mr. Robbins was one of the lead counsel appointed in the *In re Prison Realty Sec. Litig.* ($120+ million recovery) and *In re Dollar General Sec. Litig.* ($172.5 million recovery). Mr. Robbins currently represents public pension funds, private investment funds and individual investors in securities actions in state and federal courts across the country, including The Regents of the University of California in the *Enron* litigation and numerous public pension funds in the *WorldCom* bond litigation.

Mr. Robbins is a frequent speaker at conferences and seminars concerning securities matters and shareholder litigation across the country.

**BONNY E. SWEENEY** received her Bachelor of Arts degree from Whittier College in 1981 and a Master of Arts degree from Cornell University in 1985. She graduated *summa cum laude* from Case Western Reserve University School of Law in 1988, where she served as an editor of the Law Review and was elected to the Order of the Coif. She is a member of the Executive Committee of the Antitrust and Unfair Competition Section of the California State Bar.

Before joining the firm in 1996, Ms. Sweeney practiced in the Litigation Department of the Boston law firm of Foley, Hoag & Eliot. Since joining Milberg Weiss, Ms. Sweeney has specialized in antitrust litigation, and has participated in the prosecution of several antitrust cases that have resulted in significant settlements, including *In re NASDAQ Market–Makers Antitrust Litigation*, MDL No. 1023 (S.D.N.Y.), which settled for $1.027 billion in 1997, the largest antitrust settlement ever, and *In re Airline Ticket Commission Antitrust Litigation*, MDL No. 1058 (D. Minn.), which settled for more than $85 million in 1996. Ms. Sweeney was also one of the trial counsel for a class of coaches in *Hall v. NCAA*, No. 94-2392-KHV (D. Kan.), an antitrust class action that resulted in a $67 million jury verdict in three consolidated cases after a three-week trial.

Ms. Sweeney is admitted to practice in California and Massachusetts, and is a member of the Antitrust Section of the American Bar Association, the Antitrust and Unfair Competition Section of the California Bar Association and the San Diego County Bar Association.

**TIMOTHY G. BLOOD** graduated *cum laude* with honors in economics from Hobart College in 1987 and the National Law Center of George Washington University in 1990. He was elected to Phi Beta Kappa, Omicron Delta Epsilon (economics) and the Moot Court Board (first year honors).

Mr. Blood began his legal career practicing commercial litigation. Since joining Milberg Weiss, Mr. Blood has specialized in consumer fraud and unfair competition litigation with a sub-specialty in actions brought by policyholders against life and property and casualty insurers for deceptive sales practices, racial discrimination and systematic failures in claims adjustment. Mr. Blood has been involved in a number of cases that have resulted in significant settlements, including *McNeil v. American General Life & Accident Insurance Company* ($215 million), *Lee v. USLife Corporation* ($148 million), *Garst v. Franklin Life Insurance Company* ($90.1 million), *In re General American Sales Practices Litigation* ($67 million), and *Williams v. United Insurance Company of America* ($51.4 million).

Mr. Blood is admitted to practice in California and in the U.S. Court of Appeals for the Fifth, Sixth, Eighth, Ninth and Eleventh Circuits and the U.S. District Courts for the Southern, Central and Northern Districts of California. He is a member of the San Diego County and American Bar Associations, the State Bar of California, the Association of Business Trial Lawyers, the Association of Trial Lawyers of America and the Consumer Attorneys of California.

**SPENCER A. BURKHOLZ** received his B.A. degree in Economics, *cum laude*, from Clark University in 1985, where he was elected to Phi Beta Kappa, and received his law degree from University of Virginia School of Law in 1989. Mr. Burkholz specializes in securities class actions. Since joining Milberg Weiss, he has recovered settlements in the following recent cases: *3Com* ($259 million); *Vesta Insurance* ($78 million); *Samsonite* ($24 million); *Mossimo* ($13 million); *Triteal* ($13.8 million); *Price Company* ($15 million); *Stratosphere Corp.* ($9 million); and *IMP* ($9.5 million).

**KIRK E. CHAPMAN** graduated *cum laude* from Harvard University in 1985 with a B.A. degree in Biochemistry. He received his J.D. in 1989 at the University of Chicago where he was a member of the Legal Forum. He is admitted to practice in the Courts of the State of New York as well as the United States District Court for the Southern and Eastern Districts of New York.

**EDWARD P. DIETRICH** born White Plains, New York, October 14, 1961; admitted to bar, 1987, New York; 1989,

U.S. District Court, Southern and Eastern Districts of New York; 1994, U.S. District Court, Northern District of California; 1995, California and U.S. District Courts, Central District of California; 1997, U.S. District Court, Southern and Eastern Districts of California, U.S. District Court, District of Arizona and U.S. Court of Appeals, Ninth Circuit. Education: Skidmore College (B.A., 1983), Phi Beta Kappa; George Washington University (J.D., 1986). Omicron Delta Kappa. Member, Moot Court Board.

**SALVATORE J. GRAZIANO** graduated from New York University College of Arts and Science in 1988 *cum laude* with a B.A. in psychology, with honors, and thereafter received his J.D. *cum laude* from New York University School of Law in 1991. Upon graduation from law school, he served as a Trial Assistant in the New York County District Attorney's Office for three and one half years. He was admitted to practice in the New York State Bar in 1992, before the U.S. District Courts for the Southern and Eastern Districts of New York in 1995 and the Court of Appeals for the Second Circuit in 1999. He is a member of the New York City Bar Association.

**G. PAUL HOWES** received his B.A. with distinction from the University of New Mexico, was elected to Phi Beta Kappa and Phi Kappa Phi, and was the tympanist for the New Mexico Symphony Orchestra. He received his J.D. and M.A. in Public Administration from the University of Virginia. He served as a Special Assistant to the Director of the FBI, Judge William H. Webster, and then as a law clerk to Judge Roger Robb, United States Circuit Court of Appeals for the District of Columbia Circuit. He was an ABC News correspondent for the Washington Bureau and then served for 11 years as an Assistant United States Attorney for the District of Columbia, primarily prosecuting complex drug-organization homicides. He is a member of the New Mexico, District of Columbia, and California bars.

**FRANK J. JANECEK, JR.** received his Bachelor of Science degree in Psychology from the University of California at Davis in 1987, and his Juris Doctor degree from Loyola Law School in 1991. He is admitted to the bar of the State of California, the District Courts for all Districts California, and to the United States Court of Appeals for the Sixth, Ninth and Eleventh Circuits. Mr. Janecek has been with Milberg Weiss since 1993 and practiced in the area of consumer, Proposition 65, taxpayer and tobacco litigation. He has participated as a panelist and a speaker in continuing legal education programs relating to California's Unfair Competition laws, public enforcement tobacco litigation and challenging unconstitutional taxation schemes.

Mr. Janecek has litigated several Proposition 65 actions, including *People ex. rel. Lungren v. Superior Court*, 14 Cal. 4th 294 (1996), which was jointly prosecuted with the Attorney General's office. These actions have resulted in the recovery of more than \$10 million in disgorgement and /or civil penalties and warnings to consumers of their exposure to cancer causing agents and reproductive toxins. Mr. Janecek chaired several of the litigation committees in California's tobacco litigation which resulted in the \$25.5 billion recovery for California and its local entities. Mr. Janecek also handled a constitutional challenge to the State of California's Smog Impact Fee, in the case *Ramos v. Department of Motor Vehicles*, Sacramento Sup. Ct. Case No. 95AS00532. As a result of the *Ramos* litigation, more than a million California residents received full refunds, plus interest, totaling \$665 million.

