# EXHIBIT E

# MOULTON & GANS, P.C.

Year Established: 1997
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216

Telephone: 617-369-7979
Telecopier: 617-369-7980

*General Civil and Criminal Trial and Appellate Practice in All State and Federal Courts.  Securities and Business Litigation, Civil and Criminal Antitrust Litigation.*

MEMBERS OF FIRM

**STEPHEN MOULTON** (1929 - 2001).

**NANCY FREEMAN GANS**, born Philadelphia, Pennsylvania, November 26, 1943; admitted to bar, 1970, Massachusetts; 1975, U.S. Supreme Court; 1996, U.S. District Court.  *Education*: University of Rochester (B.A., summa cum laude, 1965); Harvard University (J.D., 1970).  Phi Beta Kappa.  *Member*: Massachusetts Bar Association.

Areas of Concentration:  Securities; Antitrust; Civil Litigation; Commercial Litigation; Criminal Litigation.