# PAID MAGAZINE
## PUBLISHER'S STATEMENT
*Subject to Audit*


Audit Bureau of Circulations

# Barron's

**For the six months ended December 31, 2003**

**Field Served:** National Business and Financial News.

Published by Dow Jones & Co., Inc.

Frequency: 52 times/year     ABC Member # 04-0110-0

## AVERAGE PAID CIRCULATION

**1** Total Average Paid Circulation: 295,706

|  | | % of Total |
|---|---|---|
| Subscriptions (Individual): | | |
|   Print | 230,353 | 77.9 |
|   Electronic | 725 | 0.3 |
| Total Subscriptions: | 231,078 | |
| Single Copy Sales: | | |
|   Print | 64,607 | 21.8 |
|   Electronic | 21 | 0.0 |
| Total Single Copy Sales: | 64,628 | |
| Total Paid | 295,706 | 100.0 |
| Paid Advertising Rate Base/Circulation Guarantee: | None Claimed | |
| % Above/Below Rate Base (+/−) | | |

## PRICES

**2** Prices effective during the six month period ending December 31, 2003

| Publisher's Suggested 1 year price | $145.00 |
|---|---|
| Single Copy cover price | $3.50 |

### 2A AVERAGE PRICE
Represents the price of individual subscriptions sold during the 12 month period ending June 30, 2003

| Average subscription price: | Net | Gross |
|---|---|---|
| Per Copy | $2.20 | (optional) |
| Annualized (53 issue frequency) | $116.68 | (optional) |

Publisher's Suggested 1 year price in effect for average price period, $145.00.

### 2B SUPPLEMENTAL ANALYSIS OF PRICES
Gross individual subscriptions sold in the six month period ended December 31, 2003 at below 35% of average net price.

    None Claimed

## ANALYSIS OF TOTAL NEW AND RENEWAL SUBSCRIPTIONS

**3** Total gross individual subscriptions (new and renewal) sold in the six month period ended December 31, 2003

| A. DURATION | | % | C. CHANNELS | | % |
|---|---|---|---|---|---|
| (a) One to six months (1 to 26 issues) | 157,689 | 78.3 | (a) Ordered by mail and/or direct request (may include direct mail, renewal mail, insert cards, television, direct mail agents, Internet and e-mail, etc.) | 167,278 | 83.1 |
| (b) Seven to eleven months (27 to 51 issues) | 2,279 | 1.1 | | | |
| (c) Twelve months (52 issues) | 20,727 | 10.3 | | | |
| (d) Thirteen to twenty-four months | 14,682 | 7.3 | (b) Ordered through salespeople: | | |
| (e) Twenty-five months and more | 5,945 | 3.0 |   1. Catalog agencies and individual agents - includes institutional and library subscriptions | 545 | 0.3 |
| Total Subscriptions Sold in Period | 201,322 | 100.0 |   2. Publisher's own and independent salespeople - includes sales through both direct personal contact and telemarketing efforts for consumer and trade subscriptions | 31,155 | 15.5 |
| B. USE OF PREMIUMS | | | | | |
| (a) Ordered without premium | 195,905 | 97.3 | | | |
| (b) Ordered with material reprinted from this publication | None | |   3. Members of schools, churches, fraternal and similar organizations - includes fund raising programs directed to individuals | None | |
| (c) Ordered with other premiums, See Par. 9(c) | 5,417 | 2.7 | (c) Association members | None | |
| Total Subscriptions Sold in Period | 201,322 | 100.0 | (d) All other channels, See Par. 9(d) | 2,344 | 1.1 |
| | | | Total Subscriptions Sold in Period | 201,322 | 100.0 |

