UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————— x
                                                    )
WALTER MILLER and LAURA MENDELSOHN, )
Individually and On Behalf of All Others Similarly )   Civil Action No. 03-10290 WGY
Situated,                                           )
                                                    )
                       Plaintiffs,  )
                                                    )
                   v.                   )
                                                    )
PARAMETRIC TECHNOLOGY CORPORATION, )
STEVEN C. WALSKE, C. RICHARD                        )
HARRISON, NOEL G. POSTERNAK and                     )
EDWIN J. GILLIS,                                    )
                                                    )
                       Defendants.  )
                                                    )
———————————————————— 
                                                    )
SOLOMON MOSKOVITS, Individually and on              )
Behalf of All Others Similarly Situated,            )   Civil Action No. 03-10334 WGY
                                                    )
                       Plaintiff,   )
                                                    )
                   v.                   )
                                                    )
PARAMETRIC TECHNOLOGY CORPORATION, )
STEVEN C. WALSKE, C. RICHARD                        )
HARRISON, NOEL G. POSTERNAK and                     )
EDWIN J. GILLIS,                                    )
                                                    )
                       Defendants.  )
———————————————————— x

(Additional captions set forth below)

**DEFENDANTS' RESPONSE TO THE MOTIONS TO CONSOLIDATE,
FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF
SELECTION OF LEAD AND LIAISON COUNSEL**

DOCKETED

*May 20, 2003, These cases are ordered consolidated for all purposes. The Orton Group is appointed as lead plaintiff and its selection of co-lead and liaison counsel is approved.*

*William G. Young*
*Chief Judge*

DOCKETED

28