UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY M. SOUSA, On Behalf of Herself and All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) WAVE SYSTEMS CORPORATION, et al., ) ) ) Defendants. ) ) | No. 04-30022-MAP<br><br>__CLASS ACTION__ |
| YOSEF STREICHER, On Behalf of Himself and All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) WAVE SYSTEMS CORPORATION, et al., ) ) ) Defendants. ) ) | No. 04-30026-KPN<br><br>__CLASS ACTION__ |

[Caption continued on following page.]


AFFIDAVIT OF NANCY FREEMAN GANS IN SUPPORT OF RON ROGERS AND STEVE ALVAREZ'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS

| | |
|---|---|
| RAFAT DAWOD, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>      Defendants. | Civil Action No. 04-30029-KPN<br><br><u>CLASS ACTION</u> |
| ALVIN CHESS, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>      Defendants. | Civil Action No. 04-30037-MAP<br><br><u>CLASS ACTION</u> |
| MICHAEL D. VICKER, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>      Defendants. | Civil Action No. 04-30040-MAP<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

| | |
|---|---|
| H. MARTIN BOHMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>                Defendants. | Civil Action No. 04-30041-MAP<br><br>CLASS ACTION |
| JIMMY SUO, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>                Defendants. | Civil Action No. 04-30042-MAP<br><br>CLASS ACTION |
| JACK SCHULMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORPORATION, et al.,<br><br>                Defendants. | Civil Action No. 04-30043-MAP<br><br>CLASS ACTION |

- 1 -

I, Nancy Gans, declare as follows:

1.  I am an attorney duly licensed to practice before all of the courts of the State of Massachusetts. I am a member of the law firm of Moulton & Gans, P.C., one of the proposed liaison counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

Exhibit A:  Subscription pricing list for *Barron's* magazine; and

Exhibit B:  *Barron's* paid magazine publishers statement

3.  I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April, 2004, at Boston, Massachusetts.

\s\ Nancy Freeman Gans
NANCY FREEMAN GANS

T:\CasesSF\Wave Systems\DEC00008637.doc

DECLARATION OF SERVICE BY FEDERAL EXPRESS AND FACSIMILE

I, the undersigned, declare:

1.That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.That on April 16, 2004, declarant served by Federal Express the **AFFIDAVIT OF NANCY FREEMAN GANS IN SUPPORT OF RON ROGERS AND STEVE ALVAREZ'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS** to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April, 2004, at San Francisco, California.

\s\ Caroline Wiley
CAROLINE A. WILEY

WAVE SYSTEMS (Mass)
Service List - 4/15/2004   (04-0046M)
Page 1 of 3

**Counsel For Defendant(s)**

Robert A. Buhlman
Eunice E. Lee
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
   617/951-8000
   617/951-8736 (Fax)

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Jeffrey C. Block<br>Michael T. Matraia<br>Leslie R. Stern<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>One Liberty Square<br>Boston, MA  02109<br>   617/542-8300<br>   617/542-1194 (Fax) | Sandy A. Liebhard<br>Joseph R. Seidman, Jr.<br>Bernstein Liebhard & Lifshitz, LLP<br>10 East 40th Street<br>New York, NY  10016<br>   212/779-1414<br>   212/779-3218 (Fax) |
| Samuel H. Rudman<br>David A. Rosenfeld<br>Cauley Geller Bowman & Rudman, LLP<br>200 Broadhollow Road, Suite 406<br>Melville, NY  11747<br>   631/367-7100<br>   631/367-1173 (Fax) | David Pastor<br>Gilman And Pastor, L.L.P.<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA  01906<br>   781/231-7850<br>   781/231-7840 (Fax) |
| Jonathan M. Plasse<br>Christopher J. Keller<br>Goodkind Labaton Rudoff & Sucharow LLP<br>100 Park Avenue, 12th Floor<br>New York, NY  10017-5563<br>   212/907-0700<br>   212/818-0477 (Fax) | Harold B. Obstfeld<br>Harold B. Obstfeld, P.C.<br>260 Madison Avenue, 19th Floor<br>New York, NY  10016<br>   212/696-1212<br>   212/679-8998 (Fax) |

WAVE SYSTEMS (Mass)
Service List - 4/15/2004   (04-0046M)
Page 2 of 3

Deborah R. Gross
Susan R. Gross
Law Offices Bernard M. Gross, P.C.
1515 Locust Street, 2nd Floor
Philadelphia, PA  19102
   215/561-3600
   215/561-3000 (Fax)

Marjorie A. McKeithen
McKeithen, McKeithen & Bohman
10771 Perkins Road, First Floor
Baton Rouge, LA  70810
   225/766-6500

William S. Lerach
Darren J. Robbins
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)

Susan E. Stenger
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA  02108-3106
   617/854-4000
   617/854-4040 (Fax)

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
   410/332-0030
   410/685-1300 (Fax)

Jeffrey W. Lawrence
Stanley S. Mallison
Milberg Weiss Bershad Hynes & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109
   617/369-7979
   617/369-7980 (Fax)

Marc A. Topaz
Richard A. Maniskas
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
   610/667-7706
   610/667-7056 (Fax)

WAVE SYSTEMS (Mass)

Service List - 4/15/2004   (04-0046M)

Page 3 of 3

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
75 State Street
Boston, MA  02109
   617/439-3939
   617/439-0134 (Fax)

Jules Brody
Aaron L. Brody
Tzivia Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY  10017
   212/687-7230
   212/490-2022 (Fax)

Robert I. Harwood
Jeffrey M. Norton
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
   212/935-7400
   212/753-3630 (Fax)

Eduard Korsinsky
Zimmerman, Levi & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY  10006
   212/363-7500
   212/363-7171 (Fax)