# EXHIBIT A



# BARRON'S

## Subscription & Reader Services

ABOUT BARRON'S    SUBSCRIPTION & READER SERVICES    ADVERTISING    HOME    CONTACT US

### Get Free Weeks!

Every week Barron's delivers vital statistics, in-depth analysis, investigative reporting, company profiles and everything else you need to keep tabs on the investment world.

Complete the form below to order Barron's for yourself or as a gift, and get free weeks when you pay now by credit card.

○ 2 years at $245
and get 8 free weeks when you pay now by credit card

○ 52 weeks at $145
and get 4 free weeks when you pay now by credit card

○ 26 weeks at $74
and get 2 free weeks when you pay now by credit card

○ 13 weeks at $39
and get 1 free week when you pay now by credit card

☐ Check here if this is a gift. Otherwise, this subscription will be for you.

This subscription will start in three to seven business days unless you specify otherwise below:

Barron's Magazine

**DELIVERY INFORMATION:**

Start Month | Day | Year

First Name:
Last Name:
Company Name (if applicable):
Street Number:
Street Name:
Apartment, Suite or Floor:
City:
State: Select State
Zip Code:
Home Phone Number:
Business Phone Number:

**BILLING INFORMATION:**
Only include if different from delivery information.

First Name:
Last Name:
Company Name (if applicable):
Street Number:
Street Name:

Barron's Magazine

Apartment, Suite or Floor:

City:

State: Select State

Zip Code:

Get free weeks when you pay now by credit card.

Payment Type:
○ Credit Card (our secure server protects your information)
○ Bill Me



Credit Card Number (no spaces please):

Credit Card - Expiration Date    Month    Year

E-mail Address:

☑ Yes, I am interested in renewing my subscription via e-mail or the Web.

☑ Yes, I am interested in receiving special information via e-mail about Dow Jones products or services.

Click once:  Submit    Reset Form

Offer good in the continental U.S. for a limited time only. Sales tax may apply.

To subscribe by phone, call 1-800-975-8620 and ask for source key 9MBW11.

Barron's Magazine

▲ Top

Other subscription-related questions can be sent to barrons.service@dowjones.com or call 1-800-544-0422.