UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ✓ SOUSA V. WAVE SYSTEMS CORP | CA 04-30022 |
| STREICHER V. WAVE SYSTEMS CORP | CA 04-30026 |
| DAWOD V. WAVE SYSTEMS CORP | CA 04-30029 |
| SACHS V. SPRAGUE | CA 04-30032 |
| CHESS V. WAVE SYSTEMS CORP | CA 04-30037 |
| VICKER V. WAVE SYSTEMS CORP | CA 04-30040 |
| BOHMAN V. WAVE SYSTEMS CORP | CA 04-30041 |
| SUO V. WAVE SYSTEMS CORP | CA 04-30032 |
| SCHULMAN V. WAVE SYSTEMS CORP | CA 04-30043 |

NOTICE OF HEARING

July 22, 2004

Counsel in the above named cases shall appear for a hearing on all pending motions and for status conference on September 1, 2004 at 2:00 p.m. to be held in courtroom I, U.S. District Court, 1550 Main Street, Springfield, Massachusetts before Michael A. Ponsor, U.S. District Judge.

*Elizabeth French* (signature)
Elizabeth A. French
Deputy Clerk