**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
16
U.S. DISTRICT COURT

| | |
|---|---|
| CANDY M. SOUSA, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30022 (MAP) |
| YOSEF STREICHER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30026 (MAP) |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

| | |
|---|---|
| RAFAT DAWOD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30029 (MAP) |
| ALVIN CHESS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30037 (MAP) |
| MICHAEL VICKER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30040 (MAP) |

**[ADDITIONAL CAPTIONS ON NEXT PAGE]**

| | |
|---|---|
| H. MARTIN BOHMAN, On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30041 (MAP) |
| JIMMY SUO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30042 (MAP) |
| JACK SCHULMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY<br><br>Defendant. | Civil Action No. 04-cv-30043 (MAP) |

Pursuant to Local Rule 83.5.3, the undersigned counsel, Michael T. Matraia, hereby moves that this Court enter an Order granting leave to Jean Marc Zimmerman of the law firm Zimmerman, Levi & Korsinsky, LLP to appear on behalf of proposed lead plaintiffs the Trebitsch Group and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Jean Marc Zimmerman is admitted to the bar of the State of New Jersey, and is admitted to practice in the United States District Court for the District of New Jersey.

2. Jean Marc Zimmerman is a member in good standing in all of the courts listed above in paragraph 1 and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

3. Jean Marc Zimmerman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Jean Marc Zimmerman has submitted herewith his Certification For Admission Pro Hac Vice as required by Local Rule 83.5.3, attached hereto as Exhibit A.

Dated: August 13, 2004

Respectfully submitted,

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

Jeffrey C. Block, BBO # 600747
Michael T. Matraia, BBO # 633049
Nicole R. Starr, BBO # 654848
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194

**Proposed Liaison Counsel For Plaintiffs The Trebitsch Group**

**ZIMMERMAN, LEVI & KORSINSKY, LLP**
Eduard Korsinsky
39 Broadway, Suite 1440
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171

-and –

**ZIMMERMAN, LEVI & KORSINSKY, LLP**
Jean Marc Zimmerman
226 St. Paul Street
Westfield, New Jersey 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

**Proposed Lead Counsel for Plaintiffs The Trebitsch Group**

CERTIFICATE OF SERVICE
I hereby certify that on 8/13/04 a true copy of the above document was served by mail/by hand upon the attorney of record for each other party per the attached service list.

WaveSystems/p/prohacmotion_zimmerman

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CANDY M. SOUSA, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30022 (MAP) |
| YOSEF STREICHER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30026 (MAP) |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RAFAT DAWOD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30029 (MAP) |
| ALVIN CHESS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30037 (MAP) |
| MICHAEL VICKER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30040 (MAP) |

**[ADDITIONAL CAPTIONS ON NEXT PAGE]**

| | |
|---|---|
| H. MARTIN BOHMAN, On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30041 (MAP) |
| JIMMY SUO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>Defendant. | Civil Action No. 04-cv-30042 (MAP) |
| JACK SCHULMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN SPRAGUE and GERARD T. FEENEY<br><br>Defendant. | Civil Action No. 04-cv-30043 (MAP) |

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Jean Marc Zimmerman, hereby certify that:

1. I am a partner of the law firm of Zimmerman, Levi & Korsinsky, LLP, which is located at 226 St. Paul Street, Westfield, New Jersey 07090. I was admitted to the bar of the State of New Jersey in 1990. I am also admitted to practice in the United States District Court for the District of New Jersey.

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice, and I have never been subject to any such disciplinary proceeding in the past.

4. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalty of perjury this 12th day of August 2004.

Jean Marc Zimmerman

WaveSystems/dp/prohac_cert_zimmerman

**WAVE SYSTEMS CORPORATION**
**SERVICE LIST**

**PLAINTIFFS COUNSEL**

David Rosenfeld
**CAULEY GELLER BOWMAN & RUDMAN LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747
(631) 367-7100

David Pastor, Esq.
**GILMAN AND PASTOR, LLP**
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850
F (781) 231-7840

*Counsel for Plaintiffs Rafat Dawod and H. Martin Bohman*

Jonathan Plasse, Esq.
Christopher Keller, Esq.
**GOODKIND LABATON RUDOFF & SUCHAROW LLP**
100 Park Avenue
New York, NY 10017-553
(212) 907-0700
F (212) 818-0477

*Counsel for Plaintiff Michael Vicker*

Harold Obstfeld, Esq.
**HAROLD OBSTFELD, P.C.**
500 Fifth Avenue, 56th Floor
New York, NY 10110-0002
(212) 391-4150

*Counsel for Plaintiff Jimmy Suo*

Leigh Lasky, Esq.
**LASKY & RIFLAND, LTD.**
100 Park Avenue, 12th Floor
New York, New York 10017

Robert Aronson, Esq.
**LAW OFFICES OF ROBERT ARONSON**
101 State Street
Springfield, MA 01103
T (413) 733-2600

*Counsel for Plaintiffs H. Martin Bohman, Seong Chen, Ernest Frieler, John Gabriele, Kan Lu, Abdel Kader Tahraoui and Bob Xiong*

Deborah Gross, Esq.
Susan Gross, Esq.
**LAW OFFICES OF BERNARD M. GROSS, P.C.**
1515 Locust Street
Philadelphia, PA 19102
(215) 561-3600
F (215) 561-3000

*Counsel for Plaintiff Alvin Chess*

Charles J Piven, Esq.
**LAW OFFICES OF CHARLES J. PIVEN**
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
(410) 332-0030

Marjorie A. McKeithen
**MCKEITHEN, MCKEITHEN & BOHMAN**
10771 Perkins Road
First Floor
Baton Rouge, LA 70810
(225) 766-6500

*Counsel for H. Martin Bohman*

William Lerach, Esq.
401 B Street
San Diego, CA 92101-3356
-and-
**LERACH COUGHLIN STOIA & ROBBINS LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111
(619) 231-1058
F (619) 231-7423

*Counsel for Plaintiff Candy M. Sousa*

Nancy F. Gans, Esq.
**MOULTON & GANS, PC**
33 Broad Street
Suite 1100
Boston, MA 02109
(617) 369-7979
F (617) 369-7980

*Counsel for Plaintiffs Candy M. Sousa, Yosef Streicher*

Susan E. Stenger, Esq.
**PERKINS, SMITH & COHEN LLP**
One Beacon Street, 30th Floor
Boston, MA 02108
617-854-4228
F (617) 854-4040

*Counsel for Plaintiff Jack Schulman*

Darren Check, Esq.
**SCHIFFRIN & BARROWAY LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

Theodore M. Hess-Mahan, Esq.
Thomas G. Shapiro, Esq.
**SHAPIRO, HABER & URMY, LLLP**
75 State Street
Boston, MA 02109
(617) 439-3939
F (617) 439-0134

*Counsel for Plaintiffs Alvin Chess and Michael Vicker*

Jules Brody, Esq.
Aaron Brody, Esq.
Tzivia Brody, Esq.
**STULL STULL & BRODY**
6th East 45th Street
New York, NY 10017
(212) 687-7230
F (212) 490-2022

*Counsel for Plaintiff H. Martin Bohman*

Robert Harwood, Esq.
Jeffrey Norton, Esq.
**WECHSLER HARWOOD LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
(212) 935-7400
F (212) 753-3630

*Counsel for Plaintiff Jack Schulman*

Eduard Korsinsky, Esq.
**ZIMMERMAN LEVI & KORSINSKY LLP**
39 Broadway, Suite 1440
New York, NY 10016
212-363-7500
F 212-363-7171
*Counsel for Plaintiff Jimmy Suo*