UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY M. SOUSA, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>                      Defendants. | Civil Action No. 3:04-CV-30022 (MAP) |

## MOTION TO CHANGE CAPTION

Lead Plaintiffs Anne Brumbaugh, Gary L. Harmon and Randy K. Griffin (collectively, the "Brumbaugh Group" or "Plaintiffs") respectfully move this Court for a change of caption in this action, which has been designated by the Court as the lead case in this group of consolidated actions. In support of this Motion, Plaintiffs would respectfully show the following:

1.  Eight similar actions, alleging securities fraud under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, were filed in this Court against defendants Wave Systems Corporation ("Wave Systems"); John E. Bagalay, Jr. ("Bagalay"); Steven V. Sprague ("Sprague"); and Gerard T. Feeney ("Feeney").[1]

2.  By order of this Court dated September 3, 2004, (the "September 3 Order"), the above captioned action, <u>Sousa v. Wave Systems Corp., et al.</u>, No. 04-30022-MAP, ("Sousa"), was designated as the lead case, and the other seven actions were consolidated with <u>Sousa</u>. The

---

[1] Bagalay is not named as a defendant in all of the related actions.

00003266.WPD ; 1

September 3 Order also provided, <u>inter</u> <u>alia</u>, as follows:

    a)    that the Brumbaugh Group be appointed lead plaintiffs;

    b)    that the firm of Schiffrin & Barroway, LLP be appointed lead counsel;

    c)    that the firm of Gilman and Pastor, LLP be appointed liaison counsel;

    d)    that a related case filed in the U.S. District Court for the District of New Jersey, <u>Trebitsch v. Wave Systems Corporation, et al</u>., No. 04-266-JCL, which is anticipated to be transferred to this Court, shall, if and when such transfer occurs, be consolidated with <u>Sousa</u>; and

    e)    that Plaintiffs shall file a motion to amend the caption of <u>Sousa</u> to reflect the fact that the Brumbaugh Group has been appointed as lead plaintiffs.

3.    Accordingly, Plaintiffs move that the caption of <u>Sousa</u> be changed to the following:

    <u>Anne Brumbaugh v. Wave Systems Corporation</u>, No. 04-cv-30022 (MAP).

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A) (2

Undersigned counsel certifies that they have conferred with counsel for defendants in a good faith effort to resolve or narrow the issues raised by this Motion and that defendants' counsel indicated that they would assent to relief sought by this Motion.

        Respectfully submitted,

        /s/ David Pastor
        David Pastor (BBO #391000)
        GILMAN AND PASTOR, LLP
        Stonehill Corporate Center
        999 Broadway, Suite 500
        Saugus, MA 01906
        Telephone: (781) 231-7850
        Facsimile: (781) 231-7840

        **Plaintiffs' Liaison Counsel**

        Karen E. Reilly
        Marc I. Wilner
        SCHIFFRIN & BARROWAY, LLP
        Three Bala Plaza East, Suite 400
        Bala Cynwyd, PA 19004
        Telephone: (610) 667-7706
        Facsimile: (610) 667-7056

        **Plaintiffs' Lead Counsel**