UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON and RANDY K. GRIFFIN,<br><br>Plaintiffs,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY<br><br>Defendants. | No. 04-30022-MAP |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance as one of the counsel of record for Plaintiffs Candy M. Sousa and the Trebitsch Group in the above-captioned matter.

Dated: January 10, 2005

Respectfully submitted,

BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO

_____
Michael T. Matraia, BBO # 633049
One Liberty Square
Boston, MA 02109
(617) 542-8300

WaveSystems/p/Not_With_App_mtm