UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON and RANDY K. GRIFFIN,<br><br>Plaintiffs,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY<br><br>Defendants. | No. 04-30022-MAP |

### CERTIFICATE OF SERVICE

I, Elizabeth D'Entremont, hereby certify that on January 18, 2005, I caused a true and correct copy of the foregoing Notice Of Withdrawal Of Appearance, filed on behalf of Michael T. Matraia, Esq. to be served on all courts and counsel on the attached service list via U.S. Mail, first class mail, postage prepaid.

Dated: January 18, 2005

Elizabeth D'Entremont

WAVE SYSTEMS CORPORATION
SERVICE LIST

**PLAINTIFFS COUNSEL**

David Rosenfeld
**CAULEY GELLER BOWMAN
& RUDMAN LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747
(631) 367-7100

David Pastor, Esq.
**GILMAN AND PASTOR, LLP**
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850
F (781) 231-7840

*Counsel for Plaintiffs Rafat Dawod and H. Martin Bohman*

Jonathan Plasse, Esq.
Christopher Keller, Esq.
**GOODKIND LABATON RUDOFF & SUCHAROW LLP**
100 Park Avenue
New York, NY 10017-553
(212) 907-0700
F (212) 818-0477

*Counsel for Plaintiff Michael Vicker*

Harold Obstfeld, Esq.
**HAROLD OBSTFELD, P.C.**
500 Fifth Avenue, 56th Floor
New York, NY 10110-0002
(212) 391-4150

*Counsel for Plaintiff Jimmy Suo*

Leigh Lasky, Esq.
**LASKY & RIFLAND, LTD.**
100 Park Avenue, 12th Floor
New York, New York 10017

Robert Aronson, Esq.
**LAW OFFICES OF ROBERT ARONSON**
101 State Street
Springfield, MA 01103
T (413) 733-2600

*Counsel for Plaintiffs H. Martin Bohman, Seong Chen, Ernest Frieler, John Gabriele, Kan Lu, Abdel Kader Tahraoui and Bob Xiong*

Deborah Gross, Esq.
Susan Gross, Esq.
**LAW OFFICES OF BERNARD M. GROSS, P.C.**
1515 Locust Street
Philadelphia, PA 19102
(215) 561-3600
F (215) 561-3000

*Counsel for Plaintiff Alvin Chess*

Charles J Piven, Esq.
**LAW OFFICES OF CHARLES J. PIVEN**
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
(410) 332-0030

Marjorie A. McKeithen
**MCKEITHEN, MCKEITHEN & BOHMAN**
10771 Perkins Road
First Floor
Baton Rouge, LA 70810
(225) 766-6500

*Counsel for H. Martin Bohman*

William Lerach, Esq.
401 B Street
San Diego, CA 92101-3356
    -and-
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111
(619) 231-1058

2

F (619) 231-7423

*Counsel for Plaintiff Candy M. Sousa*

Nancy F. Gans, Esq.
**MOULTON & GANS, PC**
33 Broad Street
Suite 1100
Boston, MA 02109
(617) 369-7979
F (617) 369-7980

*Counsel for Plaintiffs Candy M. Sousa, Yosef Streicher*

Susan E. Stenger, Esq.
**PERKINS, SMITH & COHEN LLP**
One Beacon Street, 30th Floor
Boston, MA 02108
617-854-4228
F (617) 854-4040

*Counsel for Plaintiff Jack Schulman*

Darren Check, Esq.
**SCHIFFRIN & BARROWAY LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

Theodore M. Hess-Mahan, Esq.
Thomas G. Shapiro, Esq.
**SHAPIRO, HABER & URMY, LLLP**
75 State Street
Boston, MA 02109
(617) 439-3939
F (617) 439-0134

*Counsel for Plaintiffs Alvin Chess and Michael Vicker*

Jules Brody, Esq.
Aaron Brody, Esq.
Tzivia Brody, Esq.
**STULL STULL & BRODY**
6th East 45th Street
New York, NY  10017
(212) 687-7230

3

F (212) 490-2022

*Counsel for Plaintiff H. Martin Bohman*

Robert Harwood, Esq.
Jeffrey Norton, Esq.
**WECHSLER HARWOOD LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
(212) 935-7400
F (212) 753-3630

*Counsel for Plaintiff Jack Schulman*

Eduard Korsinsky, Esq.
**ZIMMERMAN LEVI & KORSINSKY LLP**
39 Broadway, Suite 1440
New York, NY 10016
212-363-7500
F 212-363-7171
*Counsel for Plaintiff Jimmy Suo*

4

**DEFENDANTS COUNSEL**

Robert A. Bulhman, Esq.
Eunice E. Lee, Esq.
Michael D. Blanchard, Esq.
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8717
F (617) 951-8736

*Counsel for Defendants Wave Systems Corporation, John E. Bagalay, Jr., Steven K. Sprague and Gerard T. Feeney*