UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON AND RANDY K. GRIFFIN, <br><br> Plaintiffs, <br><br> v. <br><br> WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, AND GERARD T. FEENEY <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 04-30022-MAP <br><br> **CLASS ACTION** |

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE THAT effective January 31, 2005, Schiffrin & Barroway, LLP will relocate it's office to 280 King of Prussia Road Radnor, PA 19087. The firm's telephone and facsimile numbers will remain the same.

Dated: January 18, 2005

Respectfully submitted,

SCHIFFRIN & BARROWAY, LLP

*/s/ Marc Willner*

Marc I. Willner
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

Case 3:04-cv-30022-MAP     Document 65     Filed 02/07/2005     Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Address Change has been served, via first class mail, this date, upon the following:

Robert A. Buhlman, Esq.
Eunice E. Lee, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02109

Jeffrey C. Block, Esq.
Michael T. Matraia, Esq.
Leslie R. Stern, Esq.
Berman DeValerio Pease Tabacco
 Burt & Pucillo
One Liberty Square
Boston, MA 02109

David Pastor, Esq.
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Harold B. Obstfeld, Esq.
Harold B. Obstfeld, P.C.
260 Madison Avenue, 19th Floor
New York, NY 10016

Charles J. Piven, Esq.
Law Offices of Charles J. Piven, P.,A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Jeffrey W. Lawrence, Esq.
Stanley S. Mallison, Esq.
Lerach Coughlin Stoia Geller
 Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238

Marjorie A. McKeithen, Esq.
McKeithen, McKeithen & Bohman
10771 Perkins Road, First Floor
Baton Rouge, LA 70810

Susan E. Stenger, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY 10022

Eduard Korsinskiy, Esq.
Zimmerman, Levi & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY 10006

Sandy Liebhard, Esq.
Joseph R. Seidman, Jr., Esq.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016

Jonathan M. Plasse, Esq.
Christopher J. Keller, Esq.
Goodkind Labaton Rudoff
 & Sucharow LLP
100 Park Avenue, 12th Floor
New York, NY 10017-5563

Deborah R. Gross, Esq.
Susan R. Gross, Esq.
Law Offices Bernard M. Gross, P.C.
1515 Locust Street, 2nd Floor
Philadelphia, PA 19102

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Lerach Coughlin Stoia Geller
 Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

William S. Lerach, Esq.
Darren J. Robbins, Esq.
Lerach Coughlin Stoia Geller
 Rudman & Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297

Nancy Freeman Gans, Esq.
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109

Thomas G. Shapiro, Esq.
Theodore M. Hess-Mahan, Esq.
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA 02109

Jules Brody, Esq.
Aaron L. Brody, Esq.
Tzivia Brody, Esq.
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY 10017

Dated: January 25, 2005