UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brumbaugh v. Wave Systems Corporation et al. | CIVIL ACTION NO.: 04-30022-MAP |

## NOTICE OF WITHDRAWAL

Attorney Peter A. Lagorio, formerly of Gilman and Pastor, LLP, hereby withdraws his appearance as counsel in the above-captioned case. Please note that other attorneys from Gilman and Pastor, LLP continue to maintain appearances in this case.

Respectfully submitted,

Dated: February 15, 2005

/s/ Peter A. Lagorio_____
Peter A. Lagorio (BBO#567379)
Law Office of Peter A. Lagorio
63 Atlantic Avenue
Boston, MA 02110
617-367-4200
617-227-3384 (Fax)
Email: plagorio@conversent.net

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2005 I served a copy of the above Notice of Withdrawal via first class mail upon the attorneys of record in the above-captioned case.

/s/ Peter A. Lagorio_____
Peter A. Lagorio