UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON AND RANDY K. GRIFFIN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:04-CV-30022 (MAP) |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiffs respectfully move this Court for leave to submit the accompanying 34 page Memorandum of Law in Opposition to Defendants' Motion to Dismiss the consolidated Amended Class action Complaint, in excess of the standing 20-page limit provided in Local Rule 7.1(B)(4).

As grounds for this Motion for Leave to Exceed Page Limit ("Motion"), Plaintiffs state as follows:

　　1.　　Plaintiffs need the additional pages to thoroughly address the issues raised by Defendants' 43-page memorandum in support of their motion to dismiss.

　　2.　　Defendants sought and obtained leave to exceed the page limit for their memorandum in support of their motion to dismiss, and Plaintiffs assented to that request.

　　3.　　Defendants assent to the relief sought by this Motion.

WHEREFORE, Plaintiffs respectfully request leave to submit a Memorandum of Law in Support of their Motion to Dismiss the Consolidated Amended Class Action Complaint in excess of the 20-page limit.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for Plaintiffs have conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues presented in this motion. Counsel for Defendants' assent to the relief sought by this motion.

Dated: March 4, 2005                        Respectfully submitted,

/s/David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: (781) 231-7850
Facsimile: (781) 231-7840

**Plaintiffs' Liaison Counsel**

Marc I. Willner
Karen E. Reilly
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**Plaintiffs' Lead Counsel**