## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALVIN CHESS, Individually and On Behalf of All Others Similarly Situated, | : | CIVIL ACTION NO. 04-30037 |
| Plaintiff, | : | |
| v. | : | CLASS ACTION COMPLAINT |
| WAVE SYSTEMS CORP., STEVEN K. SPRAGUE, JOHN E. BAGALAY, JR., PHD and GERARD T. FEENEY, | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE**, that the Law Offices Bernard M. Gross, P.C., moved to new offices located at Suite 450, John Wanamaker Building, Juniper and Market Streets, 100 Penn Square East, Philadelphia, Pennsylvania 19107. Our telephone and fax numbers will remain the same at 215-561-3600 and 215-561-3000, respectively.

> LAW OFFICES
> BERNARD M. GROSS, P.C.
> BY:
>   **/s/ Deborah R. Gross - DG639**
> DEBORAH R. GROSS (I.D. No. 44542)
> Validation Code: DG639
> Suite 450, John Wanamaker Bldg.
> Juniper and Market Streets
> 100 Penn Square East
> Philadelphia, PA 19107
> Telephone: 215-561-3600
> Fax: 215-561-3000
> Attorney for Plaintiff(s)