UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ANNE BRUMBAUGH, GARY L. HARMON )
and RANDY K. GRIFFIN, )
                          Plaintiffs, )
                           )
      v. )
                           )
WAVE SYSTEMS CORPORATION, JOHN E. )   CIVIL ACTION
BAGALAY, JR., STEVEN K. SPRAGUE and )   NO. 04-30022-MAP
GERARD T. FEENEY, )
                       Defendants. )
_____)

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

        GILMAN AND PASTOR, LLP
        60 State Street, 37th Floor
        Boston, MA 02109
        Telephone: (617) 742-9700
        Facsimile: (617) 742-9701

Dated: May 25, 2005                            Respectfully submitted,

                                                /s/ David Pastor_____
                                                David Pastor (BBO # 391000)
                                                GILMAN AND PASTOR, LLP
                                                60 State Street, 37th Floor
                                                Boston, MA 02109
                                                Telephone: (617) 742-9700
                                                Facsimile: (617) 742-9701

                                                Attorney for Plaintiffs

{00004863.DOC ; 1}