UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANNE BRUMBAUGH, ET AL.,        )
       Plaintiffs     )
                      )
       v.             ) CIVIL ACTION NO. 04-30022-MAP
                      )
WAVE SYSTEMS CORPORATION,      )
ET AL.,                        )
       Defendants     )

PRETRIAL SCHEDULING ORDER

March 1, 2006

PONSOR, D.J.

    Counsel for all parties appeared before this court for a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 on February 27, 2006. Based on counsel's representations, the court orders as follows:

    1. Plaintiffs will file their Motion for Class Certification on or before March 31, 2006. By the same date, Plaintiffs will file their responses to Defendants' Requests for Production.

    2. Defendants will file their opposition to Plaintiffs' Motion for Class Certification by April 30, 2006.

    3. Plaintiffs may reply to Defendants' opposition by May 15, 2006.

    4. Defendants' reposte will be filed, if necessary, by May 30, 2006.

    5. Counsel will appear again before this court on June 9, 2006 at 2:00 p.m. for hearing on the Motion for Class Certification. The court will make an effort to rule on the motion immediately and will, at that time, establish a schedule for completion of all discovery within twelve months.

6. If the court is unable to rule immediately on the motion, it will be taken under advisement and, upon ruling, a twelve-month schedule for completion of the remaining discovery will issue.

It is So Ordered.

                         /s/ Michael A. Ponsor
                         MICHAEL A. PONSOR
                         United States District Judge