## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ANNE BRUMBAUGH, GARY L. HARMON and RANDY K. GRIFFIN,** ) ) )<br>**Plaintiffs,** ) )<br>**v.** ) ) )<br>**WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,** ) ) ) )<br>**Defendants.** ) ) | **CIVIL ACTION NO. 04-30022-MAP** |

## NOTICE OF WITHDRAWAL OF
## EUNICE E. LEE AS COUNSEL FOR DEFENDANTS

Please take notice that Eunice E. Lee is hereby withdrawn as counsel of record for Defendants in the above captioned case. Robert A. Buhlman and Michael D. Blanchard of Bingham McCutchen continue in their capacity as counsel for Defendants.

Dated:  March 3, 2006
        Boston, Massachusetts

Respectfully submitted,

/s/ Michael D. Blanchard
Robert A. Buhlman, BBO #554393
Michael D. Blanchard, BBO#636860
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
michael.blanchard@bingham.com

(617) 951-8000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on March 3, 2006.


/s/ Michael D. Blanchard
Michael D. Blanchard