UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>WAVE SYSTEMS CORP., STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>  Defendants. | CIVIL ACTION NO.: 04-30022-MAP |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Todd Mosser of the law firm of Schiffrin & Barroway, LLP to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1.  Mr. Mosser has been a member in good standing of the bar of Pennsylvania since 2001.

2.  There are no disciplinary proceedings against Mr. Mosser as a member of the bar in any jurisdiction.

3.  Mr. Mosser has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Mosser has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Gilman and Pastor, LLP has conferred with counsel for the defendants who have indicated that the defendants assent to the relief sought by this Motion.

Dated: March 31, 2006                    Respectfully submitted,


                                         /s/ David Pastor
                                         David Pastor (BBO # 391000)
                                         GILMAN AND PASTOR, LLP
                                         60 State Street, 37th Floor
                                         Boston, MA 02109
                                         Tel: 617.742.9700

                                         *Plaintiff's Counsel*

## CERTIFICATION OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Todd Mosser, hereby certify that:

1. I was admitted to the bar of the State of Pennsylvania on October 29, 2001. I was admitted to the Eastern District of Pennsylvania on March 7, 2005.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

   Todd Mosser
   Schiffrin & Barroway, LLP
   280 King of Prussia Rd
   Radnor, PA 19087
   (610) 667-7706
   Fax: (610) 667-7056
   tmosser@sbclasslaw.com

Dated: 3/31/06

Todd Mosser