UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>WAVE SYSTEMS CORP., STEVEN SPRAGUE and GERARD T. FEENEY, )<br><br>Defendants. ) | CIVIL ACTION NO.: 04-30022-MAP |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Karen E. Reilly of the law firm of Schiffrin & Barroway, LLP to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Ms. Reilly has been a member in good standing of the bar of Connecticut since 1986, the bar of New York since 1987, the bar of Rhode Island since 1988, the bar of Pennsylvania since 2001, and the bar of New Jersey since 2001.

2. There are no disciplinary proceedings against Ms. Reilly as a member of the bar in any jurisdiction.

3. Ms. Reilly has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Ms. Reilly has submitted herewith her Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Gilman and Pastor, LLP has conferred with counsel for the defendants who have indicated that the defendants assent to the relief sought by this Motion.

Dated: March 31, 2006

Respectfully submitted,

/s/ David Pastor
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Tel: 617.742.9700

*Plaintiff's Counsel*

# CERTIFICATION OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Karen E. Reilly, hereby certify that:

1. I was admitted to the bar of the State of Connecticut in 1986, the State of New York in 1987, the State of Rhode Island in 1988, and the States of Pennsylvania and New Jersey in 2001. I was admitted to the United States District Court for the District of Connecticut in 1997, the United States District Courts for the Southern and the Eastern Districts of New York in 1988, and the United States District Courts for Eastern District of Pennsylvania and the District of New Jersey in 2001.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

   Karen E. Reilly
   Schiffrin & Barroway, LLP
   280 King of Prussia Rd
   Radnor, PA 19087
   (610) 667-7706
   Fax: (610) 667-7056
   kreilly@sbclasslaw.com

Dated: 3-31-2006

Karen E. Reilly