UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, ET AL.,<br><br>Defendants. | C.A. No. 04-30022-MAP |

## DECLARATION OF DAVID PASTOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, David Pastor, on oath, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts, and I represent the Plaintiffs in this action.

2. I submit this Declaration in support of Plaintiffs' Motion for Class Certification.

3. Annexed hereto as Exhibit A is a true and correct copy of the firm resume of Schiffrin & Barroway, LLP.

4. Annexed hereto as Exhibit B is a true and correct copy of the firm resume of Gilman and Pastor, LLP.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2006.

_____
DAVID PASTOR