UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON and RANDY K. GRIFFIN,<br><br>Plaintiffs,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-30022-MAP |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Sara A. Martin of the law firm of Bingham McCutchen, LLP, 150 Federal Street, Boston, MA 02110, as counsel for Defendants Wave Systems Corporation, Steven K. Sprague and Gerard T. Feeney.

                                                  Respectfully Submitted,

                                                  /s/ Sara A. Martin
                                                  Robert A. Buhlman, BBO # 554393
                                                  Michael D. Blanchard, BBO #636860
                                                  Sara A. Martin, BBO #645002
                                                  **BINGHAM McCUTCHEN LLP**
                                                  150 Federal Street
                                                  Boston, MA 02110
                                                  (617) 951-8000
                                                  sara.martin@bingham.com

Dated: April 25, 2006

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served electronically upon the attorney of record for each party on April 25, 2006

                                        /s/ Sara A. Martin
                                        Sara A. Martin