## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON and RANDY K. GRIFFIN,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>　　　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 04-30022-MAP |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Robert B. Baker of the law firm of Bingham McCutchen, LLP, 150 Federal Street, Boston, MA 02110, as counsel for Defendants Wave Systems Corporation, Steven K. Sprague and Gerard T. Feeney.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ Robert B. Baker
　　　　　　　　　　　　　　　　　　Robert A. Buhlman, BBO # 554393
　　　　　　　　　　　　　　　　　　Michael D. Blanchard, BBO #636860
　　　　　　　　　　　　　　　　　　Sara A. Martin, BBO #645002
　　　　　　　　　　　　　　　　　Robert B. Baker, BBO #654023
　　　　　　　　　　　　　　　　　**BINGHAM McCUTCHEN LLP**
　　　　　　　　　　　　　　　　　150 Federal Street
　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　(617) 951-8000
　　　　　　　　　　　　　　　　　robert.baker@bingham.com

Dated: June 2, 2006

- 2 -

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above document was served electronically upon the attorney of record for each party on June 2, 2006

            /s/ Robert B. Baker
            Robert B. Baker