# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON and RANDY K. GRIFFIN, <br>                     Plaintiffs, <br>     v. <br><br> WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY, <br>                     Defendants. | CIVIL ACTION <br> NO. 04-30022-MAP |

## DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Wave Systems Corporation, Steven K. Sprague and Gerard T. Feeney ("Defendants") with the assent of Plaintiffs, respectfully move this Court for leave to submit a Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification ("Memorandum of Law") not to exceed 40 pages, which is in excess of the standing 20-page limit provided in Local Rule 7.1(B)(4).

As grounds for this Motion for Leave to Exceed Page Limit ("Motion"), Defendants state the following:

1. Additional pages are needed to address the adequacy and typicality of all three Lead Plaintiffs.

2. Plaintiffs assent to the relief sought by this Motion.

3. Defendants will not object to a similar request by Plaintiffs to exceed the 20-page limit allowed for Plaintiffs' Reply to Defendants' Memorandum of Law.

LITDOCS/642657.1

- 2 -

WHEREFORE, Defendants respectfully request leave to submit a Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification in excess of the 20-page limit.

Respectfully submitted,

**WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY,**

By their attorneys,

/s/ Michael D. Blanchard
Robert A. Buhlman, BBO #554393
Michael D. Blanchard, BBO #636860
Sara A. Martin, BBO #645002
Robert B. Baker, BBO #654023
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: June 2, 2006

## RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this motion. Counsel for Plaintiffs does not oppose the relief sought by this motion.

/s/ Michael D. Blanchard
Michael D. Blanchard

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on June 2, 2006.

/s/ Michael D. Blanchard
Michael D. Blanchard