UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON and RANDY K. GRIFFIN,<br><br>      Plaintiffs,<br><br>  v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>      Defendants. | CIVIL ACTION<br>NO. 04-30022-MAP |

APPENDIX OF EXHIBITS CITED IN
DEFENDANTS' MEMORANDUM OF LAW IN
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

        WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY,

        By their attorneys

        /s/ Michael D. Blanchard
        Robert A. Buhlman, BBO #554393
        Michael D. Blanchard, BBO #636860
        Sara A. Martin, BBO #645002
        Robert B. Baker, BBO #654023
        BINGHAM MCCUTCHEN LLP
        150 Federal Street
        Boston, MA  02110-1726
        (617) 951-8000

        June 6, 2006

| Document | Exhibit |
|---|---|
| July 31, 2003 Wave Systems Corporation Press Release | 1 |
| August 4, 2003 Wave Systems Corporation Press Release | 2 |
| August 5, 2003 *New York Times* Article | 3 |
| August 11, 2003 Wave Systems Corporation Form S-3/A | 4 |
| May 5, 2006 Anne Brumbaugh Deposition Testimony Transcript | 5 |
| August 14, 2003 Wave Systems Corporation Investor Conference Call Transcript | 6 |
| May 9, 2006 Randy Griffin Deposition Testimony Transcript | 7 |
| May 26, 2006 Gary Harmon Deposition Testimony Transcript | 8 |
| August 20, 2003 Wave Systems Corporation Form S-3 | 9 |
| August 22, 2003 Wave Systems Corporation Form 424(B)(1) | 10 |

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on June 6, 2006.

                                    /s/ Michael D. Blanchard
                                    Michael D. Blanchard