Wave Systems Corporation



# Wave Systems Makes Enterprise Applications More Secure Than Ever

### *IBM's Independent Software Vendor (ISV) Program Helps Wave Systems Create More Secure Applications for the Enterprise User*

**Lee, MA - Aug. 4, 2003** – Wave Systems Corp. (NASDAQ: WAVX – www.wave.com) today announced that the new Document Manager Vault and SmartSignature security software applications in Wave's EMBASSY® Trust Suite client software family work with the IBM (NYSE:IBM) Embedded Security Subsystem, a hardware and software-based security solution available on select ThinkPad notebooks and ThinkCentre desktops, to create more secure applications for the business user.

The compatibility of Wave's security software applications with IBM's hardware and software security solution is a result of Wave's successful participation in IBM's Independent Software Vendor program. This partnership is another example of IBM's commitment to help independent software vendors use IBM's hardware and software-based security system to make computing as secure as possible for the end-user.

"The early stages of any emerging market are critical. IBM has clearly established their leadership in trusted computing with their family of Embedded Security System personal computers," said Lark Allen, executive vice president, Wave Systems. "Wave's partnership with IBM will significantly help us in our objective to deliver open and interoperable solutions to business customers as trusted computing continues to evolve." Leveraging the IBM security chip for personal computers, the Wave EMBASSY Trust Suite Client Business Edition includes the first of many new applications aimed at business users: Wave's Document Manager Vault and SmartSignature. Wave's EMBASSY Trust Suite represents one of the first portfolios of user software applications, administrative tools, and trust-based systems developed specifically around the new Trusted Computing Group (TCG) specification.

**Wave's Document Manager Vault** application offers a user-controlled vault for storage of private data, such as encrypted files and folders on personal computers. Document Manager Vault offers the choice of a simple drag-and-drop mechanism, as well as a set of integrated plug-ins for popular office tools to encrypt and decrypt any type of file on a local PC. By using IBM's Embedded Security Subsystem in conjunction with Document Manager Vault, sensitive data is protected even if the PC is lost or stolen.

**SmartSignature** is the digital signing portion of Wave's eSign Transaction Management Suite - a complete document signing and management solution, which complies with ESIGN, HIPAA and UETA legislation that sets standards for electronic legal contracts. SmartSignature uses the IBM Embedded Security Subsystem to protect the user's identity credentials and provide trusted document signing capabilities.

For instance, a human resources department can create and distribute e-forms (i.e. beneficiary change forms for group life insurance), which can then be digitally signed by employees, automatically forwarded for additional approvals or processing, and then archived in a secure back-end vault. Also, if the employee's PC is lost or stolen, the information is still encrypted and protected on the hard disk.

**Industry Leadership and Expertise**
IBM is a founding member of the Trusted Computing Group, which is committed to industry-wide security initiatives that create additional privacy, trust and confidence in computing. IBM was the first in the industry to ship PCs compliant with TCG's standards-based security architecture. Since

IBM began shipping personal computers equipped with embedded security almost four years ago, IBM has received numerous patents for security technologies, listened to thousands of customers and been involved in the creation of industry standards organizations for security. IBM has determined that the network infrastructure is at risk if end-user PCs are not protected. The PC is the first point of entry to the network infrastructure. If those machines are not secure, the network is easily accessible and data and intellectual capital is at risk.

The IBM Embedded Security Subsystem is an example of IBM's ThinkVantage Technologies, a set of tools designed to help customers reduce their IT costs. ThinkVantage Technologies help customers manage their networks, secure their information assets, and simplify wireless deployment.

More information on Wave Systems' suite of EMBASSY services is available at www.wave.com.

**About Wave Systems**
Consumers and businesses are demanding a computing environment that is more trusted, private, safe and secure. Wave is the leader in delivering trusted computing applications and services with advanced products, infrastructure and solutions across multiple trusted platforms from a variety of vendors. Wave holds a portfolio of significant fundamental patents in security and e-commerce applications and employs some of the world's leading security systems architects and engineers. For more information about Wave, visit http://www.wave.com.

**Safe Harbor for Forward Looking Statements**
Except for the statements of historical fact, the information presented herein constitutes forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Such forward-looking statements involve known and unknown risks, uncertainties and other factors which may cause the actual results, performance or achievements of the company to be materially different from any future results, performance or achievements expressed or implied by such forward-looking statements. . Such factors include general economic and business conditions, the ability to fund operations, the ability to forge partnerships required for deployment, changes in consumer and corporate buying habits, chip development and production, the rapid pace of change in the technology industry and other factors over which Wave Systems Corp. has little or no control. Wave Systems assumes no obligation to publicly update or revise any forward-looking statements.

*All brands are the property of their respective owners*

For more information please contact:

| **Wave Media Contact:** | **Wave Investor Relations Contact** |
|---|---|
| John Callahan | David Collins, Richard Land |
| Wave Systems Corp. | Jaffoni & Collins |
| 413-243-7029 | 212-835-8500 |
| jcallahan@wavesys.com | wavx@jcir.com |

Stay up-to-date on news relating to Wave. Join our email list by putting your email address in the space below.

**Close this window**