UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON and RANDY K. GRIFFIN,<br><br>      Plaintiffs,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>      Defendants. | CIVIL ACTION<br>NO. 04-30022-MAP |

**COMPENDIUM OF UNREPORTED AUTHORITIES
CITED IN DEFENDANTS' MEMORANDUM OF LAW IN
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

             WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY,

             By their attorneys

             /s/ Michael D. Blanchard
             Robert A. Buhlman, BBO #554393
             Michael D. Blanchard, BBO #636860
             Sara A. Martin, BBO #645002
             Robert B. Baker, BBO #654023
             BINGHAM MCCUTCHEN LLP
             150 Federal Street
             Boston, MA  02110-1726
             (617) 951-8000

             June 6, 2006

LITDOCS/642937.1

**Case**                                                                                                                                                    **Tab**

In re Bally Total Fitness Sec. Litig., No. 04C3530, 2005 WL 627960
(N.D. Ill. Mar. 15, 2005)......................................................................................................1

In re Carbon Black Antitrust Litig., *No. Civ. A. 03-10191-DPW*,
2005 WL 102966 (D. Mass. Jan. 18, 2005) ......................................................................2

In re Credit Suisse First Boston Corp. Analyst Reports Sec. Litig., No. Civ.A.02
12056-GAO, 2005 WL 852455 (D. Mass. Mar. 31, 2005)..................................................3

Davidco Investors, LLC v. Anchor Glass Container Corp., No. 8:04 CV
2561T24EAJ, 2006 WL 547989 (M.D. Fla. Mar. 6, 2006) ..................................................4

Grandon v. Merrill Lynch & Co., No. 95 Civ. 10742 (SWK),
2003 WL 22118979 (S.D.N.Y. Sept. 11, 2003)...................................................................5

In re Merrill Lynch Tyco Research Sec. Litig., 03 CV 4080 2004 U.S. Dist.
LEXIS 2247 (S.D.N.Y. Feb. 18, 2004).................................................................................6

Solomon v. Peat, Marwick, Main & Co., No. 91-55453, 1992 WL 231098
(9th Cir. Sept. 21, 1992).......................................................................................................7

In re Teco Energy, Inc. Sec. Litig., 2006 WL 845161
(M.D. Fla. Mar. 30 2006).....................................................................................................8

In re Tellium Inc. Sec Litig., No. Civ. A. 02CV5878FLW,
2005 WL 2090254 (D.N.J. Aug. 26, 20-05) ........................................................................9

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on June 6, 2006.

                                    /s/ Michael D. Blanchard
                                    Michael D. Blanchard

LITDOCS/642937.1