UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON and RANDY K. GRIFFIN,<br><br>         Plaintiffs,<br><br>  v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY,<br>         Defendants. | CIVIL ACTION<br>NO. 04-30022-MAP |

## CERTIFICATE OF SERVICE

  I hereby certify that true copies of the following document were electronically served upon the attorney of record for each party on June 6, 2006:

1) Affidavit of Christopher M. James; and
2) Exhibits to the Affidavit of Christopher M. James.

        /s/ Michael D. Blanchard
        BINGHAM MCCUTCHEN LLP
        150 Federal Street
        Boston, MA  02110-1726
        (617) 951-8000

        **COUNSEL FOR DEFENDANTS' WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY**