UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON AND RANDY K. GRIFFIN, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE, and GERARD T. FEENEY,<br><br>     Defendants. | Civil Action No. 3:04-CV-30022 (MAP) |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE REPLY
IN SUPPORT OF CLASS CERTIFICATION**

Plaintiffs, by and through their undersigned counsel of record, respectfully move this Court for an extension of time THROUGH AND INCLUDING June 26, 2006 in which to file their reply in support of their motion to for class certification.

In support of this Motion, the Plaintiffs would respectfully show the following:

1. The current schedule provides that the plaintiffs file their reply in support of class certification on or before June 22, 2006.

2. Plaintiffs' counsel are requesting this short extension of two business days due to a scheduling conflict involving family matters affecting the attorney primarily responsible for preparing the Plaintiffs' class certification reply papers.

3. Plaintiffs, therefore, submit that good cause exists for the granting of the requested extension.

4.      The requested extension does not affect any other scheduled dates in this action, including the hearing on Plaintiffs' motion for class certification, which is set for July 10, 2006.

WHEREFORE, the Plaintiffs respectfully request that they be granted an extension to file their reply in support of their motion for class certification through June 26, 2006.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certifies that they have conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues raised by this Motion and that Defendants' counsel indicated that they would assent to this Motion.

Respectfully submitted,

/s/ David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617 742-9700
Facsimile: (617) 742-9701

**Plaintiffs' Liaison Counsel**

Marc I. Willner
Karen E. Reilly
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**Plaintiffs' Lead Counsel**