UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON and RANDY K. GRIFFIN,<br><br>                    Plaintiffs,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 04-30022-MAP |

**NOTICE OF WITHDRAWAL OF
SARA A. MARTIN AS COUNSEL FOR DEFENDANTS**

Please take notice that Sara A. Martin is hereby withdrawn as counsel of record for Defendants in the above captioned case. Robert A. Buhlman, Michael D. Blanchard and Robert B. Baker of Bingham McCutchen continue in their capacity as counsel for Defendants.

Dated: June 23, 2006
      Boston, Massachusetts

Respectfully submitted,

/s/ Sara A. Martin
Robert A. Buhlman, BBO #554393
Michael D. Blanchard, BBO#636860
Sara A. Martin, BBO#645002
Robert B. Baker, BBO#654023
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

(617) 951-8000

LITDOCS/644903.1

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on June 23, 2006.

                                     /s/ Sara A. Martin
                                     Sara A. Martin