**BINGHAM McCUTCHEN**

Michael D. Blanchard
Direct Phone: (860) 240-2945
Direct Fax:     (860) 240-2800
michael.blanchard@bingham.com

July 10, 2006

**VIA FACSIMILE**

Elizabeth French, Ctrm. Clerk for
The Honorable Michael A. Ponsor
United States District Court
District of Massachusetts
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

Bingham McCutchen LLP

One State Street

Hartford, CT

06103-3178

860.240.2700

860.240.2800 fax

bingham.com

Boston

Hartford

London

Los Angeles

New York

Orange County

San Francisco

Silicon Valley

Tokyo

Walnut Creek

Washington

**Re:**     ***Brumbaugh, et al. v. Wave Systems, Corp., et al.***
            **Civ. No.:  04-30022-MAP (D. Mass.)**

Dear Ms. French:

Following up on our discussion this morning, this letter serves as written confirmation that the parties in the above-referenced matter have recently reached a settlement in principle of all claims in the litigation. Accordingly, the class certification hearing scheduled for today has become unnecessary and, per our conversation, we understand that the hearing will be cancelled.

The parties will file necessary papers to seek Court approval of the settlement as required in the near future.

If you have any questions, please do not hesitate to cal (860) 240-2945.  Thank you.

Karen E. Reilly, Esq.
Schiffrin & Barroway
280 King Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax: (610) 667-7056
Counsel for Plaintiffs

Michael D. Blanchard, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110
Tel: (617) 951-8717
Fax: (617) 951-8736
Counsel for Defendants

CTDOCS/1665514.1