UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON )<br>and RANDY K. GRIFFIN, )<br>  Plaintiffs, )<br> )<br>  v. )<br> )<br>WAVE SYSTEMS CORPORATION, JOHN E. )<br>BAGALAY, JR., STEVEN K. SPRAGUE and )<br>GERARD T. FEENEY, )<br>  Defendants. )<br> ) | CIVIL ACTION<br>NO. 04-30022-MAP |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 225 Franklin Street, 16th Floor
> Boston, MA 02110
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: July 28, 2006                            Respectfully submitted,

/s/ David Pastor_____
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
225 Franklin Street, 16th Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

Attorney for Plaintiffs

{00004863.DOC ; 2}