IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

---

| | |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON and RANDY K. GRIFFIN, on behalf of themselves and all others similarly situated, <br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY | 3:04cv30022 |

---

### NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed Affidavit in support of this motion and the Certificates of Good Standing annexed thereto, we will move this court before the Honorable Michael A. Ponsor at the United States Courthouse for the District of Massaschusetts, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of New Massachusetts, for an order allowing the admission of Kay E. Sickles (hereafter "the Attorney") associated with the law firm of Schiffrin & Barroway, LLP, as attorney to the bar of this Court *pro hac vice* to argue or try this case in whole or in part as counsel.  The Attorney is a member in good standing of the Bar of the Supreme Court of Pennsylvania and the Supreme Court of New Jersey.  There are no pending disciplinary proceedings against the Attorney in any state or federal court.

Dated: Sept 8, 2006

Respectfully submitted,

GILMAN AND PASTOR, LLP

By: _David Pastor_
David Pastor BBO#391000
225 Franklin Street, 16th Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile:  (617) 742-9701

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 8, 2006.

*[signature: Rhonda Kimbunu]*