IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

|  |  |
|---|---|
| ANNE BRUMBAUGH, GARY L. HARMON and RANDY K. GRIFFIN, on behalf of themselves and all others similarly situated,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION, STEVEN K. SPRAGUE and GERARD T. FEENEY | 3:04cv30022 |

AFFIDAVIT OF KAY E. SICKLES
IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

COMMONWEALTH OF PENNSYLVANIA    )
                                )  ss.
COUNTY OF DELAWARE              )

Kay E. Sickles, being duly sworn, deposes and says as follows:

1. I am an associate with the law firm of Schiffrin & Barroway, LLP, 280 King of Prussia Road, Radnor, PA 19087.

2. I make this Affidavit in support of the motion for my admission *pro hac vice* to appear as counsel for lead plaintiff in this action.

3. I am a member in good standing of the Bar of the Supreme Court of Pennsylvania and the Bar of the Supreme Court of New Jersey.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case.

I hereby swear under penalty of perjury that the foregoing is true and correct.

Sworn to an subscribed before me
This 7th day of September, 2006.

_____
Notary Public

*Kay E. Sickles*
Kay E. Sickles

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Cynthia A. Teer, Notary Public
West Whiteland Twp., Chester County
My Commission Expires Mar. 2, 2009

Member, Pennsylvania Association of Notaries

2