# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE BRAUMBAUGH, ET AL. )<br>)<br>*Plaintiff* )<br>)<br>V. )<br>)<br>)<br>)<br>)<br>WAVE SYSTEMS, CORP., ET AL. )<br>)<br>*Defendant* )<br>) | Case No:   3:04-CV-30022-MAP |

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties on 7/10/06 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED September 13, 2006

                                                                      **SARAH A. THORNTON**
                                                                      CLERK

                                                                      BY: /s/ *Maurice G. Lindsay*
                                                                      Maurice G. Lindsay
                                                                       Deputy Clerk