# Exhibit
# 1

Dec. 12, 2006

*THE GARDEN CITY GROUP, INC.*
*DEC 20 2006*

Sirs:

This letter is to notify you that I want to be excluded from Wave Systems Corp. Securities Litigation Settlement.

Thank you.

Ralph V. Bistline

NAME: RALph V. BistLiNE
Address: 2108 N. 102nd St., OMAHA, NE 68134-5524
PhONE: (402) 932-5983

Bought 200 shares of WAVX common stock on
08/11/2003 At A price of $3.31 per share for A
TotAl cost of $681.95. The shares were
purchased iN My Roth IRA Account. I still
have those shares iN My Roth (Not sold). There
were NO WAVX sales during the class period.
Signed: Ralph V. Bistline

Ralph V. Bistline
2108 N 102nd St
Omaha, NE 68134



OMAHA NE 681

12 DEC 2006  PM 3 T

WAVE SYSTEMS CORP. Securities Litigation Settlement Exclusions
             C/O The Garden City Group, Inc.
             Claims Administrator
             P.O. Box 9000 #6472
             Merrick, NY 11566-9000

                11566+9000

Dec. 14, 2006

WAVE Systems Corp. Securities Litigation Settlement Exclusions
    c/o The Garden City Group, Inc.
        Claims Administrator
        P.O. Box 9000 #6472
        Merrick, New York 11566-9000



To Whom It May Concern:
        I wish to exclude myself from Wave System Corp.
Securities Litigation Settlement (Civil Action No 04-30022-MAP).
        Since I purchased my shares well before July 31, 2003,
This is not Relevant to me.


    Sincerely,

    Harvey G. Papagan

Harvey G. Papagan
711 Worthington Circle
Fort Valley, Georgia 31030

H. PARAGAN
711 Worthington Circle
Fort Valley. Georgia 31030



MACON GA 312

16 DEC 2006 PM 2 T

Wave Systems Corp. Securities Litigation Settlement Exclusions
c/o The Garden City Group, Inc.
Claims Administrator
P.O. Box 9000 # 6412
Merrick, New York 11566-9000

11566+9000    8050    [barcode]