# Exhibit 1

Dec. 12, 2006

[Stamp: THE GARDEN CITY GROUP, INC. DEC 20 2006]

Sirs:

This letter is to notify you that I want to be excluded from Wave Systems Corp. Securities Litigation Settlement.

Thank you.

Ralph V. Bistline

NAME: RALph V. BistLiNE
Address: 2108 N. 102nd St., Omaha, NE 68134-5524
Phone: (402) 932-5983

Bought 200 shares of WAVX common stock on 08/11/2003 at a price of $3.31 per share for a total cost of $681.95. The shares were purchased in my Roth IRA account. I still have those shares in my Roth (not sold). There were no WAVX sales during the class period.
Signed: Ralph V. Bistline


Ralph V. Bistline
2108 N 102nd St
Omaha, NE 68134


OMAHA NE 681
12 DEC 2006 PM

WAVE Systems Corp. Securities Litigation Settlement Exclusions
c/o The Garden City Group, Inc.
Claims Administrator
P.O. Box 9000 #6472
Merrick, NY 11566-9000

Dec. 14, 2006

Wave Systems Corp Securities Litigation Settlement Exclusions
c/o The Garden City Group, Inc.
   Claims Administrator
   P.O. Box 9000 #6472
   Merrick, New York 11566-9000


THE GARDEN CITY GROUP, INC.
DEC 20 2006

To Whom It May Concern:

   I wish to exclude myself from Wave System Corp. Securities Litigation Settlement (Civil Action No 04-30022-MAP).
   Since I purchased my shares well before July 31, 2003, this is not relevant to me.

Sincerely,

Harvey G. Papagan

Harvey G. Papagan
711 Worthington Circle
Fort Valley, Georgia 31030

H. PAPAGAN
711 Worthington Circle
Fort Valley, Georgia 31030

MACON GA 312
16 DEC 2006 PM 2 T

HAPPY HOLIDAYS

Wave Systems Corp. Securities Litigation Settlement Exclusions
c/o The Garden City Group, Inc.
Claims Administrator
P.O. Box 9000 #6412
Merrick, New York 11566-9000

11566+9000  6050

**Other Documents**
3:04-cv-30022-MAP Brumbaugh v. Wave Systems Corporation et al **CASE CLOSED on 09/13/2006**

United States District Court

**District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from Pastor, David entered on 1/3/2007 at 2:46 PM EST and filed on 1/3/2007
**Case Name:** Brumbaugh v. Wave Systems Corporation et al
**Case Number:** 3:04-cv-30022
**Filer:** Anne Braumbaugh
**WARNING: CASE CLOSED on 09/13/2006**
**Document Number:** 126

**Docket Text:**
Proposed Document(s) submitted by Anne Braumbaugh. Document received: Order and Final Judgment. (Pastor, David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/3/2007] [FileNumber=1708159-0]
[9c9723c509ffb56e6cf2b3ea535ed1d444af593b7e7d5894595ffccf383b4bffaf7a
5425bcf62ea222c8cc7864b8a76f026ed1daae543388fdf618d3a2b8aa68]]

**3:04-cv-30022 Notice will be electronically mailed to:**

Robert B. Baker    robert.baker@bingham.com

Stuart L. Berman    ecf_filings@sbclasslaw.com

Michael D. Blanchard    michael.blanchard@bingham.com

Jeffrey C Block    jblock@bermanesq.com, smelloul@bermanesq.com

Robert A. Buhlman    robert.buhlman@bingham.com

Darren Check    ecf_filings@sbclasslaw.com

Nancy F. Gans    nfgans@gmail.com

John C. Martland    jcmartland@gilmanpastor.com, rdambrosio@gilmanpastor.com

David Pastor     dpastor@gilmanpastor.com, rdambrosio@gilmanpastor.com

Karen E. Reilly     kreilly@sbclasslaw.com

Kay E Sickles     ksickles@sbclasslaw.com

Raquel J. Webster     raquel.webster@bingham.com

**3:04-cv-30022 Notice will not be electronically mailed to:**

Todd M. Mosser
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Marc I. Willner
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Jean Marc Zimmerman
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul St.
Westfield, NJ 07090