# EXHIBIT C

# INVOICE



The Garden City Group, Inc.

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/24/2007 | 04013 |
| PERIOD START | THROUGH DATE |
| 09/01/2006 | 12/31/2006 |

Kay E. Sickles, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

| Project Name: Wave Systems Corp. Securities Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| Printing of 8 pg. Notice, 4 pg. Proof of Claim form & Reminder Checklist | 50,000 | $0.95 | $47,500.00 |
| Summary Notice Publication *Investor's Business Daily* | | | $1,959.60 |
| **Data Enter Names & Addresses** | 881 | $0.55 | $484.55 |
| **Imaging, Document Management & Storage** Sort Mail | 1,462 | $0.45 | $657.90 |
| Prep Mail | 9.6 Hrs. | | $528.00 |
| Scan Mail (per img.) | 2,731 | $0.12 | $327.72 |
| Document Storage - Electronic (per img./record per month) | 33,043 | $0.008 | $264.34 |
| Document Storage - Paper (per box/per month) | 5 | $1.50 | $7.50 |
| Process undeliverables | 1,087 | $0.25 | $271.75 |
| **Claim Validation** Process Claims/deficiency responses | 608 | $6.95 | $4,225.60 |
| Additional charge for institutional Claims (per transaction) | 26,024 | $0.07 | $1,821.68 |
| **Contact Services** Standard setup and design of call center | | | $2,500.00 |

# INVOICE



The Garden City Group, Inc.

| Project Name: Wave Systems Corp. Securities Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| | | | |
| IVR (per minute) | 221.85 | $0.49 | $108.71 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 371.08 | $0.95 | $352.52 |
| Monthly maintenance of call center | 2 | $100.00 | $200.00 |
| Management of call center | 1.0 Hrs. | | $150.00 |
| Handling of class member communications ($2,363.5 before 10% discount) | 38.4 Hrs. | | $2,127.15 |
| **Project Management** ($10,359.00 before 10% discount) | 76.6 Hrs. | | $9,323.10 |
| **Systems Support** ($7,596.00 before 10% discount) | 63.5 Hrs. | | $6,836.40 |
| **Quality Assurance** ($1,371.00 before 10% discount) | 13.1 Hrs. | | $1,233.90 |
| **Total fees** | | | **$80,880.42** |
| **Total Project Expenses (See Exhibit A)** | | | **$ 17,851.72** |
| **Grand total** | | | **$ 98,732.14** |

**Project Payment History**

| Date | Amount | Total Paid |
|---|---|---|
| 1/24/07 | $98,732.14 | $00.00 |



The Garden City Group, Inc.

# EXHIBIT A

| Project Name: Wave Systems Corp. Securities Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: September 01, 2006 through December 31, 2006 | |
| Broker Fees | $ 4,381.59 |
| Copy Charges | $ 19.00 |
| FedEx, Messenger & Shipping | $ 623.40 |
| P. O. Box Rental / Renewal | $ 800.00 |
| Postage | $ 11,960.93 |
| Stationery & Supplies | $ 59.82 |
| Telephone Line Charges | $ 6.98 |
| **Total** | **$ 17,851.72** |

**Please Remit To :**

The Garden City Group, Inc.
105 Maxess Road                    -Or-
Melville, NY 11747 - 3836

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1500237410
Tax ID # - 11-3235454

# INVOICE

GCG

The Garden City Group, Inc.

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 06/20/2007 | 04440 |
| PERIOD START | THROUGH DATE |
| 01/01/2007 | 04/30/2007 |