Mr. Janecek is the co-author with Patrick J. Coughlin of "A Review of R.J. Reynolds' Internal Documents Produced in *Mangini v. R.J. Reynolds Tobacco Co.*, Civil No. 939359 – The Case that Rid California and the American Landscape of "Joe Camel" (January 1998), which, along with more than 60,000 internal industry documents, was released to the public through Congressman Henry Waxman. He is also the author of "California's Unfair Competition Act and Its Role in the Tobacco Wars" (Fall 1997). Mr. Janecek is a member of the American Bar Association, the California Bar Association, the San Diego County Bar Association and the Consumer Attorneys of California and San Diego.

**ARTHUR C. LEAHY** graduated with a B.A. in Business from Point Loma College in 1987. In 1990, Mr. Leahy graduated *cum laude* and received a J.D. from the University of San Diego School of Law, where he served as Managing Editor of the Law Review. While in law school, Mr. Leahy authored an article published in the San Diego Law Review and other articles published in another Law Journal. In addition, he served as a judicial extern for the Honorable J. Clifford Wallace of the United States Court of Appeals for the Ninth Circuit. After law school, Mr. Leahy served as a judicial law clerk for the Honorable Alan C. Kay of the United States District Court for the District of Hawaii.

Since joining Milberg Weiss in 1996, Mr. Leahy has worked on securities fraud and consumer class actions in which his clients have recovered millions of dollars. Mr. Leahy is a member of the California Bar, and has been admitted in numerous federal courts throughout the country.

**J. DOUGLAS RICHARDS** earned his B.A. in 1977 from the University of Chicago, majoring in Economics, and earned his

J.D. in 1981 from Harvard Law School. Before joining Milberg Weiss in June 2000, he served for nearly three years as Deputy General Counsel of the Commodity Futures Trading Commission (CFTC) in Washington, D.C. Before joining the CFTC, he was a litigator for more than 12 years with O'Sullivan Graev & Karabell, LLP in New York; first as a litigation associate, from 1985-89, and then as a litigation partner from 1989 to October 1997 when he left to join the CFTC. From 1981 to 1985, he was a litigation associate with Cahill Gordon & Reindel in New York.

An experienced commercial litigator with a particularly extensive background in litigation stemming from mergers, acquisitions, and corporate finance transactions, Mr. Richards is admitted to practice before the United States Supreme Court; the U.S. Court of Appeals for all Circuits except the First Circuit; the U.S. District Courts for the Southern, Eastern, Northern and Western Districts of New York; and all New York State Courts. He is a member of the Association of the Bar of the City of New York, the New York State Bar Association (Commercial and Federal Litigation Section, Committee on Civil Practice Law and Rules) and a member of the Federal Bar Council.

**SANFORD SVETCOV** joined the Appellate Practice Group at Milberg Weiss as a partner in July 2000. He has briefed and argued more than 300 appeals in state and federal court, including *Braxton v. Municipal Court*, 10 Cal. 3d 138 (1973) (First Amendment); *Procunier v. Navarette*, 434 U.S. 555 (1977) (civil rights); *Parker Plaza v. UNUM Insurance*, 941 F.2d 349 (5th Cir. 1991) (real estate); *Catellus v. U.S.*, 34 F.3d 748 (9th Cir. 1994) (CERCLA); *U.S. v. Hove*, 52 F.3d 233 (9th Cir. 1995) (criminal law); *Kelly v. City of Oakland*, 198 F.3d 779 (9th Cir. 1999) (employment law, same gender sexual harassment); *United States v. Henke*, 222 F.3d 633 (9th Cir. 2000) (securities fraud); *Moore v. Liberty Nat'l Life Ins. Co.*, 267 F.3d 1209 (11th Cir. 2001) (civil rights); *In re Cavanaugh*, 306 F.3d 726 (9th Cir. 2002) (securities fraud).

Mr. Svetcov's professional appellate litigation experience includes securities fraud litigation, CERCLA, CEQA, commercial litigation, Clean Water Act, Civil Rights Act litigation, toxic torts, federal criminal law, California writ practice, employment law and ERISA.

Prior to joining Milberg Weiss, Mr. Svetcov was a partner with the firm of Landels Ripley & Diamond, LLP, in San Francisco, from 1989 to 2000. His extensive legal experience includes service as: Chief, Appellate Section, United States Attorney's Office, San Francisco, 1984-1989; Attorney-in-Charge, Organized Crime Strike Force, San Francisco, 1981-1984; Chief Assistant U.S. Attorney, San Francisco, 1978-1981;

Deputy Attorney General, State of California, 1969-1977; Legal Officer, U.S. Navy, VT-25, Chase Field, Beeville, Texas, 1966-1969; and Deputy Legislative Counsel, Legislature of California, Sacramento, 1965-1966.

Mr. Svetcov is certified as a Specialist in Appellate Practice by the State Bar of California Board of Legal Specialization. He was selected by the Attorney General for the Department of Justice's John Marshall Award for Excellence in Appellate Advocacy in 1986 and is a member and past President (1998) of the American Academy of Appellate Lawyers, and a member of the California Academy of Appellate Lawyers.

In 1999, Chief Justice Rehnquist appointed Mr. Svetcov to a three-year term on the Federal Appellate Rules Advisory Committee. He is also an ex-officio member of the Ninth Circuit Rules Advisory Committee on Rules and Internal Operating Procedures. His other memberships and service commitments to the legal profession include the California Academy of Appellate Lawyers; the Bar Association of San Francisco (Appellate Courts section); the American Bar Association (Appellate Judges Conference) Committee on Appellate Practice; Northern California Federal Bar Association, Board of Directors.

Mr. Svetcov earned his B.A., *cum laude*, from Brooklyn College in 1961 and his J.D. from the University of California, Berkeley, in 1964. He is a member of the Bars of the State of California; the United States Supreme Court; the Court of Appeals, Fifth, Eighth, Ninth and Eleventh Circuits; and the United States District Court, Northern District of California.

For two decades, he as been active as a teacher and lecturer at continuing legal education programs, including those of the ABA Appellate Practice Institutes (1990-2000); the Ninth Circuit Federal Bar Association Appellate Practice Seminar; and the N.I.T.A. Appellate Advocacy Seminar, and Fifth Circuit Bar Association Appellate Practice Seminars (1991-1999). He has served as an adjunct professor at Hastings College of Law and an instructor in Appellate Advocacy at the U.S. Attorney General's Advocacy Institute (1980-1989).

Sandy Svetcov is also active in community affairs. He has been a member of the San Francisco Jewish Community Relations Council since 1982, its president from 1991-1992, and during the years 1993-1995, he also served on the Northern California Hillel Council.

**RANDALL J. BARON** was born in Albuquerque, New Mexico in 1964. Mr. Baron received his B.A. from University of Colorado at Boulder in 1987 and his J.D. *cum laude* from University of San Diego School of Law in 1990. He was a

member of the San Diego Law Review from 1988-1989. Mr. Baron was admitted to the California Bar in 1990 and the Colorado Bar in 1993. Since 1997, Mr. Baron is licensed to practice in Colorado State Court as well as the U.S. District Court for the Southern, Northern and Central Districts of California, as well as the District of Colorado. Prior to joining Milberg Weiss, Mr. Baron served as a Deputy District Attorney in Los Angeles County. From 1990-1994, he was a trial deputy in numerous offices throughout Los Angeles County, where he tried over 70 felony cases. From 1990-1994, Mr. Baron was part of the Special Investigation Division of the Los Angeles District Attorneys office where he investigated and prosecuted public corruption cases. Since joining Milberg Weiss in 1997, Mr. Baron has specialized in securities litigation and actions for breach of fiduciary duty.

**MICHAEL M. BUCHMAN** was born in Newport, Rhode Island in 1964. Mr. Buchman received his B.A. *cum laude* from Alfred University in 1988, his J.D. from The John Marshall Law School in 1992, and in 1993, his LL.M. in International Antitrust and Trade Law from Fordham Law School. Mr. Buchman was the author of "What's In A Name? - The Diversity Death Knell for Underwriters of Lloyd's of London and Their Names," *International Insurance Law Review*, October, 1996.