900 N. Meacham Road • Schaumburg, IL 60173-4968     P: 847.605.0909 • F: 847.605.0483     URL: www.accessabc.com

## ANALYSIS OF AVERAGE CIRCULATION

### 4A PAID BY ISSUES

| Issue | | Subscriptions | Single Copy Sales | Total Paid | Issue | | Subscriptions | Single Copy Sales | Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| July | 7 | 238,850 | 66,438 | 305,288 | Oct. | 6 | 217,973 | 63,074 | 281,047 |
| | 14 | 241,833 | 66,996 | 308,829 | | 13 | 217,370 | 63,212 | 280,582 |
| | 21 | 248,896 | 67,155 | 316,051 | | 20 | 219,126 | 63,782 | 282,908 |
| | 28 | 248,222 | 66,451 | 314,673 | | 27 | 220,549 | 63,497 | 284,046 |
| Aug. | 4 | 243,535 | 66,949 | 310,484 | Nov. | 3 | 226,886 | 63,564 | 290,450 |
| | 11 | 242,153 | 67,800 | 309,953 | | 10 | 225,693 | 64,060 | 289,753 |
| | 18 | 258,636 | 66,794 | 325,430 | | 17 | 233,882 | 63,101 | 296,983 |
| | 25 | 267,461 | 66,070 | 333,531 | | 24 | 225,207 | 63,523 | 288,730 |
| Sept. | 1 | 271,012 | 66,654 | 337,666 | Dec. | 1 | 216,960 | 62,415 | 279,375 |
| | 8 | 259,248 | 64,815 | 324,063 | | 8 | 215,660 | 62,599 | 278,259 |
| | 15 | 229,606 | 64,554 | 294,160 | | 15 | 201,607 | 62,621 | 264,228 |
| | 22 | 227,455 | 64,506 | 291,961 | | 22 | 193,654 | 62,522 | 256,176 |
| | 29 | 224,615 | 63,517 | 288,132 | | 29 | 191,936 | 63,667 | 255,603 |

### 4B SUPPLEMENTAL ANALYSIS OF AVERAGE PAID CIRCULATION

The following averages, as reported below, are included in Par. 1 and annotated here per applicable rules. See Par. 9 for full explanation.
Subscriptions:
  Sponsored Sales (1), See Par. 9(e)                43,030
(1) This average exceeds 10% of average subscription circulation as reported in Par. 1.

### 5 AVERAGE CIRCULATION of Regional, Metro and Demographic Editions

| Edition | Number of Issues | Paid |
|---|---|---|
| Eastern | 1 | 155,039 |
| Midwest | 2 | 59,708 |
| Western | 11 | 60,447 |
| Southwest | 2 | 26,563 |

### 6 POST EXPIRATION COPIES

(a) Average number of copies served on subscriptions not more than three months after expiration.   3,866   1.7%

### 7A GEOGRAPHIC DATA for the November 17, 2003 Issue

Paid circulation of this issue was 0.4% greater than the total average paid circulation.

**Analysis by ABCD County**

June 16, 2003 issue used in establishing percentages for subscription and single copy circulation.

| County Size | % of Households | Paid Circulation | % of Total Circulation | Index (% of Circulation/ % of Households) |
|---|---|---|---|---|
| A | 40 | 181,810 | 62.7 | 157 |
| B | 30 | 71,912 | 24.8 | 83 |
| C | 15 | 22,907 | 7.9 | 53 |
| D | 15 | 13,339 | 4.6 | 31 |

County Size Group Definitions by the A.C. Nielsen Company- Data for the coterminous 48 states.