Kay E. Sickles, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

| Project Name: Wave Systems Corp. Securities Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 1,361 | $0.45 | $612.45 |
| Prep Mail | 18.3 Hrs. | | $1,006.50 |
| Scan Mail (per img.) | 9,335 | $0.12 | $1,120.20 |
| Document Storage - Electronic (per img./record per month) | 108,096 | $0.008 | $864.77 |
| Document Storage - Paper (per box/per month) | 49 | $1.50 | $73.50 |
| Process undeliverables | 213 | $0.25 | $53.25 |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 1,089 | $6.95 | $7,568.55 |
| Additional charge for institutional Claims (per transaction) | 7,503 | $0.07 | $525.21 |
| Print standard acknowledgement postcards | 1,424 | $0.10 | $142.40 |
| Additional processing for non-conforming claims | 5.4 Hrs. | | $378.00 |
| **Contact Services** | | | |
| IVR (per minute) | 437.40 | $0.49 | $214.33 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 1,061.73 | $0.95 | $1,008.64 |
| Monthly maintenance of call center | 4 | $100.00 | $400.00 |

# INVOICE



The Garden City Group, Inc.

| Project Name: Wave Systems Corp. Securities Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| Handling of class member communications | 26.7  Hrs. | | $1,924.50 |
| **Distribution Services**<br>Prepare & file annual tax return | 1 | $2,500.00 | $2,500.00 |
| **Project Management** | 22.5  Hrs. | | $3,313.00 |
| **Systems Support** | 15.7  Hrs. | | $1,867.50 |
| **Quality Assurance** | 33.5  Hrs. | | $3,378.50 |
| **Total fees** | | | **$26,951.30** |
| **Total Project Expenses (See Exhibit A)** | | | **$ 5,456.16** |
| **Sub total** | | | **$ 32,407.46** |
| Outstanding Balance Prior Invoice 04013 | | | $ 23,732.14 |
| **Grand total** | | | **$ 56,139.60** |

Project Payment History

| Date | Amount | Total Paid | Balance |
|---|---|---|---|
| 1/24/07 | $98,732.14 | $75,000.00 | $23,732.14 |
| 6/19/07 | $32,407.46 | $0.00 | $56,139.60 |



## EXHIBIT A

The Garden City Group, Inc.

| Project Name: Wave Systems Corp. Securities Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: January 01, 2007 through April 30, 2007 | |
| Broker Fees | $ 3,167.63 |
| FedEx, Messenger & Shipping | $ 862.64 |
| Postage | $ 623.50 |
| Call Center Programming Charges | $ 593.75 |
| Stationery & Supplies | $ 59.82 |
| Tax Consulting | $ 150.00 |
| Telephone Line Charges | -$ 1.18 |
| **Total** | **$ 5,456.16** |

**Please Remit To :**

The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747 - 3836

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1500237410
Tax ID # - 11-3235454

# INVOICE



The Garden City Group, Inc.

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/21/2007 | 05035 |
| PERIOD START | THROUGH DATE |
| 05/01/2007 | 11/30/2007 |

Kay E. Sickles, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor PA 19087

| Project Name: Wave Systems Corp. Securities Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Data Enter Names & Addresses** | 7 | $0.55 | $3.85 |
| **Imaging, Document Management & Storage** Sort Mail | 218 | $0.45 | $98.10 |
| Prep Mail | 6.2 Hrs. | | $341.00 |
| Scan Mail (per img.) | 1,473 | $0.12 | $176.76 |
| Document Storage - Electronic (per img./record per month) | 215,321 | $0.008 | $1,722.57 |
| Document Storage - Paper (per box/per month) | 124 | $1.50 | $186.00 |
| Process undeliverables | 3 | $0.25 | $0.75 |
| **Claim Validation** Process Claims/deficiency responses | 183 | $6.95 | $1,271.85 |
| Additional charge for institutional Claims (per transaction) | 23,216 | $0.07 | $1,625.12 |
| Print standard acknowledgement postcards | 31 | $0.10 | $3.10 |
| Deficiency/rejection Claim notification | 716 | $1.50 | $1,074.00 |
| Additional processing for non-conforming claims | 0.7 Hrs. | | $69.00 |



The Garden City Group, Inc.