Prior to joining Milberg Weiss, Mr. Buchman served as Assistant Attorney General for the New York State Department of Law - Antitrust Bureau. He was admitted to the New York and Connecticut Bars in 1993 and is licensed to practice in the U.S. District Courts for the Southern and Eastern Districts of New York, the District of Connecticut, the U.S. Court of Appeals, Second Circuit, and the U.S. Court of International Trade.

**MICHAEL J. DOWD** graduated from Fordham University, *magna cum laude*, in 1981 with a B.A. in History and Latin. While at Fordham, he was elected to Phi Beta Kappa. He earned his law degree in 1984 from the University of Michigan School of Law and joined Thacher Proffitt & Wood in New York as an associate that same year.

Mr. Dowd served as an Assistant United States Attorney in the Southern District of California from 1987-1991 and again from 1994-1998. He is a recipient of the Director's Award for Superior Performance as an Assistant U.S. Attorney. Mr. Dowd first joined Milberg Weiss in 1993 and returned to the firm in 1998. He was admitted to practice in New York in 1985 and in California in 1988.

**JEFFREY W. LAWRENCE** received his B.A. *magna cum laude* from Tufts University in 1976. In 1979, Mr. Lawrence graduated *magna cum laude* with a J.D. from Boston School of Law. He was a staff member of the *Boston University Law Review* from 1977-78, and its editor from 1978-79.

From September 1979 to September 1980, Mr. Lawrence served as law clerk to the Honorable Walter Jay Skinner, United States District Court, District of Massachusetts. He was admitted to the Massachusetts bar in 1979, and to the Bar of California in 1991. He is licensed to practice before the U.S. Court of Appeals, First and Ninth Circuits, the United States District Court, District of Massachusetts, and the Northern District of California.

From 1983 to 1994, Mr. Lawrence was an Assistant United States Attorney, Criminal Division, where he obtained extensive trial experience in white collar crimes, ranging from money-laundering to stock fraud. He joined Milberg Weiss in 1996.

**HENRY ROSEN**: Recruiting Partner. Mr. Rosen obtained his B.A. in 1984 from the University of California, after attending American College in Paris. In 1988, Mr. Rosen received his J.D. from the University of Denver, where he was Editor-in-Chief for the *University of Denver Law Review*. Mr. Rosen served as Judicial Law Clerk to the Honorable Jim R. Carrigan, U.S. District Court, District of Colorado, from 1989 to 1990. He is a member of the firm's Hiring Committee and is also a member of the firm's Technology Committee which focuses on applications to digitally manage documents produced during litigation and internally generate research files.

Mr. Rosen has over 12 years of experience prosecuting securities fraud actions on behalf of individual clients and investor classes. Major clients include Minebea Co., Ltd., a Japanese manufacturing company, represented in a securities fraud arbitration against a U.S. investment bank. Mr. Rosen has significant experience prosecuting every aspect of securities fraud class actions and has obtained hundreds of millions of dollars on behalf of defrauded investors. Prominent cases include: *In re Storagetek Sec. Litig.*, Case No. 92-B-750 (D. Colo.); *In re Access HealthNet Sec. Litig.*, Case Nos. SACV-96-1250-GLT(EEx) and No. SACV-97-191-GLT(EEx) (C.D. Cal.); *In re Valence Sec. Litig.*, Master File No. C-95-20459-JW(EAI) (N.D. Cal.); *In re J.D. Edwards Sec. Litig.*, Civil Action No. 99-N-1744 (D. Colo.); *In re Bergen Brunswig Sec. Litig. and Bergen Brunswig Capital Litig.*, Master File No. SACV-99-1462-AHS(ANx) (C.D. Cal.); *In re Advanced Lighting Sec. Litig.*, Master File No. 1:99CV8936 (N.D. Ohio);

and *In re Safeskin Sec. Litig.*, Lead Case No. 99cv454-BTM(LSP) (S.D. Cal.).

Mr. Rosen is admitted to the California bar (1991) and the Colorado bar (1988). He is a member of the State Bar of California, the American Bar Association (Litigation Section), the Association of Trial Lawyers of America, the California Trial Lawyers of America, California Trial Lawyers Association and the San Diego Trial Lawyers Association.

**ARIANA J. TADLER** graduated from Hamilton College in 1989 with a Bachelor of Arts degree. In 1992, she received her J.D. from Fordham University School of Law, where she was Articles and Commentary Editor of the Fordham Urban Law Journal, a member of the Moot Court Board and the recipient of the American Jurisprudence Award in Criminal Law. She is co-author of "Damages in Federal Securities Litigation," *Securities Litigation 1991: Strategies and Current Developments*, Practicing Law Institute, 1991. Ms. Tadler is admitted to the bars of the States of New York and New Jersey. She is a member of the New York State Bar Association and the American Bar Association.

**DAVID C. WALTON** earned his B.A. in Accounting from the University of Utah and his J.D. from the University of Southern California Law Center in 1993. While there, he was a staff member of the *Southern California Law Review* and a member of the Hale Moot Court Honors Program.

Mr. Walton joined Milberg Weiss in April 1994. He is a member of the Bar of California. Mr. Walton, a Certified Public Accountant (California 1992) and Certified Fraud Examiner, who is also fluent in Spanish, focuses on class actions on behalf of defrauded investors, particularly in the area of accounting fraud. He has investigated and participated in the litigation of many large accounting scandals, including Enron, WorldCom, Informix and Dollar General. Mr. Walton was recently appointed to the California Board of Accountancy which is responsible for regulating the accounting profession in California.

**LEE A. WEISS** earned his undergraduate degree from Emory University in 1988 and his J.D., with honors, from George Washington University in 1991. He is a member of the American Bar Association, the Bar of the State of New York and the United States District Courts for the Southern and Eastern Districts of New York.

In addition to his work on securities and consumer class actions, Mr. Weiss recently tried a federal civil rights action,

on a *pro bono* basis, on behalf of a prison inmate who was involved in a violent altercation with several prison guards.

**LAURA ANDRACCHIO** graduated from Bucknell University with a Bachelor of Arts degree in 1986, and obtained her law degree, with honors, from Duquesne University School of Law in 1989. While at Duquesne, Ms. Andracchio was elected to the Order of Barristers and served on the Moot Court Board. Upon graduating, Ms. Andracchio received outstanding achievement awards and was named a McCardle Wall honoree at Duquesne Law School in recognition of her participation in the national Samuel J. Polsky Appellate Moot Court competition, in which she placed as a finalist, and in the regional Gourley Cup Trial Moot Court competition.

Prior to joining Milberg Weiss in 1997, Ms. Andracchio practiced general litigation with the law firm of Manion McDonough & Lucas in Pittsburgh, Pennsylvania. Since joining Milberg Weiss, she has specialized in securities fraud litigation and has prosecuted and managed over twenty federal and state securities class actions in which millions of dollars have been recovered on behalf of the plaintiff class. Ms. Andracchio is a member of the California and Pennsylvania state bars and the bars of the Southern, Central and Northern Districts of California and the Western District of Pennsylvania.

**LORI G. FELDMAN**, a member of the firm, protects the rights of shareholders in federal and state courts across the nation. She is admitted to the Bars of the States of Washington and New York and her daily responsibilities include managing the firm's Seattle practice.

Ms. Feldman was recently named a 2003 "Rising Star of Washington Law" by her fellow practitioners in Seattle. Rising Stars are considered to be Washington's top young lawyers.

In addition to lecturing frequently on class action practice, she now serves as Co-Chair of the Continuing Legal Education Committee of the Federal Bar Association of the Western District of Washington.