## 7B GEOGRAPHIC DATA for the November 17, 2003 Issue
### Analysis by State/Province

| STATE | SUBSCRIPTIONS | SINGLE COPY SALES | TOTAL PAID | % OF CIRC. |
|---|---|---|---|---|
| Maine | 673 | 360 | 1,033 | |
| New Hampshire | 975 | 491 | 1,466 | |
| Vermont | 336 | 216 | 552 | |
| Massachusetts | 11,168 | 3,453 | 14,621 | |
| Rhode Island | 1,067 | 307 | 1,374 | |
| Connecticut | 6,899 | 2,514 | 9,413 | |
| **NEW ENGLAND** | **21,118** | **7,341** | **28,459** | **9.8** |
| New York | 28,903 | 9,864 | 38,767 | |
| New Jersey | 12,786 | 6,679 | 19,465 | |
| Pennsylvania | 8,612 | 4,017 | 12,629 | |
| **MIDDLE ATLANTIC** | **50,301** | **20,560** | **70,861** | **24.4** |
| Ohio | 6,985 | 1,542 | 8,527 | |
| Indiana | 2,757 | 674 | 3,431 | |
| Illinois | 15,891 | 3,470 | 19,361 | |
| Michigan | 6,699 | 1,174 | 7,873 | |
| Wisconsin | 4,260 | 758 | 5,018 | |
| **EAST N. CENTRAL** | **36,592** | **7,618** | **44,210** | **15.2** |
| Minnesota | 3,464 | 861 | 4,325 | |
| Iowa | 1,296 | 131 | 1,427 | |
| Missouri | 2,826 | 387 | 3,213 | |
| North Dakota | 236 | 4 | 240 | |
| South Dakota | 301 | 11 | 312 | |
| Nebraska | 951 | 129 | 1,080 | |
| Kansas | 1,318 | 169 | 1,487 | |
| **WEST N. CENTRAL** | **10,392** | **1,692** | **12,084** | **4.1** |
| Delaware | 644 | 250 | 894 | |
| Maryland | 4,507 | 2,733 | 7,240 | |
| District of Columbia | 1,457 | | 1,457 | |
| Virginia | 5,624 | 502 | 6,126 | |
| West Virginia | 408 | 32 | 440 | |
| North Carolina | 3,730 | 602 | 4,332 | |
| South Carolina | 1,506 | 137 | 1,643 | |
| Georgia | 5,658 | 787 | 6,445 | |
| Florida | 15,759 | 3,201 | 18,960 | |
| **SOUTH ATLANTIC** | **39,293** | **8,244** | **47,537** | **16.4** |
| Kentucky | 1,371 | 243 | 1,614 | |
| Tennessee | 2,260 | 386 | 2,646 | |
| Alabama | 1,400 | 226 | 1,626 | |
| Mississippi | 549 | 23 | 572 | |
| **EAST S. CENTRAL** | **5,580** | **878** | **6,458** | **2.2** |
| Arkansas | 668 | 106 | 774 | |
| Louisiana | 1,302 | 259 | 1,561 | |
| Oklahoma | 989 | 193 | 1,182 | |
| Texas | 11,108 | 1,886 | 12,994 | |
| **WEST S. CENTRAL** | **14,067** | **2,444** | **16,511** | **5.7** |
| Montana | 433 | 47 | 480 | |
| Idaho | 464 | 111 | 575 | |
| Wyoming | 247 | 23 | 270 | |
| Colorado | 2,897 | 947 | 3,844 | |
| New Mexico | 718 | 159 | 877 | |
| Arizona | 3,433 | 1,362 | 4,795 | |
| Utah | 684 | 269 | 953 | |
| Nevada | 1,624 | 639 | 2,263 | |
| **MOUNTAIN** | **10,500** | **3,557** | **14,057** | **4.8** |
| Alaska | 101 | 106 | 207 | |
| Washington | 4,253 | 831 | 5,084 | |
| Oregon | 1,926 | 358 | 2,284 | |
| California | 37,458 | 4,965 | 42,423 | |
| Hawaii | 172 | 288 | 460 | |
| **PACIFIC** | **43,910** | **6,548** | **50,458** | **17.4** |
| U.S. Unclassified | | | | |
| **UNITED STATES** | **231,753** | **58,882** | **290,635** | **100.0** |
| U.S. Circ. Percent of Grand Total | | | | 97.9 |
| Poss. & Other Areas | 39 | 101 | 140 | 0.0 |
| **U.S. & POSS., etc.** | **231,792** | **58,983** | **290,775** | **97.9** |
| Canada | 673 | 2,200 | 2,873 | 1.0 |
| International | 1,327 | 1,918 | 3,245 | 1.1 |
| Other Unclassified | 3 | | 3 | 0.0 |
| Military or Civilian Personnel Overseas | 87 | | 87 | 0.0 |
| **GRAND TOTAL** | **233,882** | **63,101** | **296,983** | **100.0** |