# INVOICE

| Project Name: Wave Systems Corp. Securities Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees Continued** | | | |
| **Contact Services** | | | |
| IVR (per minute) | 520.10 | $0.49 | $254.85 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 1,542.50 | $0.95 | $1,465.38 |
| Monthly maintenance of call center | 7 | $100.00 | $700.00 |
| Management of call center | 2.5 Hrs. | | $337.50 |
| Handling of class member communications | 18.8 Hrs. | | $1,359.00 |
| **Project Management** | 22.7 Hrs. | | $3,397.50 |
| **Systems Support** | 8.65 Hrs. | | $1,369.25 |
| **Quality Assurance** | 16.6 Hrs. | | $2,507.50 |
| **Total fees** | | | **$17,963.08** |
| **Project Expense Total (See Exhibit A)** | | | **$1,144.68** |
| **Sub total** | | | **$19,107.76** |
| **Estimate for Initial Distribution (See Exhibit B)** | | | **$19,772.04** |
| **Total Due** | | | **$38,879.80** |
| Outstanding Balance Prior Invoice No. 04440 & #04013 | | | $56,139.60 |
| **Grand Total Due** | | | **$95,019.40** |

Project Payment History

| Date | Amount | Total Paid | Balance |
|---|---|---|---|
| 1/24/07 | $98,732.14 | $75,000.00 | $23,732.14 |
| 6/19/07 | $32,407.46 | $0.00 | $56,139.60 |
| 12/17/07 | $19,107.76 | $0.00 | $75,247.36 |
| 12/17/07 ETC | $19,772.04 | $0.00 | $95,019.40 |



The Garden City Group, Inc.

# EXHIBIT A

| Project Name: Wave Systems Corp. Securities Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period May 01, 2007 to November 30, 2007 | |
| Address Search | $172.50 |
| Broker Fees | $121.71 |
| FedEx, Messenger & Shipping | $1.29 |
| P. O. Box Rental / Renewal | $525.00 |
| Postage | $241.27 |
| Tax Consulting | $75.00 |
| Telephone Line Charges | $7.91 |
| **Total** | **$1,144.68** |

**Please Remit To :**

The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747 - 3836

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1500237410
Tax ID # - 11-3235454



The Garden City Group, inc.

# EXHIBIT B

THE WAVE SYSTEMS CORP., SECURITIES LITIGATION
ESTIMATE OF FEES AND EXPENSES FOR INITIAL DISTRIBUTION
AS OF DECEMBER 1, 2007

| | | |
|---|---|---:|
| FEES: | PREPARE AND PRINT CHECKS, 1,145 @ $1.25 EACH | $1,431.25 |
| | REISSUE CHECKS, 57 @ $1.95 EACH | $111.15 |
| | STORAGE, 20 @ $1.50 PER BOX / 12 MOS. | $360.00 |
| | TELEPHONE HOTLINE SERVICES (FOR 12 MONTHS) | |
| | AUTOMATED RESPONSE (IVR), | |
| | 1088.64 MINS. @ $0.49 PER MIN. | $533.43 |
| | LIVE OPERATOR, 2746.30 MINS. @ $0.95 PER MIN. | $2,608.99 |
| | MONTHLY SERVICE CHARGES | $1,200.00 |
| | GCG TELEPHONE SUPPORT | $490.00 |
| | BANKING SERVICES | $1,250.00 |
| | MAILROOM | $275.00 |
| | SYSTEMS SUPPORT | $1,850.00 |
| | QUALITY ASSURANCE | $1,850.00 |
| | PROJECT MANAGEMENT | $2,200.00 |
| | PREPARE AND FILE TAX RETURN (2007) | $2,500.00 |
| | **TOTAL FEES:** | **$16,659.82** |
| EXPENSES: | POSTAGE | $492.82 |
| | FEDEX, FAX & COPY CHARGES | $300.00 |
| | P.O. BOX RENTAL, 2 YRS. @ $1,100.00 PER YR. | $2,200.00 |
| | DISPOSAL OF FILES, 20 BOXES | $119.40 |
| | **TOTAL EXPENSES:** | **$3,112.22** |
| | **TOTAL FEES AND EXPENSES:** | **$19,772.04** |