Ms. Feldman is currently representing shareholders in litigation involving, among others, Amazon.com (W.D. Wash.), Cutter & Buck (W.D. Wash.), Touch America (D. Montana), SpectraLink Corporation (D. Colo.) and Acceptance Insurance (D. Neb.). She recently assisted in recovering millions of dollars for class members in litigation involving InaCom (D. Del.), Secure Computing (N.D. Cal.) and Micro Focus (N.D. Cal.).

She graduated with high honors from Albany Law School of Union University, where she served as an Editor of the *Albany Law Review*. Ms. Feldman attended the State University of New York at Albany, where she graduated *magna cum laude*.

**CLIFFORD S. GOODSTEIN** earned his undergraduate degree from Harvard University (A.B., 1988) and his law degree from New York University (J.D., 1993). After graduation, he served as a law clerk to the Honorable Alex T. Howard, Jr., Chief Judge of the United States District Court for the Southern District of Alabama, and then as an associate at Reboul, MacMurray, Hewitt, Maynard & Kristol and Baker & Botts prior to joining Milberg Weiss in January of 1998. Mr. Goodstein is a member of the bars of New York and New Jersey.

Mr. Goodstein works on a variety of actions on behalf of classes as well as individuals in the consumer fraud, securities, antitrust, health care, and other areas.

**JOHN K. GRANT** was born in Provo, Utah in 1961. Mr. Grant received his B.A. from Brigham Young University in 1988 and his J.D. from the University of Texas at Austin in 1990. Mr. Grant was admitted to the California bar in 1994.

**KATHLEEN A. HERKENHOFF** received a Bachelor of Arts in English Literature from the University of California at Berkeley in 1989, and received a law degree from Pepperdine University School of Law in 1993. While at Pepperdine, she received American Jurisprudence Awards in Constitutional Law and Agency-Partnership Law. After graduation from Pepperdine and prior to joining Milberg Weiss, Ms. Herkenhoff was an enforcement attorney with the United States Securities and Exchange Commission. Ms. Herkenhoff is a 1993 admittee to the State Bar of California and has been admitted to practice before the United States District Courts for the Northern, Central, Eastern and Southern Districts of California. Since joining Milberg Weiss, Ms. Herkenhoff has successfully prosecuted several complex securities class actions, most recently obtaining a $122 million settlement against Mattel, Inc. and several of its former officers and directors (court approval of settlement pending).

**ELAINE S. KUSEL** attended Boston University where she graduated in 1987 with degrees in economics and international relations. After college Ms. Kusel spent eight years working in the U.S. House of Representatives where she eventually served as Legislative Director and Counsel to a Member of Congress from N.Y. While working full time, Ms. Kusel attended the George Washington University law school as a full time student. She received her degree in May 1994 and

was admitted to the New York State Bar in February 1995. Admission to the District Court for the Eastern District of New York is currently pending.

**STEVEN W. PEPICH** received his B.S. in Economics from Utah State University in 1980 and his J.D. from De Paul University in 1983. Mr. Pepich is admitted to practice before the Courts of California and the District Court for the Southern, Central, Eastern and Northern Districts of California. Since joining Milberg Weiss, Mr. Pepich has been engaged in a wide variety of civil litigation, including consumer fraud, mass tort, royalty, civil rights, human rights, ERISA and employment law actions, as well as many securities and corporate litigations. He was part of the plaintiffs' trial team in *Mynaf v. Taco Bell Corp.*, which settled after two months of trial on terms favorable to two plaintiff classes of restaurant workers, for recovery of unpaid wages. He was also a member of the plaintiffs' trial team in *Newman v. Stringfellow* where, after a nine-month trial in Riverside, California, all claims for exposure to toxic chemicals were ultimately resolved for $109 million. Mr. Pepich has also participated in the successful prosecution of numerous securities fraud class actions, including *Gohler v. Wood*, No. 92-C-181 ($17.2 million recovery); *In re Advanced Micro Devices Sec. Litig.*, No. C-93-20662 ($33 million recovery); *In re Catalyst Semiconductor Sec. Litig.*, No. C-93-2096 ($15 million recovery); *In re Gupta Corporation Sec. Litig.*, No. C-94-1517 ($6 million recovery); *In re Louisiana-Pacific Corporation Sec. Litig.*, No. C-95-707 ($65 million recovery); and *In re Boeing Sec. Litig.*, No. C-97-1715Z ($92 million recovery). Mr. Pepich is a member of the American Bar Association, the San Diego Bar Association and the Association of Business Trial Lawyers of San Diego. Mr. Pepich co-authored with William S. Lerach "Personal Liability Considerations of Officers and Directors in the Takeover Context," CEB, Business Law Institute, April 1986, and "New Diligence Considerations in the Context of the Federal Securities Laws," CEB Fourth Annual Securities Institute, May 1986.

**DANIEL B. SCOTTI** was admitted to the California bar in 1993 and licensed to practice before the U.S. District Court for the Central District of California. In 1996, Mr. Scotti was licensed to practice in New York, New Jersey, Illinois and the U.S. District Court for the Northern District of Illinois.

Mr. Scotti received a B.B.A. in Finance from George Washington University (1990), a J.D. from Southwestern University School of Law (1993), and an LL.M. in Securities Regulation from the Georgetown University Law Center (1994). He was the recipient of American Jurisprudence

Awards in both Criminal Law and Legal Writing. Prior to joining Milberg Weiss, Mr. Scotti was an associate at Ungaretti & Harris and an in-house attorney for Prudential Securities Incorporated.

**RANDALL H. STEINMEYER** earned his undergraduate degree from the University of Southern California (B.S., 1993) and his law degree from Hamline University School of Law (J.D., 1996 *cum laude*), where he was a member of the Hamline Law Review. He is the author of "The Interrelationship Between NASD Arbitrations and NASD Disciplinary Proceedings," 281 Practicing Law Institute (1998). Prior to joining Milberg Weiss in July of 1999, Mr. Steinmeyer was an associate with the St. Paul, Minnesota office of Reinhardt & Anderson. Mr. Steinmeyer is a member of the bar of Minnesota and the United States District Court for the District of Minnesota. Mr. Steinmeyer is a former securities broker and held a Series 7 licence with the National Association of Securities Dealers.

Mr. Steinmeyer focuses on class actions on behalf of defrauded investors. Prior to joining the firm Mr. Steinmeyer was appointed lead counsel in several large and complex class actions which resulted in the recovery of millions of dollars for aggrieved investors. Mr. Steinmeyer's reported cases include: *Ganesh LLC v. Computer Learning Centers*, 1998 WL 892622 (E.D. Va. 1998); *Gart v. Electroscope*, 1998 WL 757970 (D. Minn. 1998); *Chill v. Green Tree Financial, Inc.*, 181 F.R.D. 398 (D. Minn. 1998); and *In re Transcrypt Int'l Secs. Litig.*, 1999 U.S. Dist. LEXIS 17540, (D. Neb. 1999).

**MICHELLE M. CICCARELLI** earned her undergraduate degree from Angelo State University (B.A. 1990) and her law degree from the University of Kentucky (J.D. 1993). After completing a clerkship with the Honorable Sara Walter Combs, Kentucky Court of Appeals, she began her practice in the area of employment litigation. A regular lecturer for the Kentucky Cabinet for Economic Development (1995-97), she co-authored "Wage and Hour Update" (Lorman, 1998) and co-edited the Kentucky Employment Law Letter (Feb. & Sept. 1998). She is the author of "Improving Corporate Governance through Litigation Settlements" (Corporate Governance Review, 2003) and current editor of "Corporate Governance Bulletin" & "Taking Action – Fighting Corporate Corruption."

Ms. Ciccarelli represents workers, consumers and shareholders in a broad range of complex litigation-class actions for fraudulent business practices, human rights abuses, labor and employment violations, and derivative litigation for breaches of fiduciary duties by corporate officers aznd directors. She is a member of the California (1993) and Kentucky (1994)

bars, and is admitted to practice before the United States District Courts for all districts in both jurisdictions, as well as the Sixth Circuit Court of Appeals.

**PATRICK W. DANIELS** earned his undergraduate degree from the University of California, Berkeley (B.A., cum laude, 1993) and his law degree from the University of San Diego School of Law (J.D., 1997). He is the author of "The Capital Formation and Securities Fraud Enforcement Act of 1996: Historic and Economic Perspectives," Joint Interim Hearing, California State Senate Finance, Investment and International Trade and Assembly Banking and Finance Committees, Information Hearing Final Report, at 393 (1997). Admitted to practice: California, 1997.

Mr. Daniels represents workers, consumers and shareholders in a broad range of complex litigation - class actions for fraudulent business practices, human rights abuses, and shareholder actions for defrauded investors. Mr. Daniels represents a number of international public and Taft-Hartley pension funds in securities fraud and individual actions involving Enron, WorldCom and AOL Time Warner, among many other actions, and has been a featured speaker at pension fund conferences in the U.S., Europe, the South Pacific and Australia.

In the human rights area, Mr. Daniels was a member of an international coalition of attorneys and human rights groups who won an historical settlement with major U.S. clothing retailers and manufacturers, including The Gap, Target Corporation and J.C. Penney, on behalf of a certified class of over 50,000 predominantly female Chinese garment workers on the island of Saipan in an action seeking to hold the Saipan garment industry responsible for creating a system of indentured servitude and forced labor in Saipan garment factories. The coalition obtained an agreement for supervision of working conditions in the Saipan factories by an independent NGO, as well as a substantial monetary award for the workers.

Mr. Daniels is also one of the lead attorneys in historic class action litigation on behalf of U.S. POWs and Chinese and Korean civilians against Japanese corporations that used slave and forced labor during WWII.

**THOMAS E. EGLER** was born in Pittsburgh, Pennsylvania in 1967. Mr. Egler received his B.A. from Northwestern University in 1989. Mr. Egler received his J.D. in 1995 from Catholic University of America, Columbus School of Law, where he served as Associate Editor for Catholic University Law Review from 1994-1995. From 1995-1997, Mr. Egler was

Law Clerk to the Honorable Donald E. Ziegler, Chief Judge, U.S. District Court, Western District of Pennsylvania.

Mr. Egler was admitted to the California bar in 1995 and the Pennsylvania bar in 1996. He is admitted to practice before the U.S. District Courts for the Western District of Pennsylvania, the Northern, Southern and Central Districts of California, and the U.S. Court of Appeals for the Third and Eleventh Circuits.

**KIMBERLY C. EPSTEIN** graduated with a Bachelor of Science in Business Administration from California State University at Hayward in 1988. She attended University of San Francisco School of Law where she was a joint J.D./MBA degree candidate. She obtained her *Juris Doctorate* in 1993. Ms. Epstein was admitted to the California bar in 1993 and has practiced predominately in the area of securities litigation with some antitrust experience. She is licensed to practice in the state of California and before the U.S. District Courts in Northern California and Arizona, and the U.S. Court of Appeals, Ninth Circuit.

**RACHEL S. FLEISHMAN** graduated from New York University in 1989 with a B.A. in Politics. She received her J.D. from St. John's University School of Law, *cum laude*, in 1992. Ms. Fleishman was an Articles Editor of the *St. John's Law Review* and the recipient of American Jurisprudence Awards in Torts, Civil Procedure, Legal Writing, Evidence and Federal Practice. Ms. Fleishman is a former law clerk to United States District Court Judge for the Southern District of New York Jed S. Rakoff. Prior to joining Milberg Weiss, Ms. Fleishman was associated with the law firms Dewey Ballantine and Fried, Frank, Harris, Shriver & Jacobson, where her practice focused on securities litigation, white collar crime and complex commercial litigation. Ms. Fleishman is admitted to practice in the state of New York and before the federal courts in the Southern, Eastern and Northern Districts of New York and the Sixth Circuit Court of Appeals. At Milberg Weiss, Ms. Fleishman practices principally in the area of securities litigation.

**TOR GRONBORG** was born in Portland, Oregon in 1969. Mr. Gronborg received his B.A. in 1991 from the University of California at Santa Barbara and was a recipient of an AFL-CIO history scholorship. In 1992, Mr. Gronborg did graduate work in international relations and strategic security at the University of Lancaster, UK on a Rotary International Fellowship. Mr. Gronborg received his J.D. from Boalt Hall at the University of California at Berkeley where he was a member of the Moot Court Board.

Mr. Gronborg was admitted to the California bar in 1995, and in 1997 was licensed to practice in the courts of the Ninth Circuit and the Northern, Central and Southern Districts of California.

**JAMES I. JACONETTE** was born in San Diego, California in 1967. Mr. Jaconette attended San Diego State University, receiving his B.A. with honors and distinction in 1989 and his M.B.A. in 1992. In 1995, Mr. Jaconette received his J.D. cum laude from Hastings College of the Law, University of California, San Francisco. Mr. Jaconette was the Mortar Board Vice President from 1988-1989, a member of the Hastings Law Journal from 1993-1994, and Associate Articles Editor for same from 1994-1995. Mr. Jaconette authored "The Fraud-on-the-Market Theory in State Law Securities Fraud Suits", Hastings Law Journal, Volume 46, August, 1995. In 1993, Mr. Jaconette served as law clerk to the Honorable Barbara J. Gamer, and in 1994, as extern to the Honorable William H. Orrick, Jr., District Judge.

In 1995, Mr. Jaconette was admitted to the California bar and licensed to practice before the U.S. District Court, Southern District of California.

**BETH A. KASWAN** received her Bachelor of Business Administration from the University of Miami in 1973 and her J.D. from Boston College Law School in 1976. After law school she worked briefly at Peat, Marwick, Mitchell & Co., and in 1977 became a trial attorney with the U.S. Department of Justice, Tax Division.

Ms. Kaswan joined the U.S. Attorney's office for the Southern District of New York in 1985. There she served as an Assistant U.S. Attorney in the Civil Division and later as chief of its Commercial Litigation Unit, and deputy chief of the division. She received the Justice Department's John Marshall award for her representation of the I.R.S. in the Drexel reorganization.

Ms. Kaswan is a member of the Bars of the State of New York and Massachusetts and is admitted to practice in the U.S. District Court for the Southern District of New York and the U.S. Court of Appeals for the Second Circuit.

**BENJAMIN Y. KAUFMAN** earned his undergraduate degree from Yeshiva University (B.A., 1985) and his law degree from Benjamin N. Cardozo School of Law, Yeshiva University (J.D. 1988) where he was a Belkin Fellow, Belkin Scholar, and a member of the Cardozo Arts and Entertainment Law Journal. He also recently completed a Masters degree in Business Administration from the Stern School of Business of New York University (M.B.A., Finance 1999). Prior to joining

Milberg Weiss in August of 1998, Mr. Kaufman was a Court Attorney for the New York State Supreme Court, New York County (1988-1990) and Principal Law Clerk to Justice Herman Cahn of the Commercial Division of the New York State Supreme Court (1990-1998). Mr. Kaufman is a member of the bars of New York, New Jersey, the United States District Court for the District of New Jersey and the United States Court of Appeals for the Fourth Circuit.

Mr. Kaufman focuses on class actions on behalf of defrauded investors as well as complex commercial litigation.

**SETH D. RIGRODSKY** received his B.A. degree *magna cum laude*, with honors in History, from Brandeis University in 1985. In 1990, he received his J.D. degree, *magna cum laude*, from Georgetown University Law Center, were he was awarded Order of the Coif and served as a senior articles editor for the Georgetown University Law Journal. After graduation from law school, Mr. Rigrodsky was a law clerk to the Honorable Andrew G.T. Moore, II, of the Delaware Supreme Court.

Following his clerkship, Mr. Rigrodsky was associated with the law firms Wachtell, Lipton, Rosen & Katz in New York City, and Morris, Nichols, Arsht & Tunnell in Wilmington, Delaware, where he concentrated his practice on corporate and complex business litigation. In 1994, Mr. Rigrodsky joined Morris and Morris in Wilmington, Delaware, where he became a partner beginning in January 2000, and represented investors in numerous federal and state class and shareholder derivative lawsuits. Mr. Rigrodsky is a member of the Bars of the States of Delaware and New York, the United States District Courts for Delaware and the Southern District of New York, and the Court of Appeals for the Second, Third and Fourth Circuits.

**PETER SAFIRSTEIN** graduated from The George Washington University in 1978 with a Bachelor of Arts degree. He received a Masters Degree in Government (concentration in International Relations) from Georgetown University in 1980. In 1985, he earned his J.D. from Brooklyn Law School where he was a member of the Brooklyn Law Review and the Moot Court Honors Society. Prior to joining Milberg Weiss, Mr. Safirstein was a Staff Attorney in the Enforcement Division for the U.S. Securities and Exchange Commission from 1985-1990. In 1988-89, Mr. Safirstein was designated as a Special Assistant United States Attorney in the Southern District of New York where he was part of the trial team which prosecuted *United States v. Regan*, (the "Princeton/Newport" case) and *United States v. Lisa Jones*. From 1990-1992, Mr. Safirstein was an Assistant United States Attorney in the Southern District of Florida.

Mr. Safirstein is a member of the Bars of the State of New York and the State of New Jersey and is also admitted to practice before the Supreme Court of the United States, the United States Court of Appeals for the Second and Third Circuits, the District Court of the Southern and Eastern Districts of New York and the District Court of New Jersey. Mr. Safirstein is a member of the American Bar Association and the Association of the Bar of the City of New York.

**MAYA S. SAXENA** graduated from Syracuse University *summa cum laude* in 1993 with a dual degree in policy studies and economics. She graduated *cum laude* from Pepperdine University School of Law where she was a member of the National Moot Court Team. Ms. Saxena is a member of the Florida State Bar and is also admitted to practice in the Eleventh Circuit Court of Appeals. Prior to joining Milberg Weiss Bershad Hynes & Lerach in 1998, Ms. Saxena was employed as an Assistant Attorney General in the Appellate Division. She is a member of the American Bar Association and the Palm Beach County Young Lawyers Division.

## *OF COUNSEL*

**PATRICIA M. HYNES** is a trial lawyer and senior partner with the firm and specializes in complex securities and commercial litigation. Ms. Hynes received her law degree from Fordham Law School where she was a member of the Law Review. She served as law clerk to Joseph C. Zavatt, Chief Judge of the United States District Court for the Eastern District of New York, and was an Assistant United States Attorney in the Southern District of New York from 1967 to 1982 where she held several executive positions, including Executive Assistant U.S. Attorney.

A Fellow of the American College of Trial Lawyers, Ms. Hynes has taught Trial Advocacy at Harvard Law School, Fordham Law School and the National Institute of Trial Advocacy. Ms. Hynes is a member of the American Law Institute and is presently serving on the Advisory Committee to the Federal Judicial Code Revision Project. Ms. Hynes has been a lecturer for the Practising Law Institute since 1980 and was Chair of its Civil RICO Program from 1984 to 1991.

Ms. Hynes has been included in the list of Best Lawyers in America since 1993 and more recently has been included in the *Euromoney Guide* to the World's Leading Litigation Lawyers. Ms. Hynes has also been included in *The National Law Journal's* Survey of The Fifty Most Influential Women Lawyers in America (March 30, 1998).

Since 1995, Ms. Hynes has been the Second Circuit Representative of the American Bar Association's Standing Committee on the Federal Judiciary. Ms. Hynes has also served as a member of the ABA's Litigation Section Council (1989-1992) and was Chair of the Litigation Section's Securities Litigation Committee (1987-1989), Co-Chair of its Pre-Trial Practice and Discovery Committee (1992-1994) and has recently served as a member of the Litigation Section's Task Force on Civil Trial Practice Standards. Ms. Hynes also is a Fellow of the American Bar Foundation.

An active member of the Association of the Bar of the City of New York, Ms. Hynes served as Chair of its Federal Courts Committee from 1992 to 1995 and was a member of its Executive Committee from 1984 to 1988. From 1982 to 1984, Ms. Hynes served as Secretary of that organization.

Presently, Ms. Hynes is a Vice President of the Federal Bar Council, having previously served on its Board of Trustees from 1983 to 1991. In addition, Ms. Hynes serves on the Second Circuit Court of Appeals Rules Committee, the Merit Selection Panel for Magistrate Judges for the Southern District of New York, and the Mayor's (Guiliani) Advisory Committee on the Judiciary. Ms. Hynes is also a member of the Board of Directors of the Legal Aid Society.

From 1987 to 1990, Ms. Hynes served as a member of the New York State Commission on Government Integrity, having been appointed by Governor Mario Cuomo, and from 1981 to 1982 was a member of the New York State Executive Advisory Committee on the Administration of Justice, having been appointed by Governor Hugh L. Carey.

Ms. Hynes was lead trial counsel for the City of San Jose in a six-month jury trial in the United States District Court for the Northern District of California against 13 brokerage firms and an accounting firm involving losses to the City as a result of speculative, leveraged bond trading. The jury returned a verdict in favor of the City of San Jose. Ms. Hynes also served as one of the lead counsel in the settlement reached in the Drexel Bankruptcy and the $1.3 billion settlement reached with Michael Milken and others.

Ms. Hynes is and has been co-lead counsel in several class actions including: *In re Oxford Health Plans, Incorporated Securities Litigation*, MDL No. 1222 (CLB) (S.D.N.Y.); *In re DonnKenny Incorporated Securities Litigation*, 96 Civ. 8452 (MGC ) (S.D.N.Y.); *Dunca v. Pencer*, 94 Civ. 0321 (LAP) (S.D.N.Y.); *In re MTC Electronics Technologies Shareholder Litigation*, CV-93-0876 (JG) (E.D.N.Y.); *In re Centel*, 92 C. 3551 (N.D. Ill.); *In re United Telecommunications, Incorporated Securities Litigation*, Civ. No. 90-2252-0 (D.

Kan.); *In re Lilco Securities Litigation*, 84 Civ. 0588 (LDW) (E.D.N.Y.); *In re Diasonics Securities Litigation*, C-83-4584-RFP (FW) (N.D. Cal.); and *In re Pepsico Securities Litigation*, No. 82 Civ. 8403 (ADS) (S.D.N.Y.).

**JARED SPECTHRIE** graduated from Harvard College with honors in 1954 having majored in Economics. After four years as a deck officer in the United States Coast Guard, he received a Master of Business Administration degree in Accounting from Rutgers University in 1959, graduating first in his class. He is a Certified Public Accountant in the State of New York and practiced accounting for several years with a major auditing firm. He was graduated from New York Law School in 1965, *summa cum laude*, where he was first in his class and valedictorian. He was admitted to the Bar in New York State in 1965, and is admitted to practice before the U.S. District Court in the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second and Fifth Circuits. He has served on the faculty of New York Law School, and has lectured on "Accountants' Liability" for the Practising Law Institute. He has been engaged in the full-time practice of law since 1965 and has specialized in federal securities law litigation for the past several years. Mr. Specthrie was lead counsel in *In re Viatron*, MDL No. 138 (D. Mass.), where aggregate settlements exceeding $15 million were obtained after several months of trial and a jury verdict on liability.

**LEONARD B. SIMON** is admitted to practice in California, New York, and the District of Columbia.

Mr. Simon's practice has been devoted almost exclusively to litigation in the federal courts, including both the prosecution and the defense of several major class actions and other complex litigation in the securities and antitrust fields.

Mr. Simon served as court-appointed plaintiffs' co-lead counsel in *In re American Continental Corporation/Lincoln Savings & Loan Securities Litigation*, MDL No. 834 (D. Ariz.) (settled for $240 million), and *In re NASDAQ Market-Makers Antitrust Litigation*, MDL No. 1023 (S.D.N.Y.) (settled for more than one billion dollars). He was a member of the "core group" of attorneys designated by lead counsel to prosecute *In re Washington Public Power Supply System Securities Litigation*, MDL No. 551 (D. Ariz.), the largest securities class action ever litigated.

Mr. Simon has lectured on securities and complex litigation on programs sponsored by the ABA Section of Litigation, the Practising Law Institute and ALI-ABA, and at Duke Law School and Stanford Business School.

Mr. Simon received his Bachelor of Arts degree from Union College in 1970 and his Juris Doctor degree from Duke University School of Law, Order of the Coif and with distinction, in 1973. He served as law clerk to the Honorable Irving Hill, United States District Judge for the Central District of California, in 1973-1974.

**BYRON S. GEORGIOU** received his A.B. with Great Distinction, with Honors in Social Thought and Institutions, in 1970 from Stanford University, attending on an Alfred P. Sloan full academic scholarship. After a year co-founding and teaching 7th and 8th graders at the Mariposa School, which has survived over thirty years as an alternative primary through middle school in rural Mendocino County, he attended Harvard Law School, graduating *magna cum laude* in 1974. He was admitted to the California Bar in 1974 and served for one year as law clerk to the Honorable Robert F. Peckham, Chief Judge of the United States District Court for the Northern District of California. He is a member of the bar of the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Northern, Eastern, Central and Southern Districts of California.

Mr. Georgiou served from 1975 to 1980 in various capacities with the California Agricultural Labor Relations Board, defending the constitutionality of the law up through the U.S. and California Supreme Courts and prosecuting cases enforcing the collective bargaining rights of farmworkers, who had been excluded from coverage under the National Labor Relations Act.

From 1980 to 1983, Mr. Georgiou served as Legal Affairs Secretary to California Governor Edmund G. Brown Jr., responsible for litigation by and against the Governor, judicial appointments, liaison with the Attorney General, Judiciary and State Bar, legal advice to the Governor and members of his Cabinet, and exercise of the Governor's powers of extradition and clemency.

From 1983 to 1994, he was Managing Partner and co-founder of the San Diego law firm of Georgiou, Tosdal, Levine & Smith, engaged in a general civil practice, with emphasis on litigation, appearances before executive and legislative governmental bodies, and representation of labor organizations and their members, including contract negotiations and enforcement for many California public and private sector unions.

In 1994, he co-founded and, until affiliating with Milberg Weiss, was President of American Partners Capital Group, specializing in serving the needs of institutional investors through capital formation programs in a variety of alternative asset categories.

In 1981 Mr. Georgiou was honored as Public Official of the Year by the California Trial Lawyers Association and served as Chair of the Governor's Task Force on Alcohol, Drugs and Traffic Safety, one of the nation's first vehicles for enacting tough drunk driver legislation sponsored by the Mothers Against Drunk Driving (MADD).

**RICHARD M. MEYER** is a graduate of Yale University and a 1958 graduate of Yale Law School, where he was a member of the Board of Editors of the *Yale Law Journal*. Mr. Meyer served as a trial attorney in the United States Department of Justice for two years and as Special Counsel to the Securities and Exchange Commission for four years. He was a partner with the firm of Pomerantz Levy Haudek & Block from 1970 to April 1980, when he joined Milberg Weiss.

Mr. Meyer is the author and co-author of several law review articles, including "The Social Utility of Class Actions," 42 Bklyn. L. Rev. 189 (1975), and has spoken at numerous forums under the auspices of groups such as the American Bar Association, American Law Institute, Practising Law Institute, the Association of the Bar of the City of New York, the Center for the Study of Financial Institutions of the University of Pennsylvania, Columbia University and the Bureau of National Affairs.

**ANITA MELEY LAING**, born in Youngstown, Ohio, in 1942, worked as a research geneticist following her graduation with honors from Ohio University in 1963. Awarded a Fellowship from the National Institute of Health, she received her Master of Science degree from the University of Tennessee, graduating *summa cum laude* in 1967. As an associate professor of biology at a two-year college, she served as chairman of her academic department and president of the faculty for four years.

Ms. Laing graduated *cum laude* from the University of Pittsburgh School of Law in 1978. She served as Associate Editor, Notes, on the editorial board of the *University of Pittsburgh Law Review*. She is the author of "Systematic Discrimination," 1984 ATLA Convention (1984); "Employment Discrimination Class Actions: Effective Enforcement of Civil Rights Laws," Trial Magazine (May 1982); and "No Process Due Prisoners in Intrastate Transfers: Due Process Imprisoned Within the Entitlement Doctrine," 38 U. Pitt. L. Rev. 561 (1977). She has presented papers at meetings of the Association of Trial Lawyers of America and

has been an invited speaker before a number of organizations on the rights of women employed in non-traditional jobs.

Before joining the firm in 1984, Ms. Laing practiced law in Pennsylvania, where she was involved in prosecuting civil rights, antitrust and consumer class actions. She led the prosecution of three major employment discrimination multi-facility class actions against large multi-national corporations in which millions of dollars in backpay were recovered for members of the class. Since joining the firm, Ms. Laing has prosecuted a number of securities fraud class actions, and for a number of years has devoted much of her efforts to the prosecution of a mass tort action brought by more than 4,000 persons who claim injuries resulting from their residence near one of the country's most notorious toxic waste disposal sites. She is admitted to practice before the courts of Pennsylvania and California, the United States Court of Appeals for the Third and Ninth Circuits and the United States District Courts for the Western District of Pennsylvania and the Southern, Northern and Central Districts of California.

### ANITA BRASS KARTALOPOULOS graduated from the University of Toledo, with honors, in 1974, and from Seton Hall Law School in 1982. She was admitted to the bar of New Jersey, and the U.S. District Court, District of New Jersey, that same year. Ms. Kartalopoulos works primarily in the areas of insurance, consumer fraud, and managed care.

From 1994 through 1995, Ms. Kartalopoulos was the Executive Director of the New Jersey State Real Estate Commission, which regulates 84,000 real estate licensees. She was the Deputy Commissioner of Insurance, State of New Jersey, for Life and Health, 1995 to 1997, and was the Director of Legal and Regulatory Affairs, New Jersey Department of Health, 1997 to 1998. Prior to government service, Ms. Kartalopoulos specialized in local government law, land use and real estate. She joined Milberg Weiss in September 1998.

### SANDRA D. STEIN is a graduate of the University of Pennsylvania (B.S.) and Temple University Law School (J.D.). She is a member of the Pennsylvania and Washington, D.C. bars. She serves of counsel to the firm, specializing in securities class action litigation, legislative law, and antitrust litigation. She served as counsel to U.S. Senator Arlen Specter and to the U.S. Senate Judiciary Committee focusing on securities and antitrust legislative matters. Ms. Stein also founded the Institute of Law and Economic Policy, a think tank which develops policy positions on selected issues involving the administration of justice within the American Legal System. In addition, Ms. Stein served on the Board of Advisors of the Annenberg Institute of Public Service at the University

of Pennsylvania. She received an ACE award and Emmy nomination for producing public service programming on critical civic issues. Ms. Stein was the recipient of the National Federation of Republican Women's "Best of America" award and has been honored by the White House, California State Senate, and California State Assembly for civic leadership.

In a unique partnership with her daughter, attorney Laura Stein, an associate at Milberg Weiss, the Steins serve as two of the top asset recovery experts in the firm. Attorneys Stein focus on maximizing profits and minimizing losses to shareholders due to corporate fraud and breaches of fiduciary duty. They also seek to deter future violations of federal and state securities laws by reinforcing the standards of good corporate governance.

Ms. Stein recently addressed the National Association of Auditors, Controllers and Treasurers on the subject of corporate governance and its role as a positive force in future class action securities settlements.

### KENNETH A. DUNCAN returned to the private sector in January 2000 after serving four years as Louisiana State Treasurer, the state's chief investment officer and banker, whose duties included supervising the investments of state public pension funds. While State Treasurer, he was Chairman of the Banking Committee of the National Association of State Treasurers (NAST), member of the NAST Executive Committee, Southern Region NAST President and Chairman of the Democratic Treasurers Association.

He has over 30 years experience in business and law, specializing in investments, banking, finance, governmental relations, insurance, tax planning, complex transactions and litigation.

Mr. Duncan has served as Chairman of the Louisiana State Bond Commission, Chairman of the Louisiana Public Retirement Systems Actuarial Committee, President of the Louisiana Asset Management Pool, and board member/trustee of numerous entities, including the following: First National Bank of Bienville Parish, Louisiana State Employees Retirement System, Teachers Retirement System of Louisiana, Louisiana School Employees Retirement System, Louisiana Public Safety Employees Retirement System, Louisiana Housing Finance Authority, Louisiana Tuition Trust Authority, Louisiana Interim Emergency Board, Louisiana Cash Management Board, Louisiana Antifraud Advisory Board, Louisiana Small Business Task Force.

Mr. Duncan also has served as a Delegate to the National Savers' Summit (by U.S. Senate nomination and Presidential appointment).

He is admitted to practice before numerous federal and state courts, and is a member of the American Bar Association, the Louisiana State Bar Association, and the Baton Rouge Bar Association. He is also a licensed insurance agent and surplus lines broker.

Mr. Duncan holds an LL.M. (Master of Law in Taxation) from Georgetown University, a J.D. (Juris Doctor) from Louisiana State University Law Center, a B.S. (Business Administration) from Louisiana State University and has studied investments and finance at the Wharton School of the University of Pennsylvania and the University of Delaware.

**ELISABETH A. BOWMAN** received her B.F.A. from the University of Alaska at Anchorage in 1986, where she majored in Fine Arts and Psychology. While a student at the U of A, she received a grant from the Ford Foundation to participate in the artists in residency program at the Visual Arts Center, Alaska. Ms. Bowman received her J.D. from the University of San Diego in 1989. During the summer of 1987, she attended USD's Institute on International and Comparative Law in Oxford, England. Ms. Bowman was in private practice as a criminal defense attorney for eight years, handling both trials and appeals. During that time, she received appointments from the office of the Alternate Public Defender, Appellate Defenders, Inc., and as a member of the federal Criminal Justice Act Panel.

Since joining Milberg Weiss, Ms. Bowman assisted in the trials of *Yourish v. California Amplifier*, and *In re Helionetics, Inc. Securities Litigation*. Ms. Bowman has been a member of Volunteers in Parole, an organization based on the Big Brothers' paradigm, in which attorneys are matched with parolees from the California Youth Authority in an effort to offer positive mentoring. She also served on VIP's local and state-wide boards.

Ms. Bowman is a member of the California bar (1990), and is admitted to the Supreme Court of the State of California, the United States District Court for the Southern District of California, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States.

## SPECIAL COUNSEL

**MARK T. MILLKEY** graduated from Yale University in 1981 with a B.A. in English. He received an M.A. in English from the University of Virginia in 1984, and a J.D. from the University of Virginia in 1987. Before joining Milberg Weiss, Mr. Millkey worked as an associate at Powell, Goldstein, Frazer & Murphy in Atlanta and at Simpson Thacher & Bartlett in New York. He is a member of the Bars of the States of New York and Georgia. He is admitted to practice before the United States Courts for the Southern and Eastern Districts of New York and the Northern District of Georgia.

**SUSAN K. ALEXANDER** graduated with honors from Stanford University in 1983 and earned her J.D. from the University of California at Los Angeles in 1986. Ms. Alexander joined the Appellate Practice Group at Milberg Weiss in San Francisco in 2000.

Following her admission to the California Bar in 1986, Ms. Alexander joined Bronson, Bronson & McKinnon, where she litigated professional malpractice and product liability cases on behalf of attorneys, doctors, and automobile manufacturers, second-chairing two dental malpractice cases to a defense verdict. In 1990, Ms. Alexander joined the California Appellate Project ("CAP"), where she prepared appeals and petitions for writs of *habeas corpus* on behalf of individuals sentenced to death, as well as supervising private attorneys in their preparation of appeals and *habeas corpus* petitions. At CAP and subsequently in private practice, Ms. Alexander litigated and consulted on death penalty direct and collateral appeals for 10 years, including favorable decisions in the California Supreme Court (*In re Brown*, 17 Cal. 4th 873 (1998)) and the Ninth Circuit (*Odle v. Woodford*, 238 F.3d 1084 (9th Cir. 2001)). At Milberg Weiss, Ms. Alexander has argued *Shuster v. Symmetricom, Inc.* and *Wilkes v. Versant Object Technology Corp.* in the Ninth Circuit, and will argue *Pirraglia v. Novell, Inc.* in the Tenth Circuit.

Ms. Alexander is a member of the bar of the United States Supreme Court, the Ninth Circuit Court of Appeals, the Tenth Circuit Court of Appeals, United States District Court, Northern, Central, Eastern and Southern Districts of California, and the California Supreme Court. Ms. Alexander is also a member of the Federal Bar Association, Appellate Division and the Appellate Practice Section of the Bar Association of San Francisco.

## FORENSIC ACCOUNTANTS

**ANDREW J. RUDOLPH** is a Certified Public Accountant and Certified Fraud Examiner. He is an active member of the American Institute of Certified Public Accounting, California's Society of CPA's and Association of Certified Fraud Examiners. His public accounting, consulting and forensic examination experience for almost twenty years includes financial fraud investigation, auditor malpractice, auditing, business litigation, due diligence investigations and taxation. Since 1992, Mr. Rudolph has acted as the Director of Milberg's forensic accounting department which provides in-house forensic and litigation expertise in connection with major national securities fraud litigation. Mr. Rudolph has given numerous lectures and assisted with articles on financial statement fraud. Mr. Rudolph has directed the forensic examination of numerous securities fraud cases contributing to the recovery of hundreds of millions of dollars for defrauded investors. Prominent forensic investigations include *Enron, Qwest, Vivendi, WorldCom, Boeing, Aurora Foods, Informix, Media Vision, and Platinum Software.*

**CHRISTOPHER YURCEK** is one of the firm's senior forensic accountants. Mr. Yurcek is a Certified Public Accountant with 17 years of accounting, forensic examination and consulting experience in areas including financial statement audit, fraud investigation, auditor malpractice, turn-around consulting, business litigation, and business valuation. Since 1994, Mr. Yurcek has provided in-house forensic accounting expertise to the firm in connection with well-publicized securities fraud litigation including recent cases such as *Enron, Vesta, Informix,* and *Media Vision.* Prior to joining the firm, Mr. Yurcek's experience included providing forensic accounting expertise to bankruptcy trustees, and audit and accounting services at a national CPA firm. Mr. Yurcek speaks at professional accounting seminars on topics such as financial statement fraud and fraud prevention, and has co-authored articles on the subjects. Mr. Yurcek is a member of the American Institute of Certified Public Accountants, and the California Society of CPAs.