Index = Geographic Distribution of % Circulation ÷ % Population



## ANALYSIS OF ANALYZED NON-PAID

**8** This publication does not report analyzed non-paid circulation

## EXPLANATORY

**9** (a) Publisher Suggested Prices: Subscriptions: U.S., 3 mos. $39.00; 6 mos. $74.00; 2 yrs. $245.00. Canada, 3 mos. $53.00; 6 mos. $102.00; 1 yr. $202.00. International, 6 mos. $124.00; 1 yr. $244.00.

(b) Average non-analyzed non-paid circulation for the 6 month period: 19,630 copies per issue.

(c) A "Guide to Building Wealth," with a value of $14.95, was offered with 13, 26, or 52 week subscriptions at publisher's suggested prices.

(d) All other channels represent student subscriptions obtained through college professors and corporate/continuing education instructors acting as group organizers.

### SUPPLEMENTAL ANALYSIS OF AVERAGE PAID CIRCULATION

(e) Sponsored Sales, Subscriptions: the average of 43,030 copies per issue shown in Par. 4B, and included in Par. 1, represents copies purchased by various business concerns. The copies were mailed to individuals addressed by the publisher or mailed in bulk to the purchaser for redistribution. The volume of subscriptions purchased by any single business ranged from 60 to 1,555. The amounts paid for these purchases ranged from 6 issues at $9.00, to 13 issues at $19.50.

## FIVE YEAR ANNUAL TRENDS

**10** Total average paid circulation as reported in June and December Publisher's Statements



| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| | 299.6 | 305.3 | 291.2 | 295.1 | 293.1 |
| % Single Copies | 40.3 | 38.5 | 32.5 | 27.4 | 23.4 |
| % Subscriptions | 59.7 | 61.5 | 67.5 | 72.6 | 76.6 |
| % Post Exp. Copies | 1.8 | 1.8 | 1.8 | 1.8 | 1.9 |
| Avg. Annualized Subs. Price (Net) | N/A | N/A | 124.93 | 116.13 | 116.68 |

Legend: Post Exp. Copies, Paid Subs., Single Copies

## VARIANCE

**11** Latest released Audit Report for 12 months ended June 30, 2003; Variation from Publisher's Statements

| Audit Period Ended | Rate Base (Paid) | Audit Report (Paid) | Publisher's Statements (Paid) | Difference (Paid) | Percentage of Difference (Paid) |
|---|---|---|---|---|---|
| 06-30-03 | None Claimed | 290,771 | 290,758 | 13 | 0.0 |
| 06-30-02 | None Claimed | 288,585 | 289,467 | -882 | -0.3 |
| 06-30-01 | None Claimed | 300,957 | 301,440 | -483 | -0.2 |
| 06-30-00 | None Claimed | 300,272 | 301,769 | -1,497 | -0.5 |
| 06-30-99 | None Claimed | 296,985 | 299,045 | -2,060 | -0.7 |

We certify that to the best of our knowledge all data set forth in this Publisher's Statement are true and report circulation in accordance with Audit Bureau of Circulations' Bylaws and Rules.

Parent Company: Dow Jones & Co., Inc.
BARRON'S, published by Dow Jones & Co., Inc. • 200 Liberty Street • New York, NY 10281

MICHAEL E. AHERN
Vice President, Operations
P: 413.598.4255

MICHAEL SHEEHAN
Senior Vice President, Circulation

Date Signed: January 29, 2004

Established: 1921   ABC Member since: 1942

| | | |
|---|---|---|
| 04-0110-0 | Analyzed Issue Date | 11/17/03 |
| | Analyzed Issue Text (for double month issue date) | |
| | Single Copy Price | 3.50 |
| | Association Subscription Price | |
| | U.S. Subscription Price | 145.00 |
| | Canadian Subscription Price | 202.00 |
| | International Subscription Price | 244.00